| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA | | |
| Case number *(if known)* _____ Chapter **11** | | ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy      4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Primary Providers of Alabama, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
FDBA Allman Family Medicine, P.C.

**3. Debtor's federal Employer Identification Number (EIN)**  
27-1239960

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1878 Jeff Road #G<br>Huntsville, AL 35806<br>Number, Street, City, State & ZIP Code | 1861 Shellbrook Drive<br>Huntsville, AL 35806<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Madison<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor  **Primary Providers of Alabama, Inc.**          Case number (*if known*)
        Name

**7. Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__8011__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Debtor **Primary Providers of Alabama, Inc.** Case number (*if known*)
        Name

**11. Why is the case filed in *this district?*** *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds** . *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | Primary Providers of Alabama, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 26, 2018**
MM / DD / YYYY

**X** **/s/ Jason Allman**                                   **Jason Allman**
Signature of authorized representative of debtor     Printed name

Title  **Owner**

**18. Signature of attorney**

**X** **/s/ Tazewell T. Shepard**                           Date **October 26, 2018**
Signature of attorney for debtor                                MM / DD / YYYY

**Tazewell T. Shepard ASB-4962-S68T**
Printed name

**Sparkman, Shepard & Morris, P.C.**
Firm name

**303 Williams Avenue, Suite 1411**
**Huntsville, AL 35801**
Number, Street, City, State & ZIP Code

Contact phone                    Email address

**ASB-4962-S68T**
Bar number and State

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Alabama

In re  **Primary Providers of Alabama, Inc.**                                        Case No.
Debtor(s)                                                                            Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ **2,000.00** |
    | Prior to the filing of this statement I have received | $ **2,000.00** |
    | Balance Due | $ **0.00** |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

        **a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;**
        **b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;**
        **c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;**
        **d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;**
        **e. The above-listed disclosed amount is a retainer amount. All legal work, including work in excess of the retainer amount, will be billed hourly and subject to court approval.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **October 26, 2018** | **/s/ Tazewell T. Shepard** |
| *Date* | **Tazewell T. Shepard ASB-4962-S68T** |
| | *Signature of Attorney* |
| | **Sparkman, Shepard & Morris, P.C.** |
| | **303 Williams Avenue, Suite 1411** |
| | **Huntsville, AL 35801** |
| | *Name of law firm* |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                                            Best Case Bankruptcy

Case 18-83207-CRJ11    Doc 1    Filed 10/26/18    Entered 10/26/18 12:15:46    Desc Main
Document      Page 5 of 8

| | | |
|---|---|---|
| Bancorp South<br>401 Franklin Street<br>Huntsville, AL 35801 | Bancorp South<br>P.O. Box 789<br>Tupelo, MS 38802 | Doctors Exchange<br>P.O. Box 1330<br>Madisonville, LA 70447 |
| Bank Independent<br>P.O. Box 5000<br>Sheffield, AL 35660 | Bancorp South<br>P. O. Box 789<br>Tupelo, MS 38802 | Employment Screening Services<br>Dept. K<br>P.O. Box 830520<br>Birmingham, AL 35283 |
| ServisFirst Bank<br>850 Shades Creek Parkway, Ste. 200<br>Birmingham, AL 35209 | Beckman Coulter, Inc.<br>Mail Code 42-B06<br>P.O. Box 189015<br>Miami, FL 33196 | Evoqua Water Technologies LLC<br>26563 Network Place<br>Chicago, IL 60673 |
| Alabama Department of Revenue<br>Income Tax Division<br>P.O. Box 327460<br>Montgomery, AL 36132 | Beckman Coulter, Inc.<br>Dept. CH 10164<br>Palatine, IL 60044 | Finao Solutions<br>2006 Franklin Street<br>Suite 201<br>Huntsville, AL 35801 |
| AAdvantage Aviator Mastercard<br>Card Services<br>P.O. Box 60517<br>City of Industry, CA 91716 | Bio-Rad Laboratories<br>P.O. Box 849740<br>Los Angeles, CA 90084-9740 | Henry Schein<br>Dept CH 14125<br>Palatine, IL 60055-4125 |
| American Proficiency Institute<br>Dept. 9526<br>P.O. Box 30516<br>Lansing, MI 48909-8016 | Blue Cross and Blue Shield of Alabama<br>P.O. Box 360387<br>Birmingham, AL 35236-0387 | Henry Schein<br>Dept CH 10241<br>Palatine, IL 60055-0241 |
| Anda, Inc.<br>P.O. Box 930219<br>Atlanta, GA 31193-0219 | Cintas Corp. #241<br>P.O. Box 630910<br>Cincinnati, OH 45263-0910 | Horiba Medical<br>P.O. Box 512936<br>Los Angeles, CA 90051-0936 |
| AnswerTel of Athens<br>216 S. Marion Street<br>Suite D<br>Athens, AL 35611 | Citi COSTCO<br>P.O. Box 9001016<br>Louisville, KY 40290-1016 | Huntsville Utilities<br>112 Spragins Street<br>Huntsville, AL 35801 |
| Audit MicroControls<br>P.O. Box 3369<br>Eatonton, GA 31024 | Comphealth Associates, Inc.<br>CHG Healthcare Services, Inc.<br>7259 S. Bingham June Boulevard<br>Midvale, UT 84047 | Jani-King SV Region<br>P.O. Box 6247<br>Huntsville, AL 35824 |

| | | |
|---|---|---|
| Katarina Allman<br>1861 Shellbrook Drive<br>Huntsville, AL 35806 | Methvin Terrell<br>2201 Arlington Avenue<br>Birmingham, AL 35205 | Pitney Bowes<br>P.O. Box 371896<br>Pittsburgh, PA 15250-7896 |
| Katarina Allman<br>1861 Shellbrook Drive<br>Huntsville, AL 35806 | Mirion Technologies<br>P.O. Box 101301<br>Pasadena, CA 91189-0005 | Pitney Bowes<br>P.O. Box 371896<br>Pittsburgh, PA 15250-7896 |
| Lioce Group<br>2950 Drake Avenue<br>Huntsville, AL 35805 | Monrovia Investment Group<br>1892 Jeff Road<br>Huntsville, AL 35806 | Radiation Detection Co.<br>3527 Snead Drive<br>Georgetown, TX 78626 |
| McKesson Medical Surgical<br>P.O. Box 660266<br>Dallas, TX 75266-0266 | Moore Medical<br>P.O. Box 99718<br>Chicago, IL 60696 | Radiology of Huntsville<br>2006 Franklin Street<br>Suite 200<br>Huntsville, AL 35801 |
| MDA Professional Group<br>P.O. Box 11407<br>Birmingham, AL 35246-0440 | Ocaria<br>600 Blvd South SW<br>Suite 305<br>Huntsville, AL 35802-2113 | Redstone FCU<br>220 Wynn Dr NW<br>Huntsville, AL 35893 |
| Medbill<br>3409 Vestavia Circle<br>Decatur, AL 35603 | Ocaria<br>600 Blvd South SW<br>Suite 305<br>Huntsville, AL 35802-2113 | Redstone Federal Credit Union<br>220 Wynn Drive<br>Huntsville, AL 35893 |
| Medical Systems<br>459 James Road<br>Hampton Cove, AL 35763 | Orkin<br>1035 Putman Drive NW<br>Suite F<br>Huntsville, AL 35816 | Ricoh USA, Inc.<br>P.O. Box 532530<br>Atlanta, GA 30353-2530 |
| Merck Sharp & Dohma Corp.<br>P.O. Box 5254<br>Carol Stream, IL 60197-5254 | Pfizer<br>P.O. Box 100539<br>Atlanta, GA 30384-0539 | RJYoung<br>MSC7511<br>P.O. Box 415000<br>Nashville, TN 37241-7511 |
| Merge Healthcare<br>P.O. Box 205824<br>Dallas, TX 75320-5824 | Pfizer<br>P.O. Box 100539<br>Atlanta, GA 30384-0539 | Sanofi Pasteur Inc<br>12458 Collections Center Drive<br>Chicago, IL 60693 |

| | |
|---|---|
| Sanofi Pasteur, Inc.<br>12458 Collections Center Drive<br>Chicago, IL 60693 | Stericycle, Inc.<br>P.O. Box 6582<br>Carol Stream, IL 60197-6582 |
| Servis Biz Card Services<br>P.O. Box 84070<br>Columbus, GA 31908-4070 | Stericycle, Inc.<br>P.O. Box 6582<br>Carol Stream, IL 60197-6582 |
| ServisFirst Bank<br>850 Shades Creek Parkway, Ste. 200<br>Birmingham, AL 35209 | The Hartford<br>P.O. Box 660916<br>Dallas, TX 75266-0916 |
| ServisFirst Bank<br>P.O. Box 1508<br>Birmingham, AL 35201 | West Interactive Services Corp<br>700 14th Street<br>Denver, CO 80256-0001 |
| Shred-It<br>28883 Network Place<br>Chicago, IL 60673-1288 | West Madison Professional Plaza<br>100 Springton Drive<br>Madison, AL 35758 |
| Sirote<br>P.O. Box 55509<br>Birmingham, AL 35255-5509 | West Madison Professional Plaza LLC<br>100 Springton Drive<br>Madison, AL 35758 |
| SonoDynamics<br>4800 Whitesburg Drive<br>Suite 30-185<br>Huntsville, AL 35802 | Wilicam, Inc. dba Vanguard Cleaning<br>3755 Corporate Woods Drive<br>Birmingham, AL 35242 |
| Stericycle Stericycle ComSol<br>26604 Network Place<br>Chicago, IL 60673 | |
| Stericycle, Inc.<br>P.O. Box 6582<br>Carol Stream, IL 60197-6582 | |