Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November  8, 2018**          X */s/ Jason Allman*
                                              Signature of individual signing on behalf of debtor

                                              **Jason Allman**
                                              Printed name

                                              **Owner**
                                              Position or relationship to debtor

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $     **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $     **275,609.61**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $     **275,609.61**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     **384,001.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$     **953,817.33**

4. **Total liabilities** ....................................................................................
    Lines 2 + 3a + 3b

    $     **1,337,818.33**

Case 18-83207-CRJ11    Doc 23    Filed 11/08/18    Entered 11/08/18 13:10:01    Desc Main
Document    Page 2 of 40

**Fill in this information to identify the case:**

Debtor name    **Primary Providers of Alabama, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ALABAMA

Case number (if known)    **18-83207**

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.   **Cash on hand** | **$200.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **ServisFirst Bank** | **Checking** | **9316** | **$616.55** |
| 3.2. | **ServisFirst Bank** | **Checking** | **0249** | **$9.88** |
| 3.3. | **Bancorp South** | **Checking** | **5587** | **$4,371.76** |
| 3.4. | **Bancorp South** | **Checking** | **5579** | **$1,644.87** |
| 3.5. | **PNC Bank** | **Business General** | **7976** | **$15,153.85** |
| 3.6. | **PNC Bank** | **Business Savings** | **7984** | **$4,602.70** |

4.      **Other cash equivalents** *(Identify all)*

    4.1.   **HFM lease deposit**                                                              **$27,000.00**

5.      **Total of Part 1.**                                                                          **$53,599.61**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

    7.1.   **Huntsville Utilities**                                                           **$4,000.00**

    7.2.   **Madison Water**                                                             **$1,000.00**

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                                          **$5,000.00**

    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

    11a. 90 days old or less:   **373,000.00**    -    **240,000.00**   = ....    **$133,000.00**
                       face amount                doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                         **$133,000.00**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** Lab materials and injections | | $30,000.00 | | $30,000.00 |

| | |
|---|---|
| 23.  **Total of Part 5.** Add lines 19 through 22.  Copy the total to line 84. | $30,000.00 |

24.  **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39.  **Office furniture** Basic office furniture and equipment | | $10,000.00 | | $10,000.00 |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

| 43. | **Total of Part 7.** | | | | **$10,000.00** |
|---|---|---|---|---|---|

Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8:**  **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No.  Go to Part 9.
- ☐ Yes Fill in the information below.

**Part 9:**  **Real property**

54. **Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.
- ■ Yes Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Lease of business premises at 1878 Jeff Road #G, Huntsville, AL 35806, through January, 2020. Debtor's monthly lease payment is $3,138.11.** | **Lease** | **$0.00** | | **$0.00** |
| 55.2.  **Lease of business premises at 12205 County Line Road, #B. Madison AL, through November, 2021. Debtor's monthly lease payment is $15,972.19.** | | **$0.00** | | **$0.00** |

| 56. | **Total of Part 9.** | | | | **$0.00** |
|---|---|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** allmanfamilymedicine.com heritagefamilymedicine.com | **$10.00** | | **$10.00** |
| 62. **Licenses, franchises, and royalties** EMR software licenses | **Unknown** | | **Unknown** |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   | **$10.00** |
   |---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.
   ■ Yes Fill in the information below.

   |  | Current value of debtor's interest |
   |---|---|

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
    **Cause of action against former employee., Dr. Nancy White. Case is current is currently in arbitration. Dr. White is represented by J. Matthew Stephens, Esq., Methvin Terrell Yancey Stephens & Miller, PC, 2201 Arlington Avenue South, Birmingham, AL 35205**                    **$44,000.00**

    | Nature of claim | **Lawsuit - Breached Employment Agreement** |
    |---|---|
    | **Amount requested** | **$44,000.00** |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                                    **$44,000.00**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$53,599.61** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$5,000.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$133,000.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$30,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$10,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9......................................................................>* | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$10.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$44,000.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$275,609.61** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$275,609.61** |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

---

**2.1**   **Bancorp South**
Creditor's Name

**401 Franklin Street**
**Huntsville, AL 35801**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/07/2016**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. ServisFirst Bank**
**2. Bancorp South**
**3. Bank Independent**

**Describe debtor's property that is subject to a lien**
**Basic office furniture and equipment**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

Column A: **$330,000.00** — Column B: **$10,000.00**

---

**2.2**   **Bank Independent**
Creditor's Name

**P.O. Box 5000**
**Sheffield, AL 35660**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**10/15/2016**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Basic Office Furniture and Equipment**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$1.00** — Column B: **$10,000.00**

---

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent

■ Unliquidated

■ Disputed

---

| 2.3 | **ServisFirst Bank** | Describe debtor's property that is subject to a lien | $54,000.00 | $10,000.00 |
|-----|---------------------|---------------------------------------------------|------------|------------|

Creditor's Name

**850 Shades Creek Parkway, Ste. 200 Birmingham, AL 35209**
Creditor's mailing address

**Basic Office Furniture and Equipment**

Creditor's email address, if known

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**
**04/09/2014**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $384,001.00 |
|----|----|----|

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|------------------|------------------------------------------------------------|-------------------------------------------------|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **Unknown** | **Unknown** |

| 2.1 | Priority creditor's name and mailing address<br>**Alabama Department of Revenue**<br>**Income Tax Division**<br>**P.O. Box 327460**<br>**Montgomery, AL 36132** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll Taxes** | |
| | Last 4 digits of account number | Is the claim subject to offset?<br>■ No<br>☐ Yes | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | | |

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**AAdvantage Aviator Mastercard**<br>**Card Services**<br>**P.O. Box 60517**<br>**City of Industry, CA 91716** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: **Notification Purposes Only** | |
| | Last 4 digits of account number **0302** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address<br>**American Proficiency Institute**<br>**Dept. 9526**<br>**P.O. Box 30516**<br>**Lansing, MI 48909-8016** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | Basis for the claim: **Notification Purposes Only** | |
| | Last 4 digits of account number **3026** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,760.60 |
|---|---|---|---|

**Anda, Inc.**
P.O. Box 930219
Atlanta, GA 31193-0219

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Open Account_

Last 4 digits of account number _2622_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AnswerTel of Athens**
216 S. Marion Street
Suite D
Athens, AL 35611

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notification Purposes Only_

Last 4 digits of account number _1148_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Audit MicroControls**
P.O. Box 3369
Eatonton, GA 31024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account
number _Primary Providers of Alabama_

**Basis for the claim:** _Notification Purposes Only_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $329,000.00 |
|---|---|---|---|

**Bancorp South**
P.O. Box 789
Tupelo, MS 38802

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _11/18/2016_

**Basis for the claim:** _2016 Line of Credit_

Last 4 digits of account number _2118_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,102.37 |
|---|---|---|---|

**Bancorp South**
P. O. Box 789
Tupelo, MS 38802

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _11/18/2016_

**Basis for the claim:** _2016 Loan_

Last 4 digits of account number _2246_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beckman Coulter, Inc.**
Mail Code 42-B06
P.O. Box 189015
Miami, FL 33196

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notification Purposes Only_

Last 4 digits of account number _80US_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beckman Coulter, Inc.**
Dept. CH 10164
Palatine, IL 60044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notification Purposes Only_

Last 4 digits of account number _6062_

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,558.02 |
|---|---|---|---|

**Bio-Rad Laboratories**
P.O. Box 849740
Los Angeles, CA 90084-9740

Date(s) debt was incurred _
Last 4 digits of account number  **7143**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,900.00 |
|---|---|---|---|

**Blue Cross and Blue Shield of Alabama**
P.O. Box 360387
Birmingham, AL 35236-0387

Date(s) debt was incurred _
Last 4 digits of account number  **9999**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cintas Corp. #241**
P.O. Box 630910
Cincinnati, OH 45263-0910

Date(s) debt was incurred _
Last 4 digits of account number  **3792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notification Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,381.00 |
|---|---|---|---|

**Citi COSTCO**
P.O. Box 9001016
Louisville, KY 40290-1016

Date(s) debt was incurred _
Last 4 digits of account number  **8638**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Comphealth Associates, Inc.**
CHG Healthcare Services, Inc.
7259 S. Bingham June Boulevard
Midvale, UT 84047

Date(s) debt was incurred _
Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $833.00 |
|---|---|---|---|

**Doctors Exchange**
P.O. Box 1330
Madisonville, LA 70447

Date(s) debt was incurred _
Last 4 digits of account number  **1396**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Employment Screening Services**
Dept. K
P.O. Box 830520
Birmingham, AL 35283

Date(s) debt was incurred _
Last 4 digits of account
number  **Primary Providers of Alabama**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notification Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Evoqua Water Technologies LLC**
26563 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notification Purposes Only**

Last 4 digits of account number  **2705**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $144.06 |
|---|---|---|---|

**Finao Solutions**
2006 Franklin Street
Suite 201
Huntsville, AL 35801

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number  **HFM**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,031.00 |
|---|---|---|---|

**Henry Schein, Inc.**
Dept CH 14125
Palatine, IL 60055-4125

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Open Account**

Last 4 digits of account number  **0802**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83,702.97 |
|---|---|---|---|

**Henry Schein, Inc.**
Dept CH 10241
Palatine, IL 60055-0241

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8708**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Horiba Medical**
P.O. Box 512936
Los Angeles, CA 90051-0936

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notification Purposes Only**

Last 4 digits of account number  **0899**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10.00 |
|---|---|---|---|

**Huntsville Utilities**
112 Spragins Street
Huntsville, AL 35801

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **2104**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jani-King SV Region**
P.O. Box 6247
Huntsville, AL 35824

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notification Purposes Only**

Last 4 digits of account number  **4013**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lioce Group**
**2950 Drake Avenue**
**Huntsville, AL 35805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **1854**

Basis for the claim:   **Notification Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Lynda Hall Tax Collector**
**Madison County Courthouse**
**100 Northside Sq**
**Huntsville, AL 35801**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   **Personal property tax for Heritgage Family Medicine**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,392.58 |
|---|---|---|---|

**McKesson Medical Surgical**
**P.O. Box 660266**
**Dallas, TX 75266-0266**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **1454**

Basis for the claim:   **Open Account**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,890.65 |
|---|---|---|---|

**MDA Professional Group**
**P.O. Box 11407**
**Birmingham, AL 35246-0440**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **0001**

Basis for the claim:   **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,469.10 |
|---|---|---|---|

**Medbill**
**3409 Vestavia Circle**
**Decatur, AL 35603**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **Allman Fam Med**

Basis for the claim:   **Open Account**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Medical Systems**
**459 James Road**
**Hampton Cove, AL 35763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **4306**

Basis for the claim:   **Notification Purposes Only**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Merck Sharp & Dohma Corp.**
**P.O. Box 5254**
**Carol Stream, IL 60197-5254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number   **4186**

Basis for the claim:   **Notification Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Merge Healthcare**
P.O. Box 205824
Dallas, TX 75320-5824

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notification Purposes Only__

Last 4 digits of account number __5698__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Methvin Terrell**
2201 Arlington Avenue
Birmingham, AL 35205

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Legal Bill__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $772.69 |
|---|---|---|---|

**Mirion Technologies**
P.O. Box 101301
Pasadena, CA 91189-0005

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Open Account__

Last 4 digits of account number __6802__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,862.39 |
|---|---|---|---|

**Moore Medical**
P.O. Box 99718
Chicago, IL 60696

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Open Account__

Last 4 digits of account number __9003__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $955.00 |
|---|---|---|---|

**Ocaria**
600 Blvd South SW
Suite 305
Huntsville, AL 35802-2113

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Open Account__

Last 4 digits of account number __Heritage Family__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,021.00 |
|---|---|---|---|

**Ocaria**
600 Blvd South SW
Suite 305
Huntsville, AL 35802-2113

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __Allman Family__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**Orkin**
1035 Putman Drive NW
Suite F
Huntsville, AL 35816

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __9680__

Is the claim subject to offset? ☑ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$100.00** |
|---|---|---|---|

**Pfizer**
P.O. Box 100539
Atlanta, GA 30384-0539

Date(s) debt was incurred _
Last 4 digits of account number  **9134**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Pfizer**
P.O. Box 100539
Atlanta, GA 30384-0539

Date(s) debt was incurred _
Last 4 digits of account number  **6614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notification Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Pitney Bowes**
P.O. Box 371896
Pittsburgh, PA 15250-7896

Date(s) debt was incurred _
Last 4 digits of account number  **8240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notification Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Pitney Bowes**
P.O. Box 371896
Pittsburgh, PA 15250-7896

Date(s) debt was incurred _
Last 4 digits of account number  **8774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notification Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Radiation Detection Co.**
3527 Snead Drive
Georgetown, TX 78626

Date(s) debt was incurred _
Last 4 digits of account number  **9016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$312.00** |
|---|---|---|---|

**Radiology of Huntsville**
2006 Franklin Street
Suite 200
Huntsville, AL 35801

Date(s) debt was incurred _
Last 4 digits of account number  **Heritage**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,630.31** |
|---|---|---|---|

**Redstone FCU**
220 Wynn Dr NW
Huntsville, AL 35893

Date(s) debt was incurred _
Last 4 digits of account number  **6499**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,000.00** |
| --- | --- | --- | --- |
| | **Redstone Federal Credit Union**<br>**220 Wynn Drive**<br>**Huntsville, AL 35893** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **1/2010**<br>Last 4 digits of account number **6499** | Basis for the claim: **Open Account**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **Ricoh USA, Inc.**<br>**P.O. Box 532530**<br>**Atlanta, GA 30353-2530** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **4747** | Basis for the claim: **Notification Purposes Only**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |
| | **RJYoung**<br>**MSC7511**<br>**P.O. Box 415000**<br>**Nashville, TN 37241-7511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **7601** | Basis for the claim: **Notification Purposes Only**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,404.77** |
| --- | --- | --- | --- |
| | **Sanofi Pasteur Inc**<br>**12458 Collections Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **8542** | Basis for the claim: **Open Account**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,703.09** |
| --- | --- | --- | --- |
| | **Sanofi Pasteur, Inc.**<br>**12458 Collections Center Drive**<br>**Chicago, IL 60693** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **1536** | Basis for the claim: **Open Account**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,069.08** |
| --- | --- | --- | --- |
| | **Servis Biz Card Services**<br>**P.O. Box 84070**<br>**Columbus, GA 31908-4070** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number **1504** | Basis for the claim: **Open Account**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,000.00** |
| --- | --- | --- | --- |
| | **ServisFirst Bank**<br>**850 Shades Creek Parkway, Ste. 200**<br>**Birmingham, AL 35209** | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **1/2010**<br>Last 4 digits of account number **1504** | Basis for the claim: **Open Account**<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,900.00 |
| --- | --- | --- | --- |

**ServisFirst Bank**
P.O. Box 1508
Birmingham, AL 35201

Date(s) debt was incurred **04/10/2014**

Last 4 digits of account number **152L**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Line of Credit**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $473.98 |
| --- | --- | --- | --- |

**Shred-It**
28883 Network Place
Chicago, IL 60673-1288

Date(s) debt was incurred _

Last 4 digits of account number **3624**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Open Account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,556.65 |
| --- | --- | --- | --- |

**Sirote**
P.O. Box 55509
Birmingham, AL 35255-5509

Date(s) debt was incurred _

Last 4 digits of account
number **Allman Fam Medicine**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,197.00 |
| --- | --- | --- | --- |

**SonoDynamics**
4800 Whitesburg Drive
Suite 30-185
Huntsville, AL 35802

Date(s) debt was incurred _

Last 4 digits of account number **AFM**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Open Account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,405.75 |
| --- | --- | --- | --- |

**Stericycle Stericycle ComSol**
26604 Network Place
Chicago, IL 60673

Date(s) debt was incurred _

Last 4 digits of account number **0196**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: **Open Account**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,244.27 |
| --- | --- | --- | --- |

**Stericycle, Inc.**
P.O. Box 6582
Carol Stream, IL 60197-6582

Date(s) debt was incurred _

Last 4 digits of account number **0854**

☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Stericycle, Inc.**
P.O. Box 6582
Carol Stream, IL 60197-6582

Date(s) debt was incurred _

Last 4 digits of account number **2014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notification Purposes Only**

Is the claim subject to offset? ☒ No ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Stericycle, Inc.**<br>P.O. Box 6582<br>Carol Stream, IL 60197-6582 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notification Purposes Only** | |
| | Last 4 digits of account number  **0976** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86,800.00 |
|---|---|---|---|
| | **The Hartford**<br>P.O. Box 660916<br>Dallas, TX 75266-0916 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** | |
| | Last 4 digits of account number  **5112** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **West Interactive Services Corp**<br>700 14th Street<br>Denver, CO 80256-0001 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notification Purposes Only** | |
| | Last 4 digits of account number  **5944** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,000.00 |
|---|---|---|---|
| | **West Madison Professional Plaza LLC**<br>100 Springton Drive<br>Madison, AL 35758 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Unpaid Rent** | |
| | Last 4 digits of account number  **Heritage** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,034.00 |
|---|---|---|---|
| | **Wilicam, Inc. dba Vanguard Cleaning**<br>3755 Corporate Woods Drive<br>Birmingham, AL 35242 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** | |
| | Last 4 digits of account number  **HFM** | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **David Schwartz, Esq.**<br>Zarzaur & Schwartz, P.C.<br>P.O. Box 11366<br>Birmingham, AL 35202 | Line  **3.20**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Peter Loftis Lowe, Jr., Esq.**<br>P.O. Box 2153<br>Huntsville, AL 35804 | Line  **3.62**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

**5a. Total claims from Part 1**

**5b. Total claims from Part 2**

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

|  | Total of claim amounts |
|---|---|
| 5a. $ | **0.00** |
| 5b. + $ | **953,817.33** |
| 5c. $ | **953,817.33** |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest | **Lease of medical office** |
|      State the term remaining | **through 1/2020** |
|      List the contract number of any government contract |        **Monrovia Investment Group** <br> **1892 Jeff Road** <br> **Huntsville, AL 35806** |
| **2.2.**   State what the contract or lease is for and the nature of the debtor's interest | **Lease of medical office** |
|      State the term remaining | **through 10/2021** |
|      List the contract number of any government contract |        **West Madison Professional Plaza** <br> **100 Springton Drive** <br> **Madison, AL 35758** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# Official Form 206H
## Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                         *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Katarina Allman** | **1861 Shellbrook Drive Huntsville, AL 35806** | **ServisFirst Bank** | ☐ D ____ <br> ■ E/F __3.51__ <br> ☐ G ____ |
| 2.2 | **Katarina Allman** | **1861 Shellbrook Drive Huntsville, AL 35806** | **Redstone Federal Credit Union** | ☐ D ____ <br> ■ E/F __3.45__ <br> ☐ G ____ |
| 2.3 | **Katarina Allman** | **1861 Shellbrook Drive Huntsville, AL 35806** | **ServisFirst Bank** | ☐ D ____ <br> ■ E/F __3.52__ <br> ☐ G ____ |
| 2.4 | **Katarina Allman** | **1861 Shellbrook Drive Huntsville, AL 35806** | **Bancorp South** | ☐ D ____ <br> ■ E/F __3.6__ <br> ☐ G ____ |
| 2.5 | **Katarina Allman** | **1861 Shellbrook Drive Huntsville, AL 35806** | **Bancorp South** | ☐ D ____ <br> ■ E/F __3.7__ <br> ☐ G ____ |

Case 18-83207-CRJ11    Doc 23    Filed 11/08/18    Entered 11/08/18 13:10:01    Desc Main Document    Page 24 of 40

**Fill in this information to identify the case:**

Debtor name  **Primary Providers of Alabama, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ALABAMA

Case number (if known)  **18-83207**

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**  **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$595,440.00** |
| **For prior year:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$1,703,539.00** |
| **For year before that:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$1,131,948.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

Case 18-83207-CRJ11  Doc 23  Filed 11/08/18  Entered 11/08/18 13:10:01  Desc Main
Document  Page 25 of 40

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Medbill**<br>3409 Vestavia Circle<br>Decatur, AL 35603 | 5/9/2018<br>($2,400.00)<br>6/5/2018<br>($2,400.00)<br>7/13/2018<br>($2,400.00) | $7,200.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Monrovia Investment Group**<br>1892 Jeff Road<br>Huntsville, AL 35806 | 5/15/2018<br>($2,445.11)<br>6/6/2018<br>($3,138.11)<br>7/11/2018<br>($3,138.11) | $8,721.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _**Rent**_ |
| 3.3. **West Madison Professional Plaza LLC**<br>100 Springton Drive<br>Madison, AL 35758 | 5/8/2018<br>($17,496.02)<br>6/11/2018<br>($17,496.02)<br>7/11/2018<br>($17.496.02) | $52,488.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _**Rent**_ |
| 3.4. **ServisFirst Bank**<br>P.O. Box 1508<br>Birmingham, AL 35201 | 5/23/2018<br>($3,284.68)<br>6/8/2018<br>($3,284.68)<br>7/11/2018<br>($3,284.68) | $9,854.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other _**Bank Note**_ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Thomas Allman** | | $95,000.00 | **Transitional Service Agreement** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **The West Madison Professional Plaza, L.L.C. v. Primary Providers of Alabama, Inc.**<br>**DV-2018-902002** | **Eviction/Unlawful Detainer** | **District Court of Madison County, AL**<br>**100 Northside Square**<br>**Huntsville, AL 35801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Henry Schien, Inc. v. Primary Providers of Alabama, Inc.**<br>**CV-2018-902015** | **Breach of Contract** | **Circuit Court of Madison County, Alabama**<br>**100 Northside Square**<br>**Huntsville, AL 35801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Arbitration case against former employee, Dr. Nancy White** | **Breach of employment agreement** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Water damage to office building** | **No amount received** | | **$2,200.00** |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

Case 18-83207-CRJ11   Doc 23   Filed 11/08/18   Entered 11/08/18 13:10:01   Desc Main
Document      Page 27 of 40

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **Workout advice and consulatations and then pre-bankruptcy advice within 30 days prior to decision to file Chapter 11.** | |
| | **Sparkman, Shepard & Morris, PC**<br>**P O Box 19045**<br>**Huntsville, AL 35801** | | | $3,000.00 |
| | **Email or website address**<br>**taze@ssmattorneys.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | **Allman Family Medicine 1878 Jeff Road, #G Huntsville, AL 35806** | **Primary Care Clinic** | **Approximately 4,000** |

| | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.* **1878 Jeff Road, #g, Huntsville, AL 35806** | How are records kept? |
|---|---|---|
| | | *Check all that apply:*<br><br>■ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation | |
|---|---|---|---|
| 15.2. | **Heritage Family Medicine 12205 County Line Road, #B Madison, AL 35758** | **Primary Care Clinic** | **Approximately 5,000** |

| | Location where patient records are maintained *(if different from facility address). If electronic, identify any service provider.* **12205 County Line Road, #B, Madison, AL 35758** | How are records kept? |
|---|---|---|
| | | *Check all that apply:*<br><br>■ Electronically<br>☐ Paper |

---

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☐ No. Go to Part 10.
   ■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | **Name Unknown / Simple IRA** | EIN: |

   Has the plan been terminated?
   ■ No
   ☐ Yes

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

   | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
   |---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **MDA Professional Group**<br>**P.O. Box 11407**<br>**Birmingham, AL 35246-0440** | **2014 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **MDA Professional Group**<br>**P.O. Box 11407**<br>**Birmingham, AL 35246-0440** | |
| 26c.2.   **Melvin Bibb Pinson & Segars PC**<br>**303 Williams Avenue**<br>**Suite 129**<br>**Huntsville, AL 35801** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Jason Allman | 1861 Shellbrook Road<br>Huntsville, AL 35806 | President | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| Katarina Allman | 1861 Shellbrook Drive<br>Huntsville, AL 35806 | Chief Medical Officer | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  8, 2018**

**/s/ Jason Allman**                                          **Jason Allman**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Owner**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Alabama

In re **Primary Providers of Alabama, Inc.**

Debtor(s)

Case No. **18-83207**

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jason Allman**<br>**1861 Shellbrook Drive**<br>**Huntsville, AL 35806** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **November  8, 2018**

Signature **/s/ Jason Allman**

**Jason Allman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**

**Northern District of Alabama**

In re   **Primary Providers of Alabama, Inc.**                           Case No.   **18-83207**

                                           Debtor(s)             Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **November  8, 2018**                **/s/ Jason Allman**

                                          **Jason Allman**/Owner

                                          Signer/Title

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

Bancorp South
401 Franklin Street
Huntsville, AL 35801

Bancorp South
P.O. Box 789
Tupelo, MS 38802

Doctors Exchange
P.O. Box 1330
Madisonville, LA 70447

Bank Independent
P.O. Box 5000
Sheffield, AL 35660

Bancorp South
P. O. Box 789
Tupelo, MS 38802

Employment Screening Services
Dept. K
P.O. Box 830520
Birmingham, AL 35283

ServisFirst Bank
850 Shades Creek Parkway, Ste. 200
Birmingham, AL 35209

Beckman Coulter, Inc.
Mail Code 42-B06
P.O. Box 189015
Miami, FL 33196

Evoqua Water Technologies LLC
26563 Network Place
Chicago, IL 60673

Alabama Department of Revenue
Income Tax Division
P.O. Box 327460
Montgomery, AL 36132

Beckman Coulter, Inc.
Dept. CH 10164
Palatine, IL 60044

Finao Solutions
2006 Franklin Street
Suite 201
Huntsville, AL 35801

AAdvantage Aviator Mastercard
Card Services
P.O. Box 60517
City of Industry, CA 91716

Bio-Rad Laboratories
P.O. Box 849740
Los Angeles, CA 90084-9740

Henry Schein, Inc.
Dept CH 14125
Palatine, IL 60055-4125

American Proficiency Institute
Dept. 9526
P.O. Box 30516
Lansing, MI 48909-8016

Blue Cross and Blue Shield of Alabama
P.O. Box 360387
Birmingham, AL 35236-0387

Henry Schein, Inc.
Dept CH 10241
Palatine, IL 60055-0241

Anda, Inc.
P.O. Box 930219
Atlanta, GA 31193-0219

Cintas Corp. #241
P.O. Box 630910
Cincinnati, OH 45263-0910

Horiba Medical
P.O. Box 512936
Los Angeles, CA 90051-0936

AnswerTel of Athens
216 S. Marion Street
Suite D
Athens, AL 35611

Citi COSTCO
P.O. Box 9001016
Louisville, KY 40290-1016

Huntsville Utilities
112 Spragins Street
Huntsville, AL 35801

Audit MicroControls
P.O. Box 3369
Eatonton, GA 31024

Comphealth Associates, Inc.
CHG Healthcare Services, Inc.
7259 S. Bingham June Boulevard
Midvale, UT 84047

Jani-King SV Region
P.O. Box 6247
Huntsville, AL 35824

Katarina  Allman
1861 Shellbrook Drive
Huntsville, AL 35806

Medbill
3409 Vestavia Circle
Decatur, AL 35603

Ocaria
600 Blvd South SW
Suite 305
Huntsville, AL 35802-2113

Katarina  Allman
1861 Shellbrook Drive
Huntsville, AL 35806

Medical  Systems
459 James Road
Hampton Cove, AL 35763

Orkin
1035 Putman Drive NW
Suite F
Huntsville, AL 35816

Katarina  Allman
1861 Shellbrook Drive
Huntsville, AL 35806

Merck Sharp & Dohma  Corp.
P.O. Box 5254
Carol Stream, IL 60197-5254

Pfizer
P.O. Box 100539
Atlanta, GA 30384-0539

Katarina  Allman
1861 Shellbrook Drive
Huntsville, AL 35806

Merge  Healthcare
P.O. Box 205824
Dallas, TX 75320-5824

Pfizer
P.O. Box 100539
Atlanta, GA 30384-0539

Katarina  Allman
1861 Shellbrook Drive
Huntsville, AL 35806

Methvin  Terrell
2201 Arlington Avenue
Birmingham, AL 35205

Pitney Bowes
P.O. Box 371896
Pittsburgh, PA 15250-7896

Lioce  Group
2950 Drake Avenue
Huntsville, AL 35805

Mirion  Technologies
P.O. Box 101301
Pasadena, CA 91189-0005

Pitney Bowes
P.O. Box 371896
Pittsburgh, PA 15250-7896

Lynda  Hall  Tax Collector
Madison County Courthouse
100 Northside Sq
Huntsville, AL 35801

Monrovia  Investment  Group
1892 Jeff Road
Huntsville, AL 35806

Radiation  Detection  Co.
3527 Snead Drive
Georgetown, TX 78626

McKesson  Medical  Surgical
P.O. Box 660266
Dallas, TX 75266-0266

Moore  Medical
P.O. Box 99718
Chicago, IL 60696

Radiology of  Huntsville
2006 Franklin Street
Suite 200
Huntsville, AL 35801

MDA  Professional  Group
P.O. Box 11407
Birmingham, AL 35246-0440

Ocaria
600 Blvd South SW
Suite 305
Huntsville, AL 35802-2113

Redstone FCU
220 Wynn Dr NW
Huntsville, AL 35893

Redstone Federal Credit Union
220 Wynn Drive
Huntsville, AL 35893

Sirote
P.O. Box 55509
Birmingham, AL 35255-5509

West Madison Professional Plaza LL
100 Springton Drive
Madison, AL 35758

Ricoh USA, Inc.
P.O. Box 532530
Atlanta, GA 30353-2530

SonoDynamics
4800 Whitesburg Drive
Suite 30-185
Huntsville, AL 35802

Wilicam, Inc. dba Vanguard Clean
3755 Corporate Woods Drive
Birmingham, AL 35242

RJYoung
MSC7511
P.O. Box 415000
Nashville, TN 37241-7511

Stericycle Stericycle ComSol
26604 Network Place
Chicago, IL 60673

David Schwartz, Esq.
Zarzaur & Schwartz, P.C.
P.O. Box 11366
Birmingham, AL 35202

Sanofi Pasteur Inc
12458 Collections Center Drive
Chicago, IL 60693

Stericycle, Inc.
P.O. Box 6582
Carol Stream, IL 60197-6582

Dr. Nancy White
4525 Colewood Circle SE
Huntsville, AL 35802

Sanofi Pasteur, Inc.
12458 Collections Center Drive
Chicago, IL 60693

Stericycle, Inc.
P.O. Box 6582
Carol Stream, IL 60197-6582

J. Matthew Stephens, Esq.
2201 Arlington Avenue South
Birmingham, AL 35205

Servis Biz Card Services
P.O. Box 84070
Columbus, GA 31908-4070

Stericycle, Inc.
P.O. Box 6582
Carol Stream, IL 60197-6582

Peter Loftis Lowe, Jr., Esq.
P.O. Box 2153
Huntsville, AL 35804

ServisFirst Bank
850 Shades Creek Parkway, Ste. 200
Birmingham, AL 35209

The Hartford
P.O. Box 660916
Dallas, TX 75266-0916

ServisFirst Bank
P.O. Box 1508
Birmingham, AL 35201

West Interactive Services Corp
700 14th Street
Denver, CO 80256-0001

Shred-It
28883 Network Place
Chicago, IL 60673-1288

West Madison Professional Plaza
100 Springton Drive
Madison, AL 35758

## United States Bankruptcy Court
### Northern District of Alabama

| | | | |
|---|---|---|---|
| In re | **Primary Providers of Alabama, Inc.** | Case No. | **18-83207** |
| | Debtor(s) | Chapter | **11** |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Jason Allman**, declare under penalty of perjury that I am the **Owner** of **Primary Providers of Alabama, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 8th day of November, 2018.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jason Allman**, **Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jason Allman**, **Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jason Allman**, **Owner** of this Corporation is authorized and directed to employ **Tazewell T. Shepard ASB-4962-S68T**, attorney and the law firm of **Sparkman, Shepard & Morris, P.C.** to represent the corporation in such bankruptcy case."

| | |
|---|---|
| Date   November 8, 2018 | Signed   **/s/ Jason Allman** |
| | **Jason Allman** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Resolution of Board of Directors
of
**Primary Providers of Alabama, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jason Allman, Owner** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jason Allman, Owner** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jason Allman, Owner** of this Corporation is authorized and directed to employ **Tazewell T. Shepard ASB-4962-S68T**, attorney and the law firm of **Sparkman, Shepard & Morris, P.C.** to represent the corporation in such bankruptcy case.

Date  November 8, 2018

Signed  **Jason Allman**

Date

Signed