IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | # | |
| | # | CASE NO.: 18-83207-CRJ11 |
| PRIMARY PROVIDERS OF ALABAMA, INC. | # | XX-XXX9960 |
| | # | |
| DEBTOR | # | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES, PLEADINGS AND OTHER ORDERS

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Now Come the **BancorpSouth Bank,** a corporation, and without consenting to or waiving any rights with respect to jurisdiction under Title 11, U.S.C, states that it will be represented by the following attorney:

**JAMES C. CAMERON**
**P. O. BOX 940**
**GUNTERSVILLE, AL  35976**
**(256) 582-0588**

1.   Pursuant to Rule 2002 of the Bankruptcy Rules, the above referenced creditor through its above-referenced counsel of record, hereby requests that notices of any actions taken, adversary proceedings, contested matters, or motions filed by any other party-in-interest, including the Debtor, be sent to it through its counsel at the address set forth above.

2.   Further, the foregoing request includes the notices and papers referred to in the rule specified above and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted,

/s/ James C. Cameron
_____
James C. Cameron (ASB-9943-L59P)
JONES & CAMERON LLC
Attorney for BancorpSouth Bank, a corporation
P.O. Box 940
Guntersville, AL 35976

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Debtor's attorney, Tazewell Shepard, by Notice of Electronic Filing at taze@ssmattorneys.com, on Richard M. Blythe at the Bankruptcy Administrator's office by Notice of Electronic Filing at Richard_Blythe@alnba.uscourts.gov, and on the Debtor in Possession, Primary Providers of Alabama, Inc., a corporation, by placing copies of the same in the U.S. Mail, postage prepaid, and addressed to 1861 Shellbrook Drive, Huntsville, AL  35806.

This 21st day of November, 2018.

/s/ James C. Cameron
_____
James C. Cameron (ASB-9943-L59P)
JONES & CAMERON LLC
P. O. Box 940
Guntersville, AL  35976
(256) 582-0588 phone
(256) 582-4300 fax

(38400)