# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of: | } | |
| PRIMARY PROVIDERS OF ALABAMA, INC. | } | CASE NO. 18-83207-CRJ-11 |
| EIN: XX-XXX9960 | } | |
| | } | CHAPTER 11 |
| Debtor(s). | } | |

## ORDER SCHEDULING STATUS CONFERENCE
## ON HUNTSVILLE UTILITIES REQUEST FOR
## ADEQUATE ASSURANCE OF PAYMENT

On November 28, 2018, Huntsville Utilities filed a letter dated November 20, 2018 requesting adequate assurance of payment for utility services in the above-captioned case pursuant to 11 U.S.C. § 366. A Status Conference will be held in this case pursuant to 11 U.S.C. § 105(d) to discuss the request for adequate assurance of payment and to further the economical resolution of this case.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** that counsel for the Debtor must appear at the Status Conference on **December 3, 2018** at **2:30 p.m.** before the Honorable Clifton R. Jessup, Jr. at the United States Bankruptcy Court for the Northern District of Alabama, Northern Division, **400 Well Street, Decatur, AL 35601** to discuss the request by Huntsville Utilities for adequate assurance of payment.

Dated this the 28th day of November, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge