# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: PRIMARY PROVIDERS OF ALABAMA, INC., | ) ) ) | Case No.: 18-83207-CRJ11 |
| EIN: xx-xxx9960 | ) ) | |
| Debtor. | ) ) | CHAPTER 11 |

## DEBTOR'S RESPONSE TO HUNTSVILLE UTILITIES'S REQUEST FOR ADEQUATE ASSURANCE

COMES NOW Primary Providers of Alabama, Inc, as Chapter 11 Debtor ("Debtor"), and states to this Honorable Court as follows:

1. Wanda Wallace, a corporate representative for Huntsville Utilities, has informed the Debtor that the utility no longer seeks additional adequate assurance; the Debtor will be entitled to a deposit refund of $2,880.76 based on a leasehold premise the Debtor terminated prior to filing its bankruptcy petition. A true and correct copy of an email sent from Ms. Wallace to the Debtor is attached herein as Exhibit "A."

Respectfully submitted this 30th day of November, 2018.

/s/ Tazewell T. Shepard IV
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys for the Debtor-in-Possession*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924
Fax: (256) 512-9837
ty@ssmattorneys.com

# CERTIFICATE OF SERVICE

This is to certify that on this the 30th day of November, 2018, I have this day served the foregoing document upon all the parties requesting service in the matter and Huntsville Utilities c/o Wanda Wallace Wanda.Wallace@hsvutil.org by electronic service through the Court's CM/ECF system and/or by electronic mail.

/s/ Tazewell T. Shepard IV
Tazewell T. Shepard IV

Gmail by Google

EXHIBIT A

Ty Shepard <ty@ssmattorneys.com>

## HSV Utilities - Adequate Assurance

**Jason Allman** <mr.allman@gmail.com> Fri, Nov 30, 2018 at 12:31 PM
To: Ty Shepard <ty@ssmattorneys.com>, Tazewell Shepard <taze@ssmattorneys.com>

---------- Forwarded message ---------
From: **Wanda Wallace** <Wanda.Wallace@hsvutil.org>
Date: Thu, Nov 29, 2018 at 3:55 PM
Subject: RE: HSV Utilities - Adequate Assurance
To: Jason Allman <mr.allman@gmail.com>

Good Afternoon Jason,

I faxed the attached request to the Bankruptcy Clerk's office this afternoon requesting to withdraw our adequate assurance request and to remove the status conference for December 3, 2018 at 2:30 pm from the docket. I am currently waiting for confirmation that the fax was received.

Due to you closing the three accounts for County Line Road, I will be sending you three refund checks totaling $2,880.76. We have created post petition accounts for the two remaining active accounts and are currently holding $887 for adequate assurance.

Please let me know if you have any questions or concerns.

Thank you,

Wanda Wallace

Collections/Applications Supervisor

Ph: 256.535.1279

e-mail: wanda.wallace@hsvutil.org




**From:** Jason Allman <mr.allman@gmail.com>
**Sent:** Thursday, November 29, 2018 12:12 PM
**To:** Wanda Wallace <Wanda.Wallace@hsvutil.org>
**Subject:** Fwd: HSV Utilities - Adequate Assurance

Wanda,

Per our conversation, I have attached the documents I have received on the matter of deposit. We request that Huntsville Utilities cancels its Dec 3 hearing in court that was arranged for the purposes of securing additional deposits.

Just to confirm,

All three accounts from the

12205 Count Line Rd, STE B account have been closed.

Only the Jeff Rd accounts (2) remain open.

Sincerely,

Jason Allman

--
**Jason Allman** | Practice Administrator

Primary Providers of Alabama
Allman Family Medicine   | 256.428.0444 | 256.428.0447
Heritage Family Medicine | 256.325.4365 | 256.461.0393

📄 **Request to Withdraw Adequate Assurance Request Primary Providers-Allman ....doc**
29K