IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Primary Providers of Alabama, Inc. ) | Case No.: 18-83207-CRJ-11 |
| EIN: xx-xxx9960 ) | |
| ) | |
| Debtor. ) | CHAPTER 11 |

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Order Setting Deadline to File Chapter 11 Plan and Disclosure Statement and Setting Bar Date for Filing Claims that was entered by the Court on December 6, 2018 upon the parties listed on the Clerk's Certified Matrix, all parties requesting notice, and upon Richard M. Blythe, Bankruptcy Administrator, P.O. Box 3045, Decatur, AL 35602 by electronic service through the Court's CM/ECF system and/or by depositing the same in the United States mail, postage prepaid, this the 7th day December, 2018.

/s/ Tazewell T. Shepard
Tazewell T. Shepard