# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

In re:

PRIMARY PROVIDERS OF ALABAMA, INC.
EIN: XX-XXX9960

Case #: 18-83207-CRJ11

CHAPTER 11

DEBTOR.

## MOTION TO PROHIBIT USE OF CASH COLLATERAL

COMES NOW, BancorpSouth Bank, a corporation, ("Movant"), by and through counsel, and moves the Court to prohibit the Debtor's use of cash collateral. In support of said Motion, MOVANT shows as follows:

1. The above-styled Debtor filed a Chapter 11 Petition in the above-styled District and Division on 10/26/18.

2. On 11/04/16, Debtor, fdba Allman Family Medicine, P.C., executed a promissory note ("Note 1") to Movant and a Security Agreement Addendum ("SA Addendum 1") contemporaneously therewith granting a security interest in "All Business Assets" and a first mortgage on 3.37 acres located at 1878 Jeff Road NW #G, Huntsville, AL 35806. A copy Note 1 and of the SA Addendum 1 are attached hereto as "Exhibit A" and "Exhibit B," respectively, and incorporated herein by reference. Debtor also executed contemporaneously with Note 1 a Commercial Security Agreement ("CSA 1") granting therein a security interest to Movant in "Equipment" and "All Business Assets." A copy of CSA 1 is attached hereto as "Exhibit C" and incorporated herein by reference.

3. Additionally, on 11/04/16, Debtor, fdba Allman Family Medicine, P.C., executed a second promissory note ("Note 2") to Movant and a Security Agreement Addendum ("SA Addendum 2") therewith granting a security interest in "Accounts Receivable." A copy Note 2 and of the SA Addendum 2 are attached hereto as "Exhibit D" and "Exhibit E," respectively. Debtor also executed contemporaneously with Note 2 a Commercial Security Agreement ("CSA 2") granting therein a security interest to Movant in "Account Receivable" and "Accounts and other Rights of Payment" ("Account Collateral"). A copy of CSA 2 is attached hereto as "Exhibit F" and incorporated herein by reference.

4. On 11/07/16, Movant filed with the Alabama Secretary of State a UCC-1 Financing Statements, Statement #: 16-7505939 ("FS 1") and Statement #: 16-7505608 ("FS 2") thereby properly perfecting Movant's interest in all business assets, accounts receivables, and all equipment of the Debtor, whether then owned or acquired thereafter. A copy of FS 1 and FS

2 are attached hereto as "Exhibit G" and "Exhibit H," respectively, and incorporated herein by reference.

5. On 06/01/18, Debtor, fdba Allman Family Medicine, P.C., executed a renewal promissory note ("Note 3") to Movant and a Security Agreement Addendum ("SA Addendum 3") therewith granting a security interest in "Accounts Receivable." A copy Note 3 and of the SA Addendum 2 are attached hereto as "Exhibit I" and "Exhibit J," respectively. Debtor also executed contemporaneously with Note 3 a Commercial Security Agreement ("CSA 3") granting therein a security interest to Movant in "Account Receivable" and "Accounts and other Rights of Payment" ("Account Collateral"). A copy of CSA 3 is attached hereto as "Exhibit K" and incorporated herein by reference.

6. At the time the case was filed, the Debtor was indebted to the Movant in the amount of $68,184.42 on Note 1 and $349,617.08 on Note 3.

7. Note 3 matured as of 09/14/2018, and no payments towards the balance have been made post-petition.

8. Note 1 is due for the month of September and October of 2018 prepetition.

9. No post-petition payments have been by the debtor on Note 2.

10. The proceeds of Movant's Asset Collateral and Account Collateral, specifically, the proceeds of the accounts receivable, securing Movant's Note 1 and 2 constitute cash collateral, as defined by 11 U.S.C.A. § 363(a), ("Cash Collateral") which the debtor proposes to use and is using in the operation of its business.

11. Movant's security interest extends to the accounts receivable and any proceeds thereof pursuant to 11 U.S.C.A. § 552(b) and the terms of CSA 1 and 2.

12. Under 11 U.S.C. § 363(c)(2), [t]he trustee may not use, sell, or lease cash collateral under paragraph (1) of this subsection unless--
    (A) each entity that has an interest in such cash collateral consents; or
    (B) the court, after notice and a hearing, authorizes such use, sale, or lease in accordance with the provisions of this section.

13. Unless the court prohibits the use of the accounts receivable by Debtor or conditions its use upon providing Movant adequate protection, Movant will suffer irreparable damage due to the loss in value of its Asset Collateral and Account Collateral, specifically, its accounts receivable, as it is turned into Cash Collateral and dissipated.

14. To-date, Movant has not consented to the use of the Cash Collateral, and the Court has not authorized the use of the same.

15. Additionally, Debtor has yet to file an operating report, and the same was due 12/15/18.

16. Further, according the Schedule A/B of the Debtor's Petition filed on 10/26/18, the total value of the accounts receivable held by the Debtor was $133,000.00. At the 341 Meeting of Creditors held on 11/27/18, the Debtor testified that the total value of accounts receivable held by the Debtor at that time was approximately $45,000.00.

**WHEREFORE, PREMISES CONSIDERED,** the MOVANT respectfully requests that:

A) The Debtor segregate and provide an accounting to MOVANT for all Cash Collateral in the Debtor's possession, custody or control;

B) The Debtor establish a segregated account either at MOVANT or at another financial institution wherein MOVANT will be given authority to access and review the account activity immediately at the request of MOVANT;

C) The Debtor file an operating report;

D) The Debtor be prohibited from using Cash Collateral.

E) In the alternative, that:

   a. The Debtor be required to provide Movant with adequate protection for the use of Cash Collateral.

   b. The Debtor not withdraw from the segregated account any funds other than those used for strict operation of the business or principal and interest payments to Movant.

F) Or, alternatively, that the Court appoint a trustee to administer the Cash Collateral on behalf of the Debtor.

G) That the Court grant such other relief as the Court deems just and proper.

This 9th day of January, 2019.

    /s/ James C. Cameron
James C. Cameron (ASB-9443-5LP9)
Jones & Cameron LLC
Attorney for MOVANT
P. O. Box 940
2305 Worth Street
Guntersville, AL 35976

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing, in accordance with Fed. R. Bankr. P. 4001(a), 9014, and 7004, by first class mail postage prepaid or via Notice of Electronic Filing through the Court's CM/ECF Noticing System to the following parties or to those parties listed on the attached Creditor's Matrix:

    Primary Providers of Alabama (fdba, Allman Family Medicine, P.C.)
    1861 Shellbrook Drive
    Huntsville, AL 35806

| | |
|---|---|
| Tazewell Shepard | Tazewell Taylor Shepard, IV |
| taze@ssmattorneys.com | ty@ssmattorneys.com |
| cheryl@ssmattorneys.com | |
| janelle@ssmattorneys.com | |

    Richard M Blythe, Bankruptcy Administrator
    Richard_Blythe@alnba.uscourts.gov
    courtmaildec@alnba.uscourts.gov

This 9th day of January, 2019.

                                            /s/ James C. Cameron
                                            James C. Cameron

(38400)

```
Label Matrix for local noticing              BancorpSouth Bank, a corporation           Primary Providers of Alabama, Inc.
1126-8                                       c/o James C. Cameron                       1861 Shellbrook Drive
Case 18-83207-CRJ11                          P.O. Box 940                               Huntsville, AL 35806-3417
NORTHERN DISTRICT OF ALABAMA                 Guntersville, AL 35976-0940
Decatur
Wed Jan  9 19:39:03 CST 2019

West Madison Professional Plaza, LLC         U. S. Bankruptcy Court                     *Bancorp South
c/o C. Paul Davis                            400 Well Street                            401 Franklin Street
Davis Law Firm, P.C.                         P. O. Box 2775                             Huntsville, AL 35801-4210
5016 Littlebury Road SE                      Decatur, AL 35602-2775
Huntsville, AL 35802-1825

 (p)BANCORPSOUTH                             *Blue Cross and Blue Shield of Alabama     *Comphealth Associates, Inc.
BANKRUPTCY DEPARTMENT                        P.O. Box 360387                            CHG Healthcare Services, Inc.
P O BOX 4360                                 Birmingham, AL 35236-0387                  7259 S. Bingham June Boulevard
TUPELO MS 38803-4360                                                                    Midvale, UT 84047-4860


*Henry Schein                                *McKesson Medical Surgical                 *Medbill
Dept CH 10241                                P.O. Box 660266                            3409 Vestavia Circle
Palatine, IL 60055-0241                      Dallas, TX 75266-0266                      Decatur, AL 35603-4605



*Moore Medical                               *Ocaria                                    *Redstone Federal Credit Union
P.O. Box 99718                               600 Blvd South SW                          220 Wynn Drive
Chicago, IL 60696-7518                       Suite 305                                  Huntsville, AL 35893-0001
                                             Huntsville, AL 35802-2121



*Sanofi Pasteur, Inc.                        *Servis Biz Card Services                  *ServisFirst Bank
12458 Collections Center Drive               P.O. Box 84070                             850 Shades Creek Parkway, Ste. 200
Chicago, IL 60693-0001                       Columbus, GA 31908-4070                    Birmingham, AL 35209-4463



*ServisFirst Bank                            *SonoDynamics                              *The Hartford
P.O. Box 1508                                4800 Whitesburg Drive                      P.O. Box 660916
Birmingham, AL 35201-1508                    Suite 30-185                               Dallas, TX 75266-0916
                                             Huntsville, AL 35802-1698



*West Madison Professional Plaza LLC         *Wilicam, Inc. dba Vanguard Cleaning       AAdvantage Aviator Mastercard
100 Springton Drive                          3755 Corporate Woods Drive                 Card Services
Madison, AL 35758-7625                       Birmingham, AL 35242-2244                  P.O. Box 60517
                                                                                        City of Industry, CA 91716-0517


Alabama Department of Revenue                American Proficiency Institute             Anda, Inc.
Income Tax Division                          Dept. 9526                                 P.O. Box 930219
P.O. Box 327460                              P.O. Box 30516                             Atlanta, GA 31193-0219
Montgomery, AL 36132-7460                    Lansing, MI 48909-8016



AnswerTel of Athens                          Audit MicroControls                        Bank Independent
216 S. Marion Street                         P.O. Box 3369                              P.O. Box 5000
Suite D                                      Eatonton, GA 31024-3369                    Sheffield, AL 35660-0137
Athens, AL 35611-2569
```

| | | |
|---|---|---|
| Beckman Coulter, Inc.<br>Dept. CH 10164<br>Palatine, IL 60044 | Beckman Coulter, Inc.<br>Mail Code 42-B06<br>P.O. Box 189015<br>Miami, FL 33196 | Bio-Rad Laboratories<br>P.O. Box 849740<br>Los Angeles, CA 90084-9740 |
| Cintas Corp. #241<br>P.O. Box 630910<br>Cincinnati, OH 45263-0910 | Citi COSTCO<br>P.O. Box 9001016<br>Louisville, KY 40290-1016 | Doctors Exchange<br>P.O. Box 1330<br>Madisonville, LA 70447-1330 |
| (p)EMPLOYMENT SCREENING SERVICES INC<br>ATTN ATTN LEGAL DEPT<br>2700 CORPORATE DRIVE<br>SUITE 100<br>BIRMINGHAM AL 35242-2733 | Evoqua Water Technologies LLC<br>26563 Network Place<br>Chicago, IL 60673-1265 | Finao Solutions<br>2006 Franklin Street<br>Suite 201<br>Huntsville, AL 35801-4537 |
| Hartford Fire Insurance Company<br>Bankruptcy Unit, NP-3 Hartford Plaza<br>Hartford, CR 06155-0001 | Henry Schein<br>Dept CH 14125<br>Palatine, IL 60055-4125 | Horiba Medical<br>P.O. Box 512936<br>Los Angeles, CA 90051-0936 |
| Huntsville Utilities<br>112 Spragins Street<br>Huntsville, AL 35801-4902 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jani-King SV Region<br>P.O. Box 6247<br>Huntsville, AL 35813-0247 |
| Katarina Allman<br>1861 Shellbrook Drive<br>Huntsville, AL 35806-3417 | Lioce Group<br>2950 Drake Avenue<br>Huntsville, AL 35805-5124 | Lynda Hall, Tax Collector of Madison, CO AL<br>100 Northside Square, Room 116<br>Huntsville, AL 35801-8815 |
| MDA Professional Group<br>P.O. Box 11407<br>Birmingham, AL 35246-0440 | Medical Systems<br>459 James Road<br>Hampton Cove, AL 35763-9024 | Merck Sharp & Dohma Corp.<br>P.O. Box 5254<br>Carol Stream, IL 60197-5254 |
| Merge Healthcare<br>P.O. Box 205824<br>Dallas, TX 75320-5824 | Methvin Terrell<br>2201 Arlington Avenue<br>Birmingham, AL 35205-4003 | Mirion Technologies<br>P.O. Box 101301<br>Pasadena, CA 91189-0005 |
| Monrovia Investment Group<br>1892 Jeff Road<br>Huntsville, AL 35806-1039 | Orkin<br>1035 Putman Drive NW<br>Suite F<br>Huntsville, AL 35816-2237 | Pfizer<br>P.O. Box 100539<br>Atlanta, GA 30384-0539 |
| Pitney Bowes<br>P.O. Box 371896<br>Pittsburgh, PA 15250-7896 | RJYoung<br>MSC7511<br>P.O. Box 415000<br>Nashville, TN 37241-7511 | Radiation Detection Co.<br>3527 Snead Drive<br>Georgetown, TX 78626-8214 |

| | | |
|---|---|---|
| Radiology of Huntsville<br>2006 Franklin Street<br>Suite 200<br>Huntsville, AL 35801-4537 | Redstone FCU<br>220 Wynn Dr NW<br>Huntsville, AL 35893-0001 | Ricoh USA, Inc.<br>P.O. Box 532530<br>Atlanta, GA 30353-2530 |
| Sanofi Pasteur Inc.<br>Discovery Dr.<br>Swiftwater, PA 18370 | Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | Shred-It<br>28883 Network Place<br>Chicago, IL 60673-1288 |
| Sirote<br>P.O. Box 55509<br>Birmingham, AL 35255-5509 | Stericycle Stericycle ComSol<br>26604 Network Place<br>Chicago, IL 60673-1266 | Stericycle, Inc.<br>P.O. Box 6582<br>Carol Stream, IL 60197-6582 |
| U.S. Securities and Exchange Commission<br>Regional Director, Branch of Reorganizat<br>Atlanta Regional Office, Suite 900<br>950 East Paces Ferry Road<br>Atlanta, GA 30326-1180 | United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 | United States Bankruptcy Administrator<br>Northern District of Alabama<br>1800 Fifth Avenue North<br>Birmingham, AL 35203-2111 |
| West Interactive Services Corp<br>700 14th Street<br>Denver, CO 80256-0001 | West Interactive Services Corporation<br>11808 Miracle Hills Dr<br>Omaha Ne 68154<br>Omaha, NE 68154-4403 | Richard M Blythe<br>United States Bankruptcy Administrator<br>PO Box 3045<br>Decatur, AL 35602-3045 |
| Tazewell Shepard<br>Tazewell Shepard, P.C.<br>PO BOX 19045<br>HUNTSVILLE, AL 35804-9045 | Tazewell Taylor Shepard IV<br>Sparkman, Shepard & Morris, P.C.<br>P.O. Box 19045<br>Huntsville, AL 35804-9045 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| *Bancorp South<br>P.O. Box 789<br>Tupelo, MS 38802 | (d)Bancorp South<br>P. O. Box 789<br>Tupelo, MS 38802 | Employment Screening Services<br>Dept. K<br>P.O. Box 830520<br>Birmingham, AL 35283 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)SERVISFIRST BANK | (u)SONODYNAMICS, LLC<br>4800 Whitesbrug Drive<br>Suite 30-185<br>Huntsville | (d)BancorpSouth Bank, a corporation<br>c/o James C. Cameron<br>P.O. Box 940<br>Guntersville, AL 35976-0940 |

| | | |
|---|---|---|
| (d)Ocaria<br>600 Blvd South SW<br>Suite 305<br>Huntsville, AL 35802-2121 | (d)Sanofi Pasteur Inc<br>12458 Collections Center Drive<br>Chicago, IL 60693-0001 | (d)ServisFirst Bank<br>850 Shades Creek Parkway, Ste. 200<br>Birmingham, AL 35209-4463 |
| (d)SonoDynamics, LLC<br>4800 Whitesburg Dr., Suite 30-185<br>Huntsville, AL 35802-1698 | (d)West Madison Professional Plaza<br>100 Springton Drive<br>Madison, AL 35758-7625 | End of Label Matrix<br>Mailable recipients 76<br>Bypassed recipients 8<br>Total 84 |