## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

In the Matter of:        }
PRIMARY PROVIDERS        }    CASE NO. 18-83207-CRJ-11
OF ALABAMA, INC.        }
EIN: XX-XXX9960        }
       }    CHAPTER 11
    Debtor.        }

### ORDER GRANTING MOTION FOR EXPEDITED
### HEARING ON MOTION TO PROHIBIT USE OF
### CASH COLLATERAL AND MOTION FOR EXAMINATION
### PURSUANT TO RULE 2004

Before the Court is the Motion for Expedited Hearing filed by BancorpSouth Bank, seeking an expedited hearing on creditor's Motion to Prohibit Use of Cash Collateral, ECF No. 56, and Motion for Examination Pursuant to Rule 2004, ECF No. 60.   For cause shown, it is hereby

**ORDERED, ADJUDGED and DECREED** as follows:

1. The Motion for Expedited Hearing is **GRANTED**.

2. An expedited hearing on the Motion to Prohibit Use of Cash Collateral, ECF No. 56, Debtor's Response to BancorpSouth's Motion to Prohibit Use of Cash Collateral, ECF No. 57, and Motion for Examination Pursuant to Rule 2004, ECF No. 60, will be held on **Thursday, January 17, 2019** at **10:30 a.m.** before the Honorable Clifton R. Jessup, Jr. at the United States Bankruptcy Court for the Northern District of Alabama, Northern Division, **400 Well Street, Decatur, AL 35601.**

3. The hearing on the Motion to Prohibit Use of Cash Collateral scheduled on January 23, 2019 is **VACATED**.

Dated this the 11th day of January, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge