*PNC Business Checking* *(handwritten)*

# Business Checking Preferred
PNC Bank

**PNC BANK**

For the Period 11/01/2018 to 11/30/2018

Primary Account Number: ███████7976
Page 1 of 5
Number of enclosures: 0

PRIMARY PROVIDERS OF ALABAMA, INC.
1878 JEFF RD NW STE G
HUNTSVILLE AL 35806-4261

- For 24-hour banking sign on to
- PNC Bank Online Banking on pnc.com
- FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

IMPORTANT ACCOUNT CHANGE FOR ALL BUSINESS ACCOUNTS
WITH TREASURY MANAGEMENT SERVICES

Effective JANUARY 1, 2019, charges for certain Treasury Management services will change. The impact of these changes on your organization will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your account.

Rather than listing all the detail for all services, we would be happy to review with you the changes that are applicable to your account and to discuss other services and options that may address the evolving needs of your company. If you are interested, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518.

## Business Checking Preferred Summary
Primary Providers Of Alabama, Inc.

Account number: 30-5529-7976

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 15,958.07 | 49,328.70 | 30,050.82 | 35,235.95 |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | 18,252.66 | 17,835.16 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 10 | 11,276.38 |
| ACH Additions | 64 | 38,052.32 |
| Total | 74 | 49,328.70 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 16 | 21,215.66 |
| ACH Deductions | 2 | 1.48 |
| Other Deductions | 6 | 8,833.68 |
| Total | 24 | 30,050.82 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 11/01 | 16,383.63 | 11/02 | 18,712.91 | 11/05 | 16,956.12 |

Daily Balance continued on next page

# Business Checking Preferred

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 11/01/2018 to 11/30/2018
Primary Providers Of Alabama, Inc.
Primary Account Number: ████ 7976

Business Checking Preferred Account Number: ████ -7976 - continued
Page 2 of 5

## Daily Balance  - continued

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 11/06 | 15,153.85 | 11/15 | 14,182.48 | 11/26 | 19,871.53 |
| 11/07 | 18,337.95 | 11/16 | 14,182.50 | 11/27 | 24,883.77 |
| 11/08 | 16,921.57 | 11/19 | 14,185.67 | 11/28 | 32,299.95 |
| 11/09 | 16,349.60 | 11/20 | 10,759.02 | 11/29 | 33,796.12 |
| 11/13 | 9,460.80 | 11/21 | 18,379.16 | 11/30 | 35,235.95 |
| 11/14 | 12,361.08 | 11/23 | 18,649.16 | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/02 | 1,122.40 | Deposit | 033884892 |
| 11/02 | 399.07 | Deposit | 033884894 |
| 11/02 | 807.81 | Deposit | 033884896 |
| 11/20 | 6,650.00 | Deposit | 035668025 |
| 11/20 | 214.79 | Deposit | 035668027 |
| 11/20 | 641.22 | Deposit | 035668029 |
| 11/20 | 158.74 | Deposit | 035668045 |
| 11/20 | 101.20 | Deposit | 035668053 |
| 11/20 | 136.15 | Deposit | 035668054 |
| 11/29 | 1,045.00 | Deposit | 034356322 |

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/01 | 232.60 | Corporate ACH Hcclaimpmt Unitedhealthcare 271239960 | 00018304004323918 |
| 11/01 | 190.02 | Corporate ACH Hcclaimpmt Unitedhealthcare 271239960 | 00018304004323365 |
| 11/01 | 2.94 | Corporate ACH Hcclaimpmt Aetna H09 XXXXX9960 | 00018303007310106 |
| 11/05 | 83.21 | Corporate ACH Hcclaimpmt Aetna H09 XXXXX9960 | 00018305008334554 |
| 11/05 | 60.00 | Corporate ACH Hcclaimpmt Humana Olh 322653 | 00018306003891030 |
| 11/06 | 117.08 | Corporate ACH Hcclaimpmt Humana Ins Co 322653 | 00018309912878850 |
| 11/06 | 98.31 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00018309010272817 |
| 11/06 | 95.16 | Corporate ACH Hcclaimpmt Humana Ins Co 322653 | 00018309912801908 |
| 11/06 | 4.75 | Corporate ACH Hcclaimpmt Uhc Harvard Pilg 271239960 | 00018309009273476 |
| 11/07 | 121.60 | Corporate ACH Hcclaimpmt Aetna A04 XXXXX9960 | 00018309008718801 |
| 11/07 | 92.01 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00018310002771502 |
| 11/07 | 70.24 | Corporate ACH Hcclaimpmt Cigna 271239960 | 00018309010315781 |
| 11/07 | 4,201.73 | Corporate ACH Hcclaimpmt Bcbsal Shield R 1659608974-2712 | 00018311005943564 |
| 11/07 | 1,243.62 | Corporate ACH Hcclaimpmt Bcbsal Shield F 1659608974-2712 | 00018311005943908 |
| 11/08 | 323.91 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00018311007173125 |
| 11/08 | 290.69 | Corporate ACH Hcclaimpmt Unitedhealthcare 271239960 | 00018311008454915 |

ACH Additions continued on next page

# Business Checking Preferred

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 11/01/2018 to 11/30/2018
Primary Providers Of Alabama, Inc.
Primary Account Number: ▮▮▮▮-7976
Page 3 of 5

Business Checking Preferred Account Number: ▮▮▮▮7976 - continued

## ACH Additions  - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/08 | 83.21 | Corporate ACH Hcclaimpmt Aetna H09 XXXXX9960 | 00018310002794300 |
| 11/08 | 47.34 | Corporate ACH Hcclaimpmt Golden Rule Insu 271239960 | 00018311008454181 |
| 11/08 | 26.29 | Corporate ACH Hcclaimpmt Unitedhealthcare 271239960 | 00018311008454546 |
| 11/08 | 2.94 | Corporate ACH Hcclaimpmt Unitedhealthcare 271239960 | 00018311008454921 |
| 11/14 | 41.74 | Corporate ACH Hcclaimpmt AARP Supplementa 271239960 | 00018317014513734 |
| 11/14 | 4,327.90 | Corporate ACH Hcclaimpmt Bcbsal Shield R 1659608974-2712 | 00018318008305066 |
| 11/14 | 749.64 | Corporate ACH Hcclaimpmt Bcbsal Shield F 1659608974-2712 | 00018318008305403 |
| 11/15 | 21.40 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00018318009614016 |
| 11/15 | 1,800.00 | Corporate ACH Bcbs Of Al Bcbsofalbluadv 1659608974-9960 | 00018319004933914 |
| 11/16 | .01 | Corporate ACH Efpayment Humana Ins Co 322653 | 00018319904597725 |
| 11/16 | .01 | Corporate ACH Efpayment Humana Ins Co 322653 | 00018319904597757 |
| 11/19 | 3.17 | Corporate ACH Hcclaimpmt Cigna Edge Trans 603800156102 | 00018323003700386 |
| 11/20 | 19.37 | Corporate ACH Hcclaimpmt AARP Supplementa 271239960 | 00018323006625521 |
| 11/20 | .01 | Corporate ACH Hcclaimpmt Humana Ins Co 433590 | 00018323910985507 |
| 11/20 | .01 | Corporate ACH Hcclaimpmt Humana Ins Co 433590 | 00018323910985823 |
| 11/21 | 6,673.27 | Corporate ACH Hcclaimpmt Bcbsal Shield R 1659608974-2712 | 00018325005740885 |
| 11/21 | 946.87 | Corporate ACH Hcclaimpmt Bcbsal Shield F 1659608974-2712 | 00018325005741235 |
| 11/23 | 102.40 | Corporate ACH Hcclaimpmt Unitedhealthcare 271239960 | 00018325008000418 |
| 11/23 | 82.34 | Corporate ACH Hcclaimpmt United Healthcar 271239960 | 00018325008000270 |
| 11/23 | 82.09 | Corporate ACH Hcclaimpmt Unitedhealthcare 271239960 | 00018325008000404 |
| 11/23 | 3.17 | Corporate ACH Hcclaimpmt Cigna 271239960 | 00018327010601805 |
| 11/26 | 409.04 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00018327012219935 |
| 11/26 | 195.62 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00018327012219939 |
| 11/26 | 146.48 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00018327012219937 |
| 11/26 | 95.16 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00018327012219933 |
| 11/26 | 95.16 | Corporate ACH Hcclaimpmt Humana Ins Co 322653 | 00018327910506684 |
| 11/26 | 83.21 | Corporate ACH Hcclaimpmt Aetna H09 XXXXX9960 | 00018325007068033 |
| 11/26 | 72.15 | Corporate ACH Hcclaimpmt Unitedhealthcare 271239960 | 00018327012762714 |
| 11/26 | 65.29 | Corporate ACH Hcclaimpmt Aetna H09 XXXXX9960 | 00018325007068035 |
| 11/26 | 37.74 | Corporate ACH Hcclaimpmt Aetna H09 XXXXX9960 | 00018325007068045 |
| 11/26 | 19.37 | Corporate ACH Hcclaimpmt AARP Supplementa 271239960 | 00018327012762322 |

ACH Additions continued on next page

# Business Checking Preferred

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Preferred Account Number: XXXX7976 - continued

For the Period 11/01/2018 to 11/30/2018
Primary Providers Of Alabama, Inc.
Primary Account Number: XXXX7976
Page 4 of 5

## ACH Additions — continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/26 | 3.15 | Corporate ACH Hcclaimpmt Humana Ins Co 322653 | 00018327910533922 |
| 11/27 | 3,558.17 | Corporate ACH Hcclaimpmt MAC Ptb Algatn 1659608974 | 00018330007511047 |
| 11/27 | 613.58 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00018330007497544 |
| 11/27 | 600.67 | Corporate ACH Hcclaimpmt Humana Ins Co 322653 | 00018330903287120 |
| 11/27 | 92.01 | Corporate ACH Hcclaimpmt Humana Ins Co 322653 | 00018330903247134 |
| 11/27 | 92.01 | Corporate ACH Hcclaimpmt Humana Ins Co 322653 | 00018330903325838 |
| 11/27 | 57.28 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00018330007497594 |
| 11/28 | 373.15 | Corporate ACH Hcclaimpmt MAC Ptb Algatn 1659608974 | 00018331011665098 |
| 11/28 | 88.00 | Corporate ACH Hcclaimpmt Aetna As01 XXXXX9960 | 00018330005701802 |
| 11/28 | 6,571.39 | Corporate ACH Hcclaimpmt Bcbsal Shield R 1659608974-2712 | 00018332004156527 |
| 11/28 | 603.64 | Corporate ACH Hcclaimpmt Bcbsal Shield F 1659608974-2712 | 00018332004156861 |
| 11/29 | 363.33 | Corporate ACH Hcclaimpmt Unitedhealthcare 271239960 | 00018332007509395 |
| 11/29 | 68.24 | Corporate ACH Hcclaimpmt MAC Ptb Algatn 1659608974 | 00018332007510046 |
| 11/29 | 19.60 | Corporate ACH Hcclaimpmt Aetna H09 XXXXX9960 | 00018331010759688 |
| 11/30 | 1,280.65 | Corporate ACH Hcclaimpmt MAC Ptb Algatn 1659608974 | 00018333003126417 |
| 11/30 | 187.81 | Corporate ACH Hcclaimpmt Unitedhealthcare 271239960 | 00018333003125757 |
| 11/30 | 19.37 | Corporate ACH Hcclaimpmt Electronic Comme 271239960 | 00018333003125275 |

## Checks and Other Deductions

### Checks and Substitute Checks   * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/05 | 1005 * | 800.00 | 077074442 | 11/07 | 1015 | 815.29 | 071793429 | 11/08 | 1020 | 1,120.55 | 073059155 |
| 11/05 | 1006 | 1,100.00 | 077074441 | 11/09 | 1016 | 571.97 | 074529405 | 11/14 | 1021 | 1,219.00 | 071142914 |
| 11/06 | 1011 * | 1,570.03 | 070599667 | 11/08 | 1017 | 474.63 | 073179166 | 11/14 | 1022 | 1,000.00 | 071142913 |
| 11/08 | 1012 | 595.58 | 073060267 | 11/06 | 1018 | 547.54 | 070703065 | 11/20 | 1023 | 8,000.00 | 076845328 |
| 11/07 | 1013 | 681.16 | 071761728 | 11/13 | 1019 | 1,671.26 | 076411979 | 11/07 | 7001 * | 360.00 | 071805605 |
| 11/07 | 1014 | 688.65 | 072009331 | | | | | | | | |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/27 | .75 | Corporate ACH Quickbooks Intuit Payroll S 271239960 | 00018331009921531 |
| 11/27 | .73 | Corporate ACH Quickbooks Intuit Payroll S 271239960 | 00018331009921530 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/13 | 664.72 | Online Transfer To 0000003015249574 | ALLMAN JASON00044693 |
| 11/13 | 4,552.82 | Online Transfer To 0000003015249574 | ALLMAN JASON00044694 |

Other Deductions continued on next page

# Business Checking Preferred

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Preferred Account Number: ████-7976 - continued

For the Period 11/01/2018 to 11/30/2018
Primary Providers Of Alabama, Inc.
Primary Account Number: ████7976
Page 5 of 5

## Other Deductions  - continued

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 11/20 | 664.72 | Online Transfer To | 0000003015249574 | ALLMAN JASON00014908 |
| 11/20 | 2,683.42 | Online Transfer To | 0000003015249574 | ALLMAN JASON00014909 |
| 11/28 | 220.00 | Withdrawal | | 032613253 |
| 11/30 | 48.00 | Corporate Account Analysis Charge | | 0000000000000040076 |

## Business Checking Preferred - Maintenance Fee Relationship Pricing

These accounts were reviewed to meet the balance requirement of your Business Checking Preferred account. Use of certain additional services may also offset your monthly maintenance fee.

| Account Type | Ending In | Condition | As of | Balance | Met/Not Met |
|---|---|---|---|---|---|
| Business Checking Pref | ....7976 | This Cycle Avg Balance | 10/31/18 | 11,307.49 | Not Met |
| Business Checking Pref | ....7976 | This Cycle Avg Balance | 10/31/18 | 11,307.49 | |
| Combined Deposits | | | | 11,307.49 | Not Met |
| Credit Card | ....5102 | Recent Cycle Purchases | 10/26/18 | 240.99 | |
| Combined Credit Cards | | | | 240.99 | Not Met |

*PNC Business Checking*

# Allman Family Medicine, P.C.
## Reconciliation Summary
PNC Business Checking, Period Ending 12/31/2018

|  | Dec 31, 18 |
|---|---:|
| **Beginning Balance** | 0.00 |
| **Cleared Transactions** | |
| Checks and Payments - 52 items | -112,678.83 |
| Deposits and Credits - 269 items | 134,824.63 |
| **Total Cleared Transactions** | 22,145.80 |
| **Cleared Balance** | **22,145.80** |
| **Register Balance as of 12/31/2018** | 22,145.80 |
| **New Transactions** | |
| Checks and Payments - 13 items | -34,095.40 |
| Deposits and Credits - 11 items | 10,235.98 |
| **Total New Transactions** | -23,859.42 |
| **Ending Balance** | **-1,713.62** |

*PNC Business Money Market* (handwritten)

# Business Premium Money Market
PNC Bank     ⓟ **PNC BANK**

For the Period 11/01/2018 to 11/30/2018    Primary Account Number: ▮▮▮▮-7984
Page 1 of 3
Number of enclosures: 0

PRIMARY PROVIDERS OF ALABAMA INC
SAVINGS
1878 JEFF RD NW STE G
HUNTSVILLE AL 35806-4261

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

IMPORTANT ACCOUNT CHANGE FOR ALL BUSINESS ACCOUNTS
WITH TREASURY MANAGEMENT SERVICES

Effective JANUARY 1, 2019, charges for certain Treasury Management services will change. The impact of these changes on your organization will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earning Credit for your account.

Rather than listing all the detail for all services, we would be happy to review with you the changes that are applicable to your account and to discuss other services and options that may address the evolving needs of your company. If you are interested, please contact Treasury Management Client Care (TMCC) at 1-800-669-1518.

## Business Premium Money Market Summary
Account number: ▮▮▮▮ 7984     Primary Providers Of Alabama Inc
Savings

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 10,425.59 | 6,283.32 | 13,249.71 | 3,459.20 |

| Average ledger balance | Average collected balance |
|---|---|
| 4,643.51 | 4,643.51 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest paid this period | Interest paid year-to-date |
|---|---|---|---|---|
| 1.75 | 30 | 4,643.51 | 6.63 | 16.20 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| ACH Additions | 20 | 6,276.69 |
| Other Additions | 1 | 6.63 |
| Total | 21 | 6,283.32 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| ACH Deductions | 4 | 13,246.35 |
| Service Charges and Fees | 1 | 3.36 |
| Total | 5 | 13,249.71 |

# Business Premium Money Market

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 11/01/2018 to 11/30/2018
Primary Providers Of Alabama Inc
Primary Account Number: ███████7984

Business Premium Money Market Account Number ██████7984 - continued
Page 2 of 3

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 11/01 | 3,571.30 | 11/13 | 6,534.76 | 11/23 | 2,681.21 |
| 11/02 | 3,683.87 | 11/14 | 5,009.95 | 11/26 | 2,928.28 |
| 11/05 | 4,602.70 | 11/15 | 5,193.40 | 11/28 | 3,128.28 |
| 11/07 | 4,977.97 | 11/16 | 5,363.40 | 11/29 | 3,272.57 |
| 11/08 | 5,314.60 | 11/19 | 6,230.07 | 11/30 | 3,459.20 |
| 11/09 | 5,747.10 | 11/21 | 6,573.75 | | |

## Activity Detail

### Deposits and Other Additions

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/01 | 263.45 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00018304004330473 |
| 11/02 | 295.00 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00018305009026249 |
| 11/05 | 461.83 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00018306003895949 |
| 11/05 | 457.00 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00018309007812217 |
| 11/07 | 375.27 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00018310003622933 |
| 11/08 | 336.63 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00018311008462169 |
| 11/09 | 432.50 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00018312002943641 |
| 11/13 | 378.49 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00018313007178242 |
| 11/13 | 409.17 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00018317012083336 |
| 11/14 | 263.45 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00018317014519471 |
| 11/15 | 183.45 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00018318011456484 |
| 11/16 | 170.00 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00018319006523892 |
| 11/19 | 544.33 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00018320010785538 |
| 11/19 | 322.34 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00018323004832092 |
| 11/21 | 343.68 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00018324012461887 |
| 11/23 | 268.74 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00018325008002094 |
| 11/26 | 247.07 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00018330004553869 |
| 11/28 | 200.00 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00018331011666949 |

ACH Additions continued on next page

# Business Premium Money Market

For 24-hour account information, sign-on to pnc.com/mybusiness/

For the Period 11/01/2018 to 11/30/2018
Primary Providers Of Alabama Inc
Primary Account Number: ▮▮▮▮7984

Business Premium Money Market Account Number: ▮▮▮▮-7984 - continued
Page 3 of 3

## ACH Additions  - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/29 | 144.29 | Corporate ACH Merch Dep | 00018332007515935 |
|  |  | Merchant Service 8018052236 |  |
| 11/30 | 180.00 | Corporate ACH Merch Dep | 00018333003127635 |
|  |  | Merchant Service 8018052236 |  |

## Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/30 | 6.63 | Interest Payment | I-GEN118113000010922 |

## Checks and Other Deductions

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/01 | 7,114.38 | Corporate ACH Usataxpymt IRS 270870541601416 | 00018304004347890 |
| 11/02 | 182.43 | Corporate ACH Merch Fee | 00018305010160865 |
|  |  | Merchant Service 8018052236 |  |
| 11/14 | 1,788.26 | Corporate ACH Direct Dbt Al-Dept Of Rev | 00018318008231832 |
| 11/23 | 4,161.28 | Corporate ACH Usataxpymt IRS 270872792642811 | 00018325007049702 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 11/01 | 3.36 | Service Charge Period Ending 10/31/2018 |  |

Member FDIC    Equal Housing Lender
Case 18-83207-CRJ11    Doc 68    Filed 01/16/19    Entered 01/16/19 14:10:50    Desc Main
Document    Page 9 of 10

*PNC Business Money Market*

## Allman Family Medicine, P.C.
### Reconciliation Summary
PNC Business MM, Period Ending 12/31/2018

|  | Dec 31, 18 |
|---|---|
| **Beginning Balance** | 0.00 |
|   Cleared Transactions | |
|     Checks and Payments - 11 items | -23,182.09 |
|     Deposits and Credits - 71 items | 25,953.02 |
|   **Total Cleared Transactions** | 2,770.93 |
| **Cleared Balance** | **2,770.93** |
| **Register Balance as of 12/31/2018** | 2,770.93 |
|   New Transactions | |
|     Checks and Payments - 3 items | -5,452.52 |
|     Deposits and Credits - 1 item | 460.86 |
|   **Total New Transactions** | -4,991.66 |
| **Ending Balance** | **-2,220.73** |