## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Primary Providers_        CASE NO.: _18-83207 -CRJ11_        MONTH ENDING: _11/30/18_

**Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15ᵗʰ of each month**

### BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES _X_ NO ____  All post petition business taxes have been paid/deposited and the deposit
    slips are attached.

    YES ___ NO _X_  All post petition individual taxes have been paid and the deposit slips are
    attached.

    If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2.  YES _X_ NO ____  Adequate insurance on all assets/property including fire, theft, liability, collision
    and casualty and workman's compensation (if applicable) is currently in full force
    and effect.

    If no, enter:    TYPE_____not in force.

    TYPE_____not in force.

3.  YES ___ NO _X_  New books and records were opened and are being maintained daily.

4.  YES _X_ NO ____  Copies of _all_ banks statements and reconciliations are attached.

5.  YES _X_ NO ____  I have otherwise complied with all requirements of the Chapter 11
    Operating Order.

6.  YES _X_ NO ____  All financial statements filed with the Bankruptcy Clerk's Office are
    prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE _1/18/19_

Phone No. _____        _____
                                          RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-01**

United States Bankruptcy Court, Northern District of Alabama

CASE NAME: _Primary Provider_  CASE NO. 18-83207-CRJ11   MONTH ENDING: _11/30_

Attach Business Form BA-02 (A-D)
BUSINESS DEBTORS

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT |
|---|---|

**INCOME STATEMENT** —Accrual (Circle One) —Cash

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND (Beginning) _28995.95_

B.  RECEIPTS:

Accounts Receivable from Form BA-02(A)-Line II(C) _54819.85_

Cash Sales _10766.29_

Loan Proceeds from_____ _____

Sale of Property (Not in ordinary course of business) _____

Other_____ _____

C.  TOTAL RECEIPTS (Total of B) _65586.14_

D.  BUSINESS DISBURSEMENTS FROM FORM BA-02(B) _72526.70_

E.  SURPLUS OR DEFICIT (C minus D) _-6940.56_

F.  CASH ON HAND (End) (A plus E) _19055.35_

1.  REVENUE FROM TOTAL SALES   $_65586.14_

2.  LESS COST OF THOSE SALES (Cost of materials, Labor, etc.)   _0_

3.  EQUALS GROSS PROFIT (1 minus 2)   _65586.14_

4.  LESS OPERATING EXPENSES   _72526.70_

5.  EQUALS NET PROFIT OPERATIONS (3 minus 4)   _-6940.56_

6.  NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

_____  _____
_____  _____
_____  _____

7.  EQUALS NET PROFIT OR NET LOSS (5 plus or minus 6)   $_-6940.56_

*** Please itemize Cost of Sales and Expenses on a separate sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _1-15-19_

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Primary Providers_    CASE NO.: _18-83207-CRJ11_    MONTH ENDING: _11/30_

**Attach to Business Form BA-02**

## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.   NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

A.   Amount collected this month on accounts receivable charged and paid this month.    $ 10766.29

B.   Amount collected this month on accounts receivable charged in prior months and paid this month.    $ 54819.85

C.   TOTAL collected this month on accounts receivable.    $ 65586.14

III.   **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| Insurance + patients | $ 61520.05 | | | | $ 61520.05 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ | | | | $ 61520.05 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE   1-15-19

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(A)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: *Primary Providers*    CASE NO.: *18-83207-CRJ11*    MONTH ENDING: *11/30*

### BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES.......................................$_____
ADVERTISING.............................................._____
AUTOMOBILES/VEHICLES (repairs & maintenance).............._____
COMMISSIONS/CONTRACT LABOR................................_____
INSURANCE (TOTAL)........................................._____
     AUTO                 $_____
     LIABILITY              _____
     LIFE                   _____      See financial
     MEDICAL                _____      statements appended
     CASUALTY               _____      to report
     FIRE & THEFT           _____
     WORKMAN'S COMP.        _____
     OTHER _____         _____
INTEREST PAID............................................._____
INVENTORY PURCHASED......................................._____
LEGAL FEES................................................_____
POSTAGE..................................................._____
RENT/LEASE PAYMENTS ON REAL ESTATE........................_____
REPAIRS & MAINTENANCE....................................._____
SALARIES/WAGES PAID......................................._____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]..............._____
SUPPLIES (TOTAL).........................................._____
     OFFICE               $_____
     OPERATING              _____
TRAVEL & ENTERTAINMENT......................_____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)].................._____
UNSECURED LOAN PAYMENTS..................................._____
UTILITIES (TOTAL)........................................._____
     ELECTRICITY          $_____
     GAS                    _____
     TELEPHONE              _____
     WATER                  _____
     OTHER _____         _____
                            _____
OTHER BUSINESS DISBURSEMENTS _____
(Specify)                                     $_____
TOTAL BUSINESS DISBURSEMENTS..........................$_____
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF

DATE *1-15-19*

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(B)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Primary Providers_   CASE NO. 18-83207 - CRJ77   MONTH ENDING: 11/30

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## ALL SECURED CREDITORS MUST BE LISTED BELOW

1. _____ Secured loan payments as described below have been paid this month
   (Check, if true.)

2. __X__ No secured loan payments have been paid during this month.
   (Check, if true.)

3. _____ The DIP has no secured creditors. (Check, if true.)

| SECURED CREDITOR | COLLATERAL | DATE PAID | AMOUNT | | BALANCE |
|---|---|---|---|---|---|
| | | | DUE | PAID | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE ___1-15-19___

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(C)

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Primary Providers   CASE NO.: 18-83207 - CRJ11   MONTH ENDING: 11-30

### Attach to Business Form BA-02
### BUSINESS DEBTOR'S TAX PAYMENTS

#### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
| --- | --- | --- | --- | --- | --- |
| | 14790.32 | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 11-1-18 | 15957.33 | 7114.38 | paid | | |
| 11-13-18 | 13954.20 | 5825.42 | PAID | | |
| 11-23-18 | 11909.52 | 4161.28 | paid | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

#### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
| --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

#### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
| --- | --- | --- | --- | --- | --- |
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE   1-15-19

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(D)

**BUSINESS BA-03**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: _Primary Providers_  CASE NO.: _18-83207 - CRJ11_  MONTH ENDING: _11/30_

### BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Servis | Check #9316 | 5.05 | 11/30 | Pre |
| Servis | Save #0249 | 1.88 | 11/30 | Pre |
| Bancorp | Check #5587 | 1501.96 | 11/30 | Pre |
| | Additional Accts next Page | | | Pre |

### GROSS PAYROLL
#### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1  (Name) Dr. Katrina Allman | $ | 12000.00 |
| Officer #2  (Name) Jason Allman | $ | 3200.00 |
| Other Officer  (Name) _____ | $ | |
| Employees (Number) ___12___ | $ | |
| Employees (Relatives) _____ | $ | |
| Name _____ | $ | |
| Name _____ | $ | |

### INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ |
| Inventory - Purchased this Month - CASH | $ |
| Inventory - Purchased this Month - CREDIT | $ |
| Inventory - End of Month (COST) | $ |

### PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X  A. No payments on pre-petition debts have been made this month.

___ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE _1-15-19_ _____

RESPONSIBLE PARTY

United States Bankruptcy Court, Northern District of Alabama

CASE NAME: Binary Provibio    CASE NO. 18-83207-____    MONTH ENDING: 11/30

**BUSINESS DEBTOR'S BANK ACCOUNTS**

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Bancorp | Save # 5579 | 119.51 | 4/30 | Pre |
| PNC | Check # 7976 | 35239.95 | 4/30 | Pre |
| PNC | Save # 7984 | 3459.20 | 4/30 | Pre |
| | | | | |

**GROSS RECEIPTS**
(Wages, Salaries, Commissions, Business, Etc.)

| | |
|---|---|
| Officer #1    (Name)_____ | $_____ |
| Officer #2    (Name)_____ | $_____ |
| Other Officer    (Name)_____ | $_____ |
| Employees (Number) _____ | $_____ |
| Employees (Relatives) _____ | $_____ |
| Name _____ | $_____ |
| Name _____ | $_____ |

**INVENTORY**

| | |
|---|---|
| Inventory – Beginning of Month (COST) | $_____ |
| Inventory – Purchased this Month – CASH | $_____ |
| Inventory – Purchased this Month – CREDIT | $_____ |
| Inventory – End of Month (COST) | $_____ |

**PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS**

____ A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE    1-15-19

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Primary Providers  CASE NO.: 18-83207 - CRJ-11  MONTH ENDING: 4/30

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

_____ A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**\*\* OR \*\***

✗ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| See attached | Unpaid | bill sheet | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  1-15-19

                                    RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-03(A)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Primary Provider   CASE NO: 18-83207-CRJ11   MONTH ENDING: 11/30

### File for Each Quarter
## BUSINESS DEBTOR'S BALANCE SHEET

**I.  ASSETS**     See Attached balance sheet

**Current:**
- Cash ........................................ $_____
- Inventory .................................. $_____
- Accounts Receivable .................... $_____
- Other ...................................... $_____
- Total Current Assets      (a) ...... $_____

**Fixed:**
- Property & Equipment .................. $_____
- Accumulated Depreciation ............ $< _____ >
- Other ...................................... $_____
- Total Fixed Assets      (b) ........ $_____

**Total Assets**          (a + b) = (c)   $_____

**II. LIABILITIES**

**Current:**
- Post Chapter 11 Payables ............ $_____
- Taxes Payable ........................... $_____
- Accrued Professional Fees ........... $_____
- Accrued Expenses ...................... $_____
- Notes Payable ........................... $_____
- Current Portion Long Term Debt .. $_____
- Other ...................................... $_____
- Total Current Liabilities (d) ...... $_____

**Long Term Debt:**
- Pre-Chapter 11 Payables ............. $_____
- Notes & Loans Payable ................ $_____
- Less Current Portion .................. $< _____ >
- Other ...................................... $_____
- Total Long Term Debt     (e) ...... $_____

**Total Liabilities**     (d + e) = (f)   $_____

**STOCKHOLDERS EQUITY/(DEFICIT) OR NET WORTH**
- Capital Stock                    (g) $_____
- Retained Earnings (Deficit) (h) $_____
- Current Surplus (Deficit)    (i) $_____

**Total Liabilities & Stockholder Equity/Net Worth**   (f) + (g) + (h) + (i)  $_____

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE  1-15-19

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-04