# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHERN DIVISION

In the Matter of:

PRIMARY PROVIDERS OF ALABAMA, INC.
EIN: XX-XXX9960

Debtor(s)

Case No. 18-83207-CRJ-11

Chapter 11

## ORDER CONTINUING HEARING ON MOTION BY BANCORPSOUTH BANK TO PROHIBIT USE OF CASH COLLATERAL

This case came before the Court on January 17, 2019 upon Motion by BancorpSouth Bank to Prohibit Use of Cash Collateral and Debtor's Response to Motion to Prohibit Use of Cash Collateral. Appearing at the hearing were Tazewell Taylor Shepard IV, Esq., counsel for the Debtor; James Cameron, Esq., counsel for BancorpSouth Bank; and Richard Blythe, Esq., counsel for the Bankruptcy Administrator.

Discussion was had regarding the Debtor's unauthorized use of cash collateral and whether ServisFirst Bank's security interest in the Debtor's cash collateral is under-secured. While the Debtor argues pursuant to 11 U.S.C. § 506 that BancorpSouth Bank possesses a junior-priority security interest in the Debtor's cash collateral which is unsecured, BancorpSouth Bank argues that its security interest is partially secured according to the values contained in the Debtor's Schedules.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** as follows:

1. The Motion by BancorpSouth Bank to Prohibit Use of Cash Collateral and Debtor's Response to Motion to Prohibit Use of Cash Collateral are continued to **Thursday, January 31, 2019** at **10:00 a.m.** before the Honorable Clifton R. Jessup, Jr. at the United States Bankruptcy Court, 400 Well Street, Decatur, AL 35601.

2. On or before **Tuesday, January 29, 2019**, the Debtor is hereby **DIRECTED** to provide BancorpSouth Bank with (i) an aging analysis of accounts receivable as of the petition date; and (ii) the payoff of ServisFirst Bank's debt as of the petition date.

Dated this the 17th day of January, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge