## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Primary Providers of Alabama          **CASE NO. :** 18-83207-CRJ11

**MONTH ENDING:** 12/31/18

**Operating reports are to be filed monthly, in duplicate, with the
Bankruptcy Clerk's Office by the 15th of each month**

## BUSINESS DEBTOR'S AFFIRMATIONS

1. YES X NO____ All post petition business taxes have been paid/deposited and the deposit slips are attached.

   YES___ NO X All post petition individual taxes have been paid and the deposit slips are attached.

   If you answered "No" to the above, list the types of taxes that are now due and owing.

   | TYPE OF TAX | AMOUNT |
   |---|---|
   | _____ | $ _____ |
   | _____ | $ _____ |
   | _____ | $ _____ |
   | _____ | $ _____ |

2. YES X NO____ Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

   If no, enter:     TYPE_____ not in force.

                     TYPE_____ not in force.

3. YES___ NO X New books and records were opened and are being maintained daily.

4. YES X NO____ Copies of all banks statements and reconciliations are attached .

5. YES X NO____ I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6. YES X NO____ All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 1/15/19_____

_____
RESPONSIBLE PARTY

Phone No.

**Bankruptcy Administrator Form - Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Primary Providers of Alabama                    **CASE NO. :** 18-83207-CRJ11

**MONTH ENDING:** 12/31/18

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT<br>-Accrual  (Circle One)  -Cash |
|---|---|

CASH ON HAND (Beginning)is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND(Beginning) 40323.55

B.  RECEIPTS:

Accounts Receivable from
Form BA-02(A)-Line II(C)   37357.79

Cash Sales              12309.18

Loan Proceeds
from_____        _____

Sale of Property
(Not in ordinary
course of business)     _____

Other_____       _____

_____        _____

C.  TOTAL RECEIPTS       49666.97
(Total of B)

D.  BUSINESS DISBURSEMENTS
FROM FORM BA-02(B)       58317.38

E.  SURPLUS OR DEFICIT   -8650.41
(C minus D)

F.  CASH ON HAND (End)   31673.14
(A plus E)

1.  REVENUE FROM TOTAL SALES                   $ 49666.97

2.  LESS COST OF THOSE SALES                              0
(Cost of materials, Labor, etc.)

3.  EQUALS GROSS PROFIT (1 minus 2)    49666.97

4.  LESS OPERATING EXPENSES            58317.38

5.  EQUALS NET PROFIT OPERATIONS
(3 minus 4)            -8650.41

6.  NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

7.  EQUALS NET PROFIT OR NET LOSS      $ -8650.41
(5 plus or minus 6)

*Please itemize Cost of Sales and Expenses on a separate sheet of paper.*

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 1/15/19

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Primary Providers of Alabama

**CASE NO. :** 18-83207-CRJ11

**MONTH ENDING:** 12/31/18

**Attach to Business Form BA-02**

## BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__ I. **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II. **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

    A. Amount collected this month on accounts receivable charged and paid this month.     $ 12309.18

    B. Amount collected this month on accounts receivable charged in prior months and paid this month.     $ 37357.79

    C. TOTAL collected this month on accounts receivable.     $ 49666.97

III. **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| Insurance + patients | $55808.24 | | | | $55808.24 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ | | | | $55808.24 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 1/15/19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Primary Providers of Alabama     CASE NO. : 18-83207-CRJ11

MONTH ENDING: 12/31/18

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES. .....................................$_____
ADVERTISING. ........................................ _____
AUTOMOBILES/VEHICLES (repairs & maintenance). ........ _____
COMMISSIONS/CONTRACT LABOR. .......................... _____
INSURANCE (TOTAL). ................................... _____
   AUTO              $_____
   LIABILITY           See financial
   LIFE                statements appended
   MEDICAL             to report
   CASUALTY          _____
   FIRE & THEFT      _____
   WORKMAN'S COMP.   _____
   OTHER_____     _____
INTEREST PAID. ....................................... _____
INVENTORY PURCHASED. ................................. _____
LEGAL FEES. .......................................... _____
POSTAGE. ............................................. _____
RENT/LEASE PAYMENTS ON REAL ESTATE. .................. _____
REPAIRS & MAINTENANCE. ............................... _____
SALARIES/WAGES PAID. ................................. _____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]. ......... _____
SUPPLIES (TOTAL). .................................... _____
   OFFICE             $_____
   OPERATING          _____
TRAVEL & ENTERTAINMENT. .............................. _____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]. ............ _____
UNSECURED LOAN PAYMENTS. ............................. _____
UTILITIES (TOTAL). ................................... _____
   ELECTRICITY        $_____
   GAS                _____
   TELEPHONE          _____
   WATER              _____
   OTHER _____     _____

OTHER BUSINESS DISBURSEMENTS        _____
(Specify)                           _____        $_____

TOTAL BUSINESS DISBURSEMENTS. .......................$_____
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 1/15/19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: <u>Primary Providers of Alabama</u>      CASE NO. : <u>18-83207-CRJ11</u>      MONTH ENDING: <u>12/31/18</u>

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL SECURED CREDITORS MUST BE LISTED BELOW*

2. __X__ No secured loan payments have been paid during this month

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

1/15/19

CHAPTER 11 OPERATING ORDER FORM    11/00        **BUSINESS BA-02(D)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: <u>Primary Providers of Alabama</u>          CASE NO. : <u>18-83207-CRJ11</u>

MONTH ENDING: <u>12/31/18</u>

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
| --- | --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 12-7-18 | 15410.31 | 5407.24 | paid | | |
| 12-21-18 | 12558.48 | 4235.04 | paid | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
| --- | --- | --- | --- | --- |
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
| --- | --- | --- | --- | --- | --- |
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 1/15/19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(D)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Primary Providers of Alabama          **CASE NO. :** 18-83207-CRJ11
                                              **MONTH ENDING:** 12/31/18

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Servis | Check *9316 | 5.05 | 12/31 | Pre |
| Servis | Save *0249 | 1.88 | 12/31 | Pre |
| Bancorp | Check *5587 | 1672.14 | 12/31 | Pre |
| Bancorp | Save *5579 | 119.52 | 12/31 | Pre |
| PNC | Check *7976 | 22145.80 | 12/31 | Pre |
| PNC | Save *7984 | 2770.93 | 12/31 | Pre |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

Officer #1    (Name) Dr. Katarina Allman                $ 11200.00

Officer #2    (Name) Jason Allman                       $ 6539.20

Other Officer (Name) _____            $ _____

Employees (Number) _____            $ _____

Employees (Relatives) _____            $ _____

  Name _____            $ _____

  Name _____            $ _____

## INVENTORY  (IF APPLICABLE)

Inventory - Beginning of Month (COST)                   $ _____
Inventory - Purchased this Month - CASH                 $ _____
Inventory - Purchased this Month - CREDIT               $ _____

Inventory - End of Month (COST)                         $ _____

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X____ A. No payments on pre-petition debts have been made this month.
_____ B. The following payments have been made this month to unsecured
         creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 1/15/19

                              RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Primary Providers of Alabama          **CASE NO. :** 18-83207-CRJ11
**MONTH ENDING:** 12/31/18

### BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

**CHECK A or B**

_____ A.  All operating expenses since the beginning of this case have been paid.  Therefore there are no post-petition accounts payable.

**** OR ****

__X__ B. Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| See attached unpaid | | | | | |
| bill sheet | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 1/15/19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Primary Providers of Alabama                    CASE NO. : 18-83207-CRJ11

MONTH ENDING: 12/31/18

## BUSINESS DEBTOR'S BALANCE SHEET

See attached balance sheet

1/15/19

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: <u>Primary Providers of Alabama</u>    CASE NO. : <u>18-83207-CRJ11</u>

MONTH ENDING: <u>12/31/18</u>

```
TOTAL REVENUE (SALES)                    (a)  $ _____
  Cost of Sales:
              Materials          $_____
              Labor              $_____
              Purchased Services $_____
     Total Cost of Sales              (b)  $ _____
     Gross Profit            (a - b) = (c)  $ _____

OPERATING EXPENSES
              Management Salary         $ See attached
              Other Salary Expense      $ _____
              Payroll Expenses          $ _____
              Outside Services & Contractors $ _____
              Supplies (office & operating)  $ _____
              Repairs & Maintenance     $ _____
              Advertising               $ _____
              Auto Expense              $ _____
              Delivery                  $ _____
              Accounting & Legal        $ _____
              Rent                      $ _____
              Telephone                 $ _____
              Travel & Entertainment    $ _____
              Utilities                 $ _____
              Insurance                 $ _____
              Taxes real estate, property, etc.) $ _____
              Interest                  $ _____
              Depreciation              $ _____
              Other Operating Expenses (describe) $ _____
   _____       $ _____
                                           $ _____
   Total Operating Expenses:           (d)  $ _____

   Net Profit/(Loss) from Operations (c - d)=(e) $ _____

   Non-Operating Income/Expenses $_____
   _____  $_____
                                      $_____
   Total                          (f)  $ _____

   Net Profit/(Loss)          (e - f)  $ _____
```

C/15/19

# Allman Family Medicine, P.C.
## Profit & Loss
### December 2018

|  | Dec 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Cash/Check Patient payments | 5,219.79 |
| Credit Card Patient payments | 7,089.39 |
| Provider payments | 37,357.79 |
| **Total Income** | 49,666.97 |
| **Gross Profit** | 49,666.97 |
| **Expense** | |
| **Administrative Costs** | |
| Bank Service Charges | 158.36 |
| Insurance Expense | 1,972.20 |
| Taxes and Licenses | 407.64 |
| Telephone Expense | 1,298.41 |
| **Total Administrative Costs** | 3,836.61 |
| **Facilities Costs** | |
| Janitorial Expense | 1,000.00 |
| Rent Expense | 3,138.11 |
| Utilities | 390.36 |
| **Total Facilities Costs** | 4,528.47 |
| **General Overhead** | |
| Meals and Entertainment | 148.96 |
| **Total General Overhead** | 148.96 |
| **Operating Costs** | |
| Billing Fees | 7,171.08 |
| CC Trans Fee | 136.84 |
| ComputerSupport | -1.48 |
| Imaging Fees | 436.00 |
| Office Supplies | 715.61 |
| Postal | 309.18 |
| **Total Operating Costs** | 8,767.23 |
| **Personnel Costs** | |
| Payroll Expenses | 29.75 |
| Payroll Taxes | 2,281.10 |
| Salary & Wages | 27,382.16 |
| **Total Personnel Costs** | 29,693.01 |
| **Physician Compensation** | |
| Physician Salary | 11,200.00 |
| **Total Physician Compensation** | 11,200.00 |
| **Physician Costs** | |
| Travel Expense | 143.10 |
| **Total Physician Costs** | 143.10 |
| **Total Expense** | 58,317.38 |
| **Net Ordinary Income** | -8,650.41 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Interest Expense | -4.83 |
| **Total Other Expense** | -4.83 |
| **Net Other Income** | 4.83 |
| **Net Income** | **-8,645.58** |

Case 18-83207-CRJ11    Doc 77    Filed 01/26/19    Entered 01/26/19 17:00:42    Desc Main
Document    Page 11 of 14

# Allman Family Medicine, P.C.
# Balance Sheet
## As of December 31, 2018

|  | Dec 31, 18 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Business Checking Account | 2.22 |
| Merchant Checking | 1.88 |
| PNC Business Checking | 24,075.80 |
| PNC Business MM | 2,770.93 |
| PPOA Biz Checking | 1,672.14 |
| PPOA Money Market | 119.52 |
| **Total Checking/Savings** | 28,642.49 |
| **Other Current Assets** | |
| Due from Shareholder | 74,949.75 |
| Petty Cash Drawer | 643.00 |
| PREPAID Payroll Tax | 5,754.72 |
| **Total Other Current Assets** | 81,347.47 |
| **Total Current Assets** | 109,989.96 |
| **Fixed Assets** | |
| Accumulated Depreciation | -268,461.34 |
| Computer Equipment | 41,790.80 |
| Furniture and Equipment | 39,462.10 |
| Leasehold Improvements | 166,217.17 |
| Loan Closing Costs | 2,539.50 |
| Medical Equipment | 45,644.23 |
| **Total Fixed Assets** | 27,192.46 |
| **Other Assets** | |
| Accumulated Amortization | -4,653.44 |
| Goodwill | 50,000.00 |
| Security Deposits Asset | 32,477.00 |
| **Total Other Assets** | 77,823.56 |
| **TOTAL ASSETS** | **215,005.98** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 284,644.62 |
| **Total Accounts Payable** | 284,644.62 |
| **Other Current Liabilities** | |
| Current Maturities | 19,281.66 |
| LOC banc 2016 payment/draw | 329,074.60 |
| LOC construction AFM 2014 | 54,011.83 |
| **Payroll Liabilities** | |
| Christmas Club | 215.00 |
| FICA Payable | 2,319.48 |
| FUTA Payable | 899.18 |
| FWH Payable | -1,041.00 |
| IRA Payable | 9,732.34 |
| SUI Payable | 766.31 |
| SWH Payable | 3,327.40 |
| **Total Payroll Liabilities** | 16,218.71 |
| **TSA 2018** | 86,800.00 |
| **Total Other Current Liabilities** | 505,386.80 |
| **Total Current Liabilities** | 790,031.42 |
| **Long Term Liabilities** | |

Case 18-83207-CRJ11    Doc 77    Filed 01/26/19    Entered 01/26/19 17:00:42    Desc Main
Document    Page 12 of 14

# Allman Family Medicine, P.C.
## Balance Sheet
### As of December 31, 2018

|  | Dec 31, 18 |
|---|---|
| **Less Current Maturities** | -19,281.66 |
| **Term Loan Banc 2016 purchse HFM** | 67,281.23 |
| **Total Long Term Liabilities** | 47,999.57 |
| **Total Liabilities** | 838,030.99 |
| **Equity** |  |
| **Capital Stock** | 1,000.00 |
| **Retained Earnings** | -501,141.25 |
| **Net Income** | -122,883.76 |
| **Total Equity** | -623,025.01 |
| **TOTAL LIABILITIES & EQUITY** | 215,005.98 |

# Allman Family Medicine, P.C.
## Unpaid Bills Detail
### As of January 22, 2019

| | Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|
| **Glaxosmithkline** | | | | | | |
| | Bill | 01/16/2019 | 8252625586 | 01/26/2019 | | 392.94 |
| **Merck** | | | | | | |
| | Bill | 10/31/2018 | 7012411513 | 11/10/2018 | 73 | 2,226.78 |
| Total Merck | | | | | | 2,226.78 |
| **mooremedical** | | | | | | |
| | Bill | 10/31/2018 | 83675846 | 11/10/2018 | 73 | 872.00 |
| | Bill | 11/05/2018 | 83677718 | 11/15/2018 | 68 | 1,417.26 |
| | Bill | 11/09/2018 | 70090100 | 11/19/2018 | 64 | 142.47 |
| | Bill | 11/13/2018 | 83681923 | 11/23/2018 | 60 | 31.50 |
| | Bill | 11/27/2018 | 83687248 | 12/07/2018 | 46 | 947.62 |
| | Bill | 11/30/2018 | 83689011 | 12/10/2018 | 43 | 361.01 |
| Total mooremedical | | | | | | 3,771.86 |
| **Pfizer** | | | | | | |
| | Bill | 10/31/2018 | | 11/10/2018 | 73 | 2,878.93 |
| Total Pfizer | | | | | | 2,878.93 |
| **PNC Visa** | | | | | | |
| | Bill | 11/20/2018 | | 11/30/2018 | 53 | 109.97 |
| | Bill | 12/11/2018 | | 12/21/2018 | 32 | 24.15 |
| | Bill | 12/11/2018 | | 12/21/2018 | 32 | 451.84 |
| | Bill | 12/14/2018 | | 12/24/2018 | 29 | 12.89 |
| | Bill | 12/19/2018 | | 12/29/2018 | 24 | 10.11 |
| | Bill | 12/21/2018 | | 12/31/2018 | 22 | 87.51 |
| | Bill | 12/22/2018 | | 01/01/2019 | 21 | 193.97 |
| | Bill | 12/22/2018 | | 01/01/2019 | 21 | 179.50 |
| | Bill | 12/22/2018 | | 01/01/2019 | 21 | 143.10 |
| | Bill | 12/27/2018 | | 01/06/2019 | 16 | 263.77 |
| | Bill | 12/28/2018 | | 01/07/2019 | 15 | 14.30 |
| | Bill | 12/28/2018 | | 01/07/2019 | 15 | 34.17 |
| | Bill | 01/02/2019 | | 01/12/2019 | 10 | 332.34 |
| | Bill | 01/02/2019 | | 01/12/2019 | 10 | 51.83 |
| | Bill | 01/04/2019 | | 01/14/2019 | 8 | 45.76 |
| | Bill | 01/04/2019 | | 01/14/2019 | 8 | 49.23 |
| | Bill | 01/05/2019 | | 01/15/2019 | 7 | 31.98 |
| | Bill | 01/11/2019 | | 01/21/2019 | 1 | 22.60 |
| | Bill | 01/16/2019 | | 01/26/2019 | | 300.00 |
| | Bill | 01/16/2019 | | 01/26/2019 | | 150.00 |
| | Bill | 01/16/2019 | | 01/26/2019 | | 610.38 |
| | Bill | 01/16/2019 | | 01/26/2019 | | 24.96 |
| | Bill | 01/17/2019 | | 01/27/2019 | | 54.00 |
| | Bill | 01/17/2019 | | 01/27/2019 | | 118.00 |
| | Bill | 01/17/2019 | | 01/27/2019 | | 85.44 |
| | Bill | 01/17/2019 | | 01/27/2019 | | 262.12 |
| Total PNC Visa | | | | | | 3,663.92 |