**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | | |
|---|---|---|---|
| In re: | Primary Providers of Alabama, Inc. | ) | Case No.: 18-83207-CRJ-11 |
| | EIN: xx-xxx9960 | ) | |
| | | ) | |
| | Debtor. | ) | CHAPTER 11 |

### DEBTOR'S NOTICE OF AMENDMENT OF SCHEDULES

**COMES NOW** the Debtor in the above-styled matter and hereby files amended Schedules A/B, D, E/F and Summary of Assets and Liabilities for Non-Individuals consisting of 22 pages, by substituting the attached amended schedules for those originally filed, pursuant to Fed. R. Bankruptcy P. 1009.   The specific changes are as follows:

**Schedule A/B Property has been modified**
-to show amended value of accounts receivable
-to show amended value of other inventory or supplies
-to show that the property listed in Part 5 is perishable

**Schedule D has been modified**
-to show amended value of claim amount for Bancorp South
-to remove Bank Independent as a secured creditor and move to Schedule E/F
-to show amended value of claim amount and amended value of collateral for ServisFirst Bank

**Schedule E/F has been modified**
-to add Bank Independent as an unsecured creditor
-to remove ServisFirst Bank (number 3.51) as an unsecured creditor
-to remove ServisFirst Bank (number 3.52) as an unsecured creditor

/s/*Tazewell T. Shepard*
Tazewell T. Shepard

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P.O. Box 19045
Huntsville, AL 35804
Tel: (256) 512-9924
Fax: (256) 512-9938

**I DECLARE UNDER PENALTY OF PERJURY THAT THE ATTACHED AMENDED SCHEDULES ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.**

Dated:  January 28, 2019          */s/ Jason Allman*
                                  Jason Allman

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that I have this 28th day of January, 2019 served the foregoing upon all listed creditors found on the attached Clerk's Certified Matrix; upon all those persons requesting notice in this case, and upon the following listed persons by electronic service through the Court's CM/ECF system and/or by depositing said copies in the U. S. Mail in properly addressed envelopes with adequate postage thereon:

      Richard Blythe, Esquire
      Office of the Bankruptcy Administrator
      P. O. Box 3045
      Decatur, AL 35602

                              /s/*Tazewell T. Shepard*
                              Tazewell Shepard

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................   $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................................   $     **172,559.61**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................   $     **172,559.61**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................   $     **480,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................   +$     **885,917.33**

4.   **Total liabilities** ..................................................................................................................
    Lines 2 + 3a + 3b        $     **1,365,917.33**

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | $200.00 |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **ServisFirst Bank** | **Checking** | 9316 | $616.55 |
| 3.2. | **ServisFirst Bank** | **Checking** | 0249 | $9.88 |
| 3.3. | **Bancorp South** | **Checking** | 5587 | $4,371.76 |
| 3.4. | **Bancorp South** | **Checking** | 5579 | $1,644.87 |
| 3.5. | **PNC Bank** | **Business General** | 7976 | $15,153.85 |
| 3.6. | **PNC Bank** | **Business Savings** | 7984 | $4,602.70 |

Case 18-83207-CRJ11    Doc 81    Filed 01/28/19    Entered 01/28/19 16:43:51    Desc Main Document    Page 4 of 22

4.      **Other cash equivalents** *(Identify all)*

    4.1.   **HFM lease deposit**                                                          $27,000.00

5.      **Total of Part 1.**                                                                    $53,599.61

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---------|--------------------------|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
        Description, including name of holder of deposit

    7.1.   **Huntsville Utilities**                                                        $4,000.00

    7.2.   **Madison Water**                                                              $1,000.00

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                                    $5,000.00

    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

    11a. 90 days old or less:      **373,000.00**    -    **313,150.00**   = ....        $59,850.00
                face amount              doubtful or uncollectible accounts

12.     **Total of Part 3.**                                                                    $59,850.00

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Lab materials and injections | Illegal to re-sell | $30,000.00 | | $100.00 |

| 23. | **Total of Part 5.** Add lines 19 through 22. Copy the total to line 84. | $100.00 |
|---|---|---|

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. **Office furniture** Basic office furniture and equipment | | $10,000.00 | | $10,000.00 |
| 40. **Office fixtures** | | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | | |
| 42. **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| | |
|---|---|
| 43. | **Total of Part 7.** |
| | Add lines 39 through 42. Copy the total to line 86. |

**$10,000.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Lease of business premises at 1878 Jeff Road #G, Huntsville, AL 35806, through January, 2020. Debtor's monthly lease payment is $3,138.11.** | **Lease** | **$0.00** | | **$0.00** |
| 55.2.   **Lease of business premises at 12205 County Line Road, #B. Madison AL, through November, 2021. Debtor's monthly lease payment is $15,972.19.** | | **$0.00** | | **$0.00** |

| | |
|---|---|
| 56. | **Total of Part 9.** |
| | Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. |

**$0.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** allmanfamilymedicine.com heritagefamilymedicine.com | **$10.00** | | **$10.00** |
| 62.   **Licenses, franchises, and royalties** **EMR software licenses** | **Unknown** | | **Unknown** |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

| 66.   **Total of Part 10.** | **$10.00** |
|---|---|
| Add lines 60 through 65. Copy the total to line 89. | |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ■ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Cause of action against former employee., Dr. Nancy White.  Case is current is currently in arbitration.  Dr. White is represented by J. Matthew Stephens, Esq., Methvin Terrell Yancey Stephens & Miller, PC, 2201 Arlington Avenue South, Birmingham, AL 35205**                     **$44,000.00**

| Nature of claim | **Lawsuit - Breached Employment Agreement** |
| --- | --- |
| **Amount requested** | **$44,000.00** |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                          **$44,000.00**

Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **Primary Providers of Alabama, Inc.**                    Case number *(If known)* **18-83207**
         <span style="font-size:smaller">Name</span>

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$53,599.61** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$5,000.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$59,850.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$100.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$10,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$10.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$44,000.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$172,559.61** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$172,559.61** |

**Fill in this information to identify the case:**

Debtor name    **Primary Providers of Alabama, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ALABAMA

Case number (if known)   **18-83207**

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Bancorp South** | Describe debtor's property that is subject to a lien | $410,000.00 | $69,000.00 |
|---|---|---|---|---|

Creditor's Name

**401 Franklin Street**
**Huntsville, AL 35801**

Creditor's mailing address

**Basic office furniture and equipment**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/07/2016**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

| 2.2 | **ServisFirst Bank** | Describe debtor's property that is subject to a lien | $70,000.00 | $70,000.00 |
|---|---|---|---|---|

Creditor's Name

**850 Shades Creek**
**Parkway, Ste. 200**
**Birmingham, AL 35209**

Creditor's mailing address

**Basic office furniture and equipment**

Describe the lien
**UCC-1**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**04/09/2014**
Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

| Debtor | Primary Providers of Alabama, Inc. | Case number (if know) | 18-83207 |
|---|---|---|---|
| | Name | | |

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent

■ Unliquidated

■ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$480,000.00**

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | **Unknown** | **Unknown** |

**2.1** Priority creditor's name and mailing address

**Alabama Department of Revenue
Income Tax Division
P.O. Box 327460
Montgomery, AL 36132**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Payroll Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
|  |  | **$0.00** |

**3.1** Nonpriority creditor's name and mailing address

**AAdvantage Aviator Mastercard
Card Services
P.O. Box 60517
City of Industry, CA 91716**

Date(s) debt was incurred _____

Last 4 digits of account number  **0302**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notification Purposes Only**

Is the claim subject to offset?  ☑ No  ☐ Yes

**Amount of claim  $0.00**

**3.2** Nonpriority creditor's name and mailing address

**American Proficiency Institute
Dept. 9526
P.O. Box 30516
Lansing, MI 48909-8016**

Date(s) debt was incurred _____

Last 4 digits of account number  **3026**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notification Purposes Only**

Is the claim subject to offset?  ☑ No  ☐ Yes

**Amount of claim  $0.00**

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,760.60** |
|---|---|---|---|
| | **Anda, Inc.**<br>P.O. Box 930219<br>Atlanta, GA 31193-0219 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **2622** | Basis for the claim: **Open Account** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **AnswerTel of Athens**<br>216 S. Marion Street<br>Suite D<br>Athens, AL 35611 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **1148** | Basis for the claim: **Notification Purposes Only** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Audit MicroControls**<br>P.O. Box 3369<br>Eatonton, GA 31024 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **Primary Providers of Alabama** | Basis for the claim: **Notification Purposes Only** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$329,000.00** |
|---|---|---|---|
| | **Bancorp South**<br>P.O. Box 789<br>Tupelo, MS 38802 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **11/18/2016** | | |
| | Last 4 digits of account number **2118** | Basis for the claim: **2016 Line of Credit** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$69,102.37** |
|---|---|---|---|
| | **Bancorp South**<br>P. O. Box 789<br>Tupelo, MS 38802 | ☐ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **11/18/2016** | | |
| | Last 4 digits of account number **2246** | Basis for the claim: **2016 Loan** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Bank Independent**<br>P.O. Box 5000<br>Sheffield, AL 35660 | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: **Notification Purposes Only** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Beckman Coulter, Inc.**<br>Mail Code 42-B06<br>P.O. Box 189015<br>Miami, FL 33196 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number **80US** | Basis for the claim: **Notification Purposes Only** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beckman Coulter, Inc.**
Dept. CH 10164
Palatine, IL 60044

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notification Purposes Only__

Last 4 digits of account number __6062__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,558.02 |
|---|---|---|---|

**Bio-Rad Laboratories**
P.O. Box 849740
Los Angeles, CA 90084-9740

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Open Account__

Last 4 digits of account number __7143__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,900.00 |
|---|---|---|---|

**Blue Cross and Blue Shield of Alabama**
P.O. Box 360387
Birmingham, AL 35236-0387

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Open Account__

Last 4 digits of account number __9999__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cintas Corp. #241**
P.O. Box 630910
Cincinnati, OH 45263-0910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notification Purposes Only__

Last 4 digits of account number __3792__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,381.00 |
|---|---|---|---|

**Citi COSTCO**
P.O. Box 9001016
Louisville, KY 40290-1016

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Open Account__

Last 4 digits of account number __8638__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,000.00 |
|---|---|---|---|

**Comphealth Associates, Inc.**
CHG Healthcare Services, Inc.
7259 S. Bingham June Boulevard
Midvale, UT 84047

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Open Account__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $833.00 |
|---|---|---|---|

**Doctors Exchange**
P.O. Box 1330
Madisonville, LA 70447

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Open Account__

Last 4 digits of account number __1396__

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Employment Screening Services** | ☐ Contingent | |
| | **Dept. K** | ☐ Unliquidated | |
| | **P.O. Box 830520** | ☐ Disputed | |
| | **Birmingham, AL 35283** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notification Purposes Only** | |
| | Last 4 digits of account | | |
| | number  **Primary Providers of Alabama** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Evoqua Water Technologies LLC** | ☐ Contingent | |
| | **26563 Network Place** | ☐ Unliquidated | |
| | **Chicago, IL 60673** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notification Purposes Only** | |
| | Last 4 digits of account number  **2705** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$144.06** |
| | **Finao Solutions** | ☐ Contingent | |
| | **2006 Franklin Street** | ■ Unliquidated | |
| | **Suite 201** | ☐ Disputed | |
| | **Huntsville, AL 35801** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** | |
| | Last 4 digits of account number  **HFM** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,031.00** |
| | **Henry Schein, Inc.** | ☐ Contingent | |
| | **Dept CH 14125** | ■ Unliquidated | |
| | **Palatine, IL 60055-4125** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Open Account** | |
| | Last 4 digits of account number  **0802** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83,702.97** |
| | **Henry Schein, Inc.** | ☐ Contingent | |
| | **Dept CH 10241** | ■ Unliquidated | |
| | **Palatine, IL 60055-0241** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **8708** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Horiba Medical** | ☐ Contingent | |
| | **P.O. Box 512936** | ☐ Unliquidated | |
| | **Los Angeles, CA 90051-0936** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Notification Purposes Only** | |
| | Last 4 digits of account number  **0899** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00** |
| | **Huntsville Utilities** | ☐ Contingent | |
| | **112 Spragins Street** | ■ Unliquidated | |
| | **Huntsville, AL 35801** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number  **2104** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jani-King SV Region**
P.O. Box 6247
Huntsville, AL 35824

Date(s) debt was incurred _

Last 4 digits of account number  **4013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notification Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lioce Group**
2950 Drake Avenue
Huntsville, AL 35805

Date(s) debt was incurred _

Last 4 digits of account number  **1854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notification Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Lynda Hall Tax Collector**
Madison County Courthouse
100 Northside Sq
Huntsville, AL 35801

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Personal property tax for Heritgage Family Medicine**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,392.58 |
|---|---|---|---|

**McKesson Medical Surgical**
P.O. Box 660266
Dallas, TX 75266-0266

Date(s) debt was incurred _

Last 4 digits of account number  **1454**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,890.65 |
|---|---|---|---|

**MDA Professional Group**
P.O. Box 11407
Birmingham, AL 35246-0440

Date(s) debt was incurred _

Last 4 digits of account number  **0001**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,469.10 |
|---|---|---|---|

**Medbill**
3409 Vestavia Circle
Decatur, AL 35603

Date(s) debt was incurred _

Last 4 digits of account number  **Allman Fam Med**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Medical Systems**
459 James Road
Hampton Cove, AL 35763

Date(s) debt was incurred _

Last 4 digits of account number  **4306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notification Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Merck Sharp & Dohma Corp.**
P.O. Box 5254
Carol Stream, IL 60197-5254

Date(s) debt was incurred _

Last 4 digits of account number **4186**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notification Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**Merge Healthcare**
P.O. Box 205824
Dallas, TX 75320-5824

Date(s) debt was incurred _

Last 4 digits of account number **5698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notification Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
| --- | --- | --- | --- |

**Methvin Terrell**
2201 Arlington Avenue
Birmingham, AL 35205

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Legal Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $772.69 |
| --- | --- | --- | --- |

**Mirion Technologies**
P.O. Box 101301
Pasadena, CA 91189-0005

Date(s) debt was incurred _

Last 4 digits of account number **6802**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,862.39 |
| --- | --- | --- | --- |

**Moore Medical**
P.O. Box 99718
Chicago, IL 60696

Date(s) debt was incurred _

Last 4 digits of account number **9003**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $955.00 |
| --- | --- | --- | --- |

**Ocaria**
600 Blvd South SW
Suite 305
Huntsville, AL 35802-2113

Date(s) debt was incurred _

Last 4 digits of account number **Heritage Family**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,021.00 |
| --- | --- | --- | --- |

**Ocaria**
600 Blvd South SW
Suite 305
Huntsville, AL 35802-2113

Date(s) debt was incurred _

Last 4 digits of account number **Allman Family**

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Orkin**
1035 Putman Drive NW
Suite F
Huntsville, AL 35816

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9680**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.00 |
|---|---|---|---|

**Pfizer**
P.O. Box 100539
Atlanta, GA 30384-0539

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open Account**

Last 4 digits of account number **9134**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pfizer**
P.O. Box 100539
Atlanta, GA 30384-0539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notification Purposes Only**

Last 4 digits of account number **6614**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pitney Bowes**
P.O. Box 371896
Pittsburgh, PA 15250-7896

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notification Purposes Only**

Last 4 digits of account number **8240**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pitney Bowes**
P.O. Box 371896
Pittsburgh, PA 15250-7896

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notification Purposes Only**

Last 4 digits of account number **8774**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Radiation Detection Co.**
3527 Snead Drive
Georgetown, TX 78626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9016**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.00 |
|---|---|---|---|

**Radiology of Huntsville**
2006 Franklin Street
Suite 200
Huntsville, AL 35801

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Open Account**

Last 4 digits of account number **Heritage**

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,630.31 |
|---|---|---|---|

**Redstone FCU**
**220 Wynn Dr NW**
**Huntsville, AL 35893**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **6499**

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,000.00 |
|---|---|---|---|

**Redstone Federal Credit Union**
**220 Wynn Drive**
**Huntsville, AL 35893**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2010**

Last 4 digits of account number  **6499**

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ricoh USA, Inc.**
**P.O. Box 532530**
**Atlanta, GA 30353-2530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **4747**

Basis for the claim:  **Notification Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RJYoung**
**MSC7511**
**P.O. Box 415000**
**Nashville, TN 37241-7511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **7601**

Basis for the claim:  **Notification Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,404.77 |
|---|---|---|---|

**Sanofi Pasteur Inc**
**12458 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **8542**

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,703.09 |
|---|---|---|---|

**Sanofi Pasteur, Inc.**
**12458 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1536**

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,069.08 |
|---|---|---|---|

**Servis Biz Card Services**
**P.O. Box 84070**
**Columbus, GA 31908-4070**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  **1504**

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $473.98 |

**3.52** Nonpriority creditor's name and mailing address

**Shred-It**
**28883 Network Place**
**Chicago, IL 60673-1288**

Date(s) debt was incurred _
Last 4 digits of account number  **3624**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No  ☐ Yes

$473.98

---

**3.53** Nonpriority creditor's name and mailing address

**Sirote**
**P.O. Box 55509**
**Birmingham, AL 35255-5509**

Date(s) debt was incurred _
Last 4 digits of account
number  **Allman Fam Medicine**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$2,556.65

---

**3.54** Nonpriority creditor's name and mailing address

**SonoDynamics**
**4800 Whitesburg Drive**
**Suite 30-185**
**Huntsville, AL 35802**

Date(s) debt was incurred _
Last 4 digits of account number  **AFM**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No  ☐ Yes

$18,197.00

---

**3.55** Nonpriority creditor's name and mailing address

**Stericycle Stericycle ComSol**
**26604 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _
Last 4 digits of account number  **0196**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Open Account**

Is the claim subject to offset? ■ No  ☐ Yes

$3,405.75

---

**3.56** Nonpriority creditor's name and mailing address

**Stericycle, Inc.**
**P.O. Box 6582**
**Carol Stream, IL 60197-6582**

Date(s) debt was incurred _
Last 4 digits of account number  **0854**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

$4,244.27

---

**3.57** Nonpriority creditor's name and mailing address

**Stericycle, Inc.**
**P.O. Box 6582**
**Carol Stream, IL 60197-6582**

Date(s) debt was incurred _
Last 4 digits of account number  **2014**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notification Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.58** Nonpriority creditor's name and mailing address

**Stericycle, Inc.**
**P.O. Box 6582**
**Carol Stream, IL 60197-6582**

Date(s) debt was incurred _
Last 4 digits of account number  **0976**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notification Purposes Only**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$86,800.00** |
|---|---|---|---|

**The Hartford**
P.O. Box 660916
Dallas, TX 75266-0916

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Open Account__

Last 4 digits of account number __5112__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**West Interactive Services Corp**
700 14th Street
Denver, CO 80256-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Notification Purposes Only__

Last 4 digits of account number __5944__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$17,000.00** |
|---|---|---|---|

**West Madison Professional Plaza LLC**
100 Springton Drive
Madison, AL 35758

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Unpaid Rent__

Last 4 digits of account number __Heritage__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,034.00** |
|---|---|---|---|

**Wilicam, Inc. dba Vanguard Cleaning**
3755 Corporate Woods Drive
Birmingham, AL 35242

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Open Account__

Last 4 digits of account number __HFM__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **David Schwartz, Esq.**<br>**Zarzaur & Schwartz, P.C.**<br>**P.O. Box 11366**<br>**Birmingham, AL 35202** | Line __3.21__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Peter Loftis Lowe, Jr., Esq.**<br>**P.O. Box 2153**<br>**Huntsville, AL 35804** | Line __3.61__<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $ **885,917.33** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ **885,917.33** |

---