UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: | } |
| | } |
| PRIMARY PROVIDERS OF ALABAMA, INC. | } Case No. 18-83207-CRJ-11 |
| EIN: XX-XXX9960 | } Chapter 11 |
| | } |
| Debtor(s) | } |

**ORDER APPROVING MOTION TO CONTINUE**

Before the Court is BancorpSouth Bank's Motion to Continue the hearing on its Motion to Prohibit Use of Cash Collateral, requesting a continuance for a period of two weeks and consenting to Debtor's use of cash collateral through February 14, 2019. Also scheduled for hearing on January 31, 2019 is the Debtor's Motion for Interim Authority to Use Cash Collateral through March 31, 2019.

For cause shown, the Court will approve the requested continuance, continuing BancorpSouth Bank's Motion to Prohibit Use of Cash Collateral until the Court's next regularly scheduled docket following the requested two-week period and approving the Debtor's use of cash collateral until the matter may be heard. The Court will also continue the Debtor's Motion for Interim Use of Cash collateral to the Court's next regularly scheduled docket on February 4, 2019.

**IT IS THEREFORE ORDERED, ADJUDGED and DECREED** as follows:

1. The Motion to Continue is **APPROVED** as set forth herein. The hearing on BancorpSouth Bank's Motion to Prohibit Use of Cash Collateral and the Debtor's Response and Supplemental Response to Motion to Prohibit Use of Cash Collateral are continued to **Wednesday, February 20, 2019** at **11:30 a.m., CDT**, before the Honorable Clifton R. Jessup, Jr. at the **Federal Building, 101 Holmes Avenue, Huntsville, AL 35801.**

2. The Debtor is hereby authorized to use cash collateral in the ordinary course of business to satisfy actual expenses reasonable and necessary to the operation and maintenance of the Debtor's business through **February 20, 2019**.

3. The hearing on Debtor's Motion for Interim Authority to Use Cash Collateral through March 31, 2019 is continued to **Monday, February 4, 2019** at **2:30 p.m., CDT,** before the Honorable Clifton R Jessup, Jr., at **the United States Bankruptcy Court for the Northern District of Alabama, Northern Division, 400 Well Street, Decatur, AL 35601.**

4. All hearings scheduled on January 31, 2019 are hereby **VACATED**.

Dated this the 31st day of January, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge