## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Primary Providers of Alabama          **CASE NO. :** 18-83207-CRJ11

**MONTH ENDING:** 01/31/19

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month**

### BUSINESS DEBTOR'S AFFIRMATIONS

1.  YES **X** NO____ All post petition business taxes have been paid/deposited and the deposit slips are attached.

    YES____ NO **X** All post petition individual taxes have been paid and the deposit slips are attached.

    If you answered "No" to the above, list the types of taxes that are now due and owing.

| TYPE OF TAX | AMOUNT |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

2.  YES **X** NO____ Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.

    If no, enter:     TYPE_____not in force.

    TYPE_____not in force.

3.  YES____ NO **X** New books and records were opened and are being maintained daily.

4.  YES **X** NO____ Copies of <u>all</u> banks statements and reconciliations are attached .

5.  YES **X** NO____ I have otherwise complied with all requirements of the Chapter 11 Operating Order.

6.  YES **X** NO____ All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 2/15/19_____

RESPONSIBLE PARTY

Phone No.

**Bankruptcy Administrator Form - Business BA-01**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: <u>Primary Providers of Alabama</u>                CASE NO. : <u>18-83207-CRJ11</u>

MONTH ENDING: <u>01/31/19</u>

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT<br>-Accrual **(Circle One)** -Cash |
|---|---|

CASH ON HAND (Beginning)is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND(Beginning) _26715.32_

B.  RECEIPTS:

  Accounts Receivable from
  Form BA-02(A)-Line II(C)   _54260.81_

  Cash Sales   _10746.81_

  Loan Proceeds
  from_____   _____

   Sale of Property   _____
   (Not in ordinary
   course of business)

  Other_____   _____

     _____   _____

C.  TOTAL RECEIPTS   _65007.62_
    (Total of B)

D.  BUSINESS DISBURSEMENTS
    FROM FORM BA-02(B)   _78962.26_

E.  SURPLUS OR DEFICIT   _-13954.64_
    (C minus D)

F.  CASH ON HAND (End)   _12760.68_
    (A plus E)

1.   REVENUE FROM TOTAL
     SALES   $ _65007.62_

2.   LESS COST OF THOSE
     SALES   _0_
     (Cost of materials,
      Labor, etc.)

3.   EQUALS GROSS
     PROFIT (1 minus 2)   _65007.62_

4.   LESS OPERATING
     EXPENSES   _78962.26_

5.   EQUALS NET PROFIT
     OPERATIONS
     (3 minus 4)   _-13954.64_

6.   NON-OPERATING
     INCOME/EXPENSES
     (LIST SPECIFIC
     INCOME/EXPENSES)

     _____   _____

     _____   _____

     _____   _____

7.    EQUALS NET PROFIT
      OR NET LOSS   $_-13954.64_
      (5 plus or minus 6)

***\* Please itemize Cost of Sales
and Expenses on a separate
sheet of paper.***

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 2/15/19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Primary Providers of Alabama        CASE NO. : 18-83207-CRJ11

MONTH ENDING: 01/31/19

Attach to Business Form BA-02

# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.    NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH. (Check if true)

II.    COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.

A.    Amount collected this month on accounts
       receivable charged and paid this month.              $ 10746.81

B.    Amount collected this month on accounts
       receivable charged in prior months
       and paid this month.                                  $ 54260.81

C.    TOTAL collected this month on accounts
       receivable.                                           $ 65007.62

III.   PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| Insurance + patients | $58359.23 | | | | $58395.23 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTALS | $ | | | | $58359.23 |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE 2/15/19

RESPONSIBLE PARTY

Bankruptcy Administrator Form - Business BA-02(A)

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: <u>Primary Providers of Alabama</u>    CASE NO. : <u>18-83207-CRJ11</u>

MONTH ENDING: <u>01/31/19</u>

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES. ..................................... $ _____
ADVERTISING. ...........................................  _____
AUTOMOBILES/VEHICLES (repairs & maintenance). ..........  _____
COMMISSIONS/CONTRACT LABOR. ............................  _____
INSURANCE (TOTAL). .....................................  _____
     AUTO                    $ _____
     LIABILITY                 See financial
     LIFE                      statements appended
     MEDICAL                   to report
     CASUALTY                   _____
     FIRE & THEFT               _____
     WORKMAN'S COMP.            _____
     OTHER _____  _____
INTEREST PAID. .........................................  _____
INVENTORY PURCHASED. ...................................  _____
LEGAL FEES. ............................................  _____
POSTAGE. ...............................................  _____
RENT/LEASE PAYMENTS ON REAL ESTATE. ....................  _____
REPAIRS & MAINTENANCE. .................................  _____
SALARIES/WAGES PAID. ...................................  _____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]. ...........  _____
SUPPLIES (TOTAL). ......................................  _____
     OFFICE                  $ _____
     OPERATING                 _____
TRAVEL & ENTERTAINMENT. ................................  _____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]. ..............  _____
UNSECURED LOAN PAYMENTS. ...............................  _____
UTILITIES (TOTAL). .....................................  _____
     ELECTRICITY             $ _____
     GAS                       _____
     TELEPHONE                 _____
     WATER                     _____
     OTHER _____ _____

OTHER BUSINESS DISBURSEMENTS    _____
(Specify)                       _____      $ _____

TOTAL BUSINESS DISBURSEMENTS. ......................... $ _____
```

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE 2/15/19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** <u>Primary Providers of Alabama</u>

**CASE NO. :** <u>18-83207-CRJ11</u>

**MONTH ENDING:** <u>01/31/19</u>

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

# *ALL* SECURED CREDITORS MUST BE LISTED BELOW

2. ___X____  No secured loan payments have been paid during this month

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2/15/19

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Primary Providers of Alabama          CASE NO. : 18-83207-CRJ11

MONTH ENDING: 01/31/19

### Attach to Business Form BA-02
### BUSINESS DEBTOR'S TAX PAYMENTS

#### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 1/4/19 | 12364.98 | 5288.30 | paid | | |
| 1/17/19 | 12568.20 | 5714.41 | paid | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

#### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| 1/31/19 | | 918.80 | paid | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

#### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 2/15/19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02 (D)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Primary Providers of Alabama      **CASE NO. :** 18-83207-CRJ11

**MONTH ENDING:** 01/31/19

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Servis | Check *9316 | 5.05 | 1/31 | Pre |
| Servis | Save *0249 | 1.88 | 1/31 | Pre |
| Bancorp | Check *5587 | 709.99 | 1/31 | Pre |
| Bancorp | Save *5579 | 119.53 | 1/31 | Pre |
| PNC | Check *7976 | 12874.92 | 1/31 | Pre |
| PNC | Save *7984 | 5832.09 | 1/31 | Pre |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | | |
|---|---|---|
| Officer #1 (Name) Dr. Katarina Allman | $ | 18400.00 |
| Officer #2 (Name) Jason Allman | $ | 6469.60 |
| Other Officer(Name) _____ | $ | |
| Employees (Number) _____ | $ | |
| Employees (Relatives) _____ | $ | |
| Name _____ | $ | |
| Name | $ | |

## INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ |
| Inventory - Purchased this Month - CASH | $ |
| Inventory - Purchased this Month - CREDIT | $ |
| Inventory - End of Month (COST) | $ |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X____ A. No payments on pre-petition debts have been made this month.
____ B. The following payments have been made this month to unsecured
creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 2/15/19

RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** <u>Primary Providers of Alabama</u>          **CASE NO. :** <u>18-83207-CRJ11</u>
                                                          **MONTH ENDING:** <u>01/31/19</u>

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

_____ A.  All operating expenses since the beginning of this case have
           been paid.  Therefore there are no post-petition accounts
           payable.

**\*\* OR \*\***

___X___ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| | | $ | $ | $ | $ |
| See attached unpaid | | | | | |
| bill sheet | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | | $ | $ | $ | $ |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE _2/15/19_____

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Primary Providers of Alabama          CASE NO. : 18-83207-CRJ11

MONTH ENDING: 01/31/19

## BUSINESS DEBTOR'S BALANCE SHEET

See attached balance sheet

2/15/19

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Primary Providers of Alabama          **CASE NO. :** 18-83207-CRJ11

**MONTH ENDING:** 01/31/19

---

TOTAL REVENUE (SALES)                               (a)    $ _____
  Cost of Sales:
                    Materials          $ _____
                    Labor              $ _____
                    Purchased Services $ _____
        Total Cost of Sales                         (b)    $ _____
        Gross Profit                  (a - b) = (c)        $ _____

OPERATING EXPENSES
                    Management Salary              $ See attached
                    Other Salary Expense           $ _____
                    Payroll Expenses               $ _____
                    Outside Services & Contractors $ _____
                    Supplies (office & operating)  $ _____
                    Repairs & Maintenance          $ _____
                    Advertising                    $ _____
                    Auto Expense                   $ _____
                    Delivery                       $ _____
                    Accounting & Legal             $ _____
                    Rent                           $ _____
                    Telephone                      $ _____
                    Travel & Entertainment         $ _____
                    Utilities                      $ _____
                    Insurance                      $ _____
                    Taxes real estate, property, etc.) $ _____
                    Interest                       $ _____
                    Depreciation                   $ _____
                    Other Operating Expenses (describe) $ _____
        _____           $ _____
                                                   $ _____
        Total Operating Expenses:             (d)  $ _____

        Net Profit/(Loss) from Operations (c - d)=(e)  $ _____

        Non-Operating Income/Expenses $ _____
                                      $ _____
        _____       $ _____
        Total                             (f)  $ _____

        Net Profit/(Loss)             (e - f)  $ _____

---

2/15/19                              _(signature)_





Electronic Federal Tax Payment System

| HOME | ENROLLMENT | MY PROFILE | PAYMENTS | HELP & INFORMATION | CONTACT US | LOGOUT |

MAKE A TAX PAYMENT

CANCEL A TAX PAYMENT



## Payment History

Your 90 Day payment history is displayed at the bottom of this page.

Click the 🅢 icon for additional details on any payment shown below. Click this ❓ icon for additional information regarding payment history.

If you have authorized a deposit or a payment through a third party, and the deposit or payment isn't showing in your payment history, or it is showing but is an incorrect amount, or appears to be late, click here for more information.

### Search Options

Transaction Search:

○ 30 Days   ◉ 90 Days   ○ 180 Days   ○ 365 Days   ○ max (16 months)

or select Advanced Search          SEARCH ▶

### Search Results

| Settlement Date | Initiation Date | Tax Form | Tax Period | Amount | Status |
|---|---|---|---|---|---|
| **EFT Acknowledgement Number: 270945034246325 🅢** | | | | | |
| 2019-02-19 | 2019-02-15 | 941 | 2019/Q1 | $3,759.70 | Scheduled |
| **EFT Acknowledgement Number: 270943253713763 🅢** | | | | | |
| 2019-02-01 | 2019-01-30 | 941 | 2019/Q1 | $141.90 | Settled |
| **EFT Acknowledgement Number: 270943254820249 🅢** | | | | | |
| 2019-02-01 | 2019-01-30 | 941 | 2019/Q1 | $4,643.36 | Settled |
| **EFT Acknowledgement Number: 270943131474550 🅢** | | | | | |
| 2019-01-31 | 2019-01-30 | 940 | 2018 | $918.80 | Settled |
| **EFT Acknowledgement Number: 270941763879472 🅢** | | | | | |
| 2019-01-17 | 2019-01-15 | 941 | 2019/Q1 | $5,714.41 | Settled |
| **EFT Acknowledgement Number: 270940440684841 🅢** | | | | | |
| 2019-01-04 | 2019-01-03 | 941 | 2019/Q1 | $5,288.30 | Settled |
| **EFT Acknowledgement Number: 270875510260212 🅢** | | | | | |
| 2018-12-21 | 2018-12-18 | 941 | 2018/Q4 | $4,235.04 | Settled |
| **EFT Acknowledgement Number: 270874131777619 🅢** | | | | | |
| 2018-12-07 | 2018-12-04 | 941 | 2018/Q4 | $5,407.24 | Settled |
| **EFT Acknowledgement Number: 270872792642811 🅢** | | | | | |
| 2018-11-23 | 2018-11-20 | 941 | 2018/Q4 | $4,161.28 | Settled |

Case 18-83207-CRJ11    Doc 103    Filed 02/19/19    Entered 02/19/19 12:04:43    Desc
Main Document     Page 11 of 29

# Allman Family Medicine, P.C.
## Profit & Loss
### January 2019

| | Jan 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Cash/Check Patient payments | 3,447.98 |
| Credit Card Patient payments | 7,298.83 |
| Provider payments | 54,260.81 |
| **Total Income** | 65,007.62 |
| **Gross Profit** | 65,007.62 |
| **Expense** | |
| **Administrative Costs** | |
| Bank Service Charges | 174.22 |
| Professional Fees | 5,703.21 |
| Telephone Expense | 380.78 |
| **Total Administrative Costs** | 6,258.21 |
| **Facilities Costs** | |
| Janitorial Expense | 1,150.00 |
| Rent Expense | 3,138.11 |
| Utilities | 384.17 |
| **Total Facilities Costs** | 4,672.28 |
| **General Overhead** | |
| Meals and Entertainment | 142.55 |
| **Total General Overhead** | 142.55 |
| **Operating Costs** | |
| Billing Fees | 2,857.65 |
| CC Trans Fee | 161.00 |
| Computer and Internet Expenses | 600.00 |
| Medical Waste Disposal | 465.00 |
| Office Supplies | 555.92 |
| Vaccines and Medicines | 3,807.42 |
| **Total Operating Costs** | 8,446.99 |
| **Personnel Costs** | |
| Payroll Expenses | 49.00 |
| Payroll Taxes | 4,674.87 |
| Salary & Wages | 35,653.98 |
| **Total Personnel Costs** | 40,377.85 |
| **Physician Compensation** | |
| Physician Salary | 18,400.00 |
| **Total Physician Compensation** | 18,400.00 |
| **Physician Costs** | |
| Dry Cleaning | 54.00 |
| Travel Expense | 610.38 |
| **Total Physician Costs** | 664.38 |
| **Total Expense** | 78,962.26 |
| **Net Ordinary Income** | -13,954.64 |
| **Other Income/Expense** | |
| **Other Expense** | |
| Interest Expense | -3.99 |
| **Total Other Expense** | -3.99 |
| **Net Other Income** | 3.99 |
| **Net Income** | **-13,950.65** |

# Allman Family Medicine, P.C.
## Balance Sheet
### As of January 31, 2019

|  | Jan 31, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Business Checking Account | 2.22 |
| Merchant Checking | 1.88 |
| PNC Business Checking | 13,270.31 |
| PNC Business MM | 1,046.83 |
| PPOA Biz Checking | 71.43 |
| PPOA Money Market | 119.52 |
| **Total Checking/Savings** | 14,512.19 |
| **Other Current Assets** | |
| Due from Shareholder | 74,949.39 |
| Petty Cash Drawer | 643.00 |
| PREPAID Payroll Tax | 5,754.72 |
| **Total Other Current Assets** | 81,347.11 |
| **Total Current Assets** | 95,859.30 |
| **Fixed Assets** | |
| Accumulated Depreciation | -268,461.34 |
| Computer Equipment | 41,790.80 |
| Furniture and Equipment | 39,462.10 |
| Leasehold Improvements | 166,217.17 |
| Loan Closing Costs | 2,539.50 |
| Medical Equipment | 45,644.23 |
| **Total Fixed Assets** | 27,192.46 |
| **Other Assets** | |
| Accumulated Amortization | -4,653.44 |
| Goodwill | 50,000.00 |
| Security Deposits Asset | 32,477.00 |
| **Total Other Assets** | 77,823.56 |
| **TOTAL ASSETS** | 200,875.32 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 284,161.20 |
| **Total Accounts Payable** | 284,161.20 |
| **Other Current Liabilities** | |
| Current Maturities | 19,281.66 |
| LOC banc 2016 payment/draw | 329,074.60 |
| LOC construction AFM 2014 | 54,011.83 |
| **Payroll Liabilities** | |
| Christmas Club | 80.00 |
| FICA Payable | 2,469.88 |
| FUTA Payable | 190.65 |
| FWH Payable | -1,669.05 |
| IRA Payable | 2,809.24 |
| SUI Payable | 529.22 |
| SWH Payable | 1,888.20 |
| **Total Payroll Liabilities** | 6,298.14 |
| **TSA 2018** | 86,800.00 |
| **Total Other Current Liabilities** | 495,466.23 |
| **Total Current Liabilities** | 779,627.43 |
| **Long Term Liabilities** | |

# Allman Family Medicine, P.C.
## Balance Sheet
### As of January 31, 2019

|  | Jan 31, 19 |
|---|---|
| Less Current Maturities | -19,281.66 |
| Term Loan Banc 2016 purchse HFM | 67,281.23 |
| **Total Long Term Liabilities** | 47,999.57 |
| **Total Liablilies** | 827,627.00 |
| **Equity** |  |
| Capital Stock | 1,000.00 |
| Retained Earnings | -613,801.03 |
| Net Income | -13,950.65 |
| **Total Equity** | -626,751.68 |
| **TOTAL LIABILITIES & EQUITY** | **200,875.32** |

Page 2

# Allman Family Medicine, P.C.
## Unpaid Bills Detail
### As of January 31, 2019

| | Type | Date | Num | Due Date | Aging | Open Balance |
|---|---|---|---|---|---|---|
| **Doctors Exchange** | | | | | | |
| | Bill | 01/31/2019 | | 02/10/2019 | | 382.00 |
| Total Doctors Exchange | | | | | | 382.00 |
| **Glaxosmithkline** | | | | | | |
| | Bill | 01/16/2019 | 8252625586 | 01/26/2019 | 5 | 392.94 |
| Total Glaxosmithkline | | | | | | 392.94 |
| **Merck** | | | | | | |
| | Bill | 10/31/2018 | 7012411513 | 11/10/2018 | 82 | 2,226.78 |
| Total Merck | | | | | | 2,226.78 |
| **mooremedical** | | | | | | |
| | Bill | 11/05/2018 | 83677718 | 11/15/2018 | 77 | 1,417.26 |
| | Bill | 11/09/2018 | 70090100 | 11/19/2018 | 73 | 142.47 |
| | Bill | 11/13/2018 | 83681923 | 11/23/2018 | 69 | 31.50 |
| | Bill | 11/27/2018 | 83687248 | 12/07/2018 | 55 | 947.62 |
| | Bill | 11/30/2018 | 83689011 | 12/10/2018 | 52 | 361.01 |
| Total mooremedical | | | | | | 2,899.86 |
| **Pfizer** | | | | | | |
| | Bill | 01/02/2019 | 9325901612 | 01/12/2019 | 19 | 1,764.62 |
| Total Pfizer | | | | | | 1,764.62 |
| **PNC Visa** | | | | | | |
| | Bill | 12/22/2018 | | 01/01/2019 | 30 | 193.97 |
| | Bill | 12/22/2018 | | 01/01/2019 | 30 | 179.50 |
| | Bill | 12/22/2018 | | 01/01/2019 | 30 | 143.10 |
| | Bill | 12/27/2018 | | 01/06/2019 | 25 | 263.77 |
| | Bill | 12/28/2018 | | 01/07/2019 | 24 | 14.30 |
| | Bill | 12/28/2018 | | 01/07/2019 | 24 | 34.17 |
| | Bill | 01/02/2019 | | 01/12/2019 | 19 | 332.34 |
| | Bill | 01/02/2019 | | 01/12/2019 | 19 | 51.83 |
| | Bill | 01/04/2019 | | 01/14/2019 | 17 | 45.76 |
| | Bill | 01/04/2019 | | 01/14/2019 | 17 | 49.23 |
| | Bill | 01/05/2019 | | 01/15/2019 | 16 | 31.98 |
| | Bill | 01/11/2019 | | 01/21/2019 | 10 | 22.60 |
| | Bill | 01/16/2019 | | 01/26/2019 | 5 | 300.00 |
| | Bill | 01/16/2019 | | 01/26/2019 | 5 | 150.00 |
| | Bill | 01/16/2019 | | 01/26/2019 | 5 | 610.38 |
| | Bill | 01/16/2019 | | 01/26/2019 | 5 | 24.96 |
| | Bill | 01/22/2019 | | 02/01/2019 | | 52.95 |
| Total PNC Visa | | | | | | 2,500.84 |

Case 18-83207-CRJ11   Doc 103   Filed 02/19/19   Entered 02/19/19 12:04:43   Desc
Main Document      Page 15 of 29



R 362

**BancorpSouth**
Member FDIC

PRIMARY PROVIDERS OF ALABAMA INC          30/3
1878 JEFF RD NW STE G
HUNTSVILLE AL  35806-4261

                                    STATEMENT DATE
                                        01/31/19
                                    ACCOUNT NUMBER
                                        ████558-7

INFOLINE  1-888-797-7711
    INTRODUCING MOBILE WALLET FOR BANCORPSOUTH MASTERCARD(R)
    PERSONAL CREDIT CARD AND DEBIT CARD CUSTOMERS!

* * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * *
PREVIOUS BALANCE              1,672.14       AVERAGE BALANCE
    +     14 CREDITS          2,017.27                    1,046
    -      3 DEBITS           2,838.42       YTD INTEREST PAID
    -   SERVICE CHARGES         141.00                      .00
    +     INTEREST PAID            .00
ENDING BALANCE                  709.99

DAYS IN PERIOD                                    31

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
    DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
01/02       351.87 HUMANA GOVT BUSI HCCLAIMPMT
01/04        13.09 WISCONSIN PHYSIC HCCLAIMPMT
01/04       114.44 HUMANA GOVT BUSI HCCLAIMPMT
01/04       437.91 HUMANA GOVT BUSI HCCLAIMPMT
01/08        93.60 WISCONSIN PHYSIC HCCLAIMPMT
01/15        32.37 WISCONSIN PHYSIC HCCLAIMPMT
01/15       250.00 DEPOSIT
01/16        65.43 WISCONSIN PHYSIC HCCLAIMPMT
01/17        15.42 WISCONSIN PHYSIC HCCLAIMPMT
01/17        81.74 WISCONSIN PHYSIC HCCLAIMPMT
01/22       202.03 WISCONSIN PHYSIC HCCLAIMPMT
01/24       171.95 WISCONSIN PHYSIC HCCLAIMPMT
01/29        19.37 WISCONSIN PHYSIC HCCLAIMPMT
01/31       168.05 WISCONSIN PHYSIC HCCLAIMPMT
    CHECKS
DATE..CHECK NO..........AMOUNT   DATE..CHECK NO..........AMOUNT
01/07      5491*        634.48   01/15      5493        1,335.00
01/11      5492         868.94
    OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
01/14        85.00 XAA ANALYSIS
01/15        36.00 OD CHARGE
01/31        20.00 SERVICE CHARGE


362

PRIMARY PROVIDERS OF ALABAMA INC
1878 JEFF RD NW STE G
HUNTSVILLE AL  35806-4261

PAGE    2

STATEMENT DATE
01/31/19
ACCOUNT NUMBER
558-7

\* \* \* \* \* \* \* \* \* \* DAILY BALANCE SUMMARY \* \* \* \* \* \* \* \* \* \*

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|
| 12/31 | 1672.14 | 01/11 | 1179.63 | 01/22 | 370.62 |
| 01/02 | 2024.01 | 01/14 | 1094.63 | 01/24 | 542.57 |
| 01/04 | 2589.45 | 01/15 | 6.00 | 01/29 | 561.94 |
| 01/07 | 1954.97 | 01/16 | 71.43 | 01/31 | 709.99 |
| 01/08 | 2048.57 | 01/17 | 168.59 | | |

 362

**BancorpSouth**
Member FDIC

30/0

PRIMARY PROVIDERS OF ALABAMA INC
1878 JEFF RD NW STE G
HUNTSVILLE AL  35806-4261

STATEMENT DATE
01/31/19
ACCOUNT NUMBER
557-9

INFOLINE  1-888-797-7711
   INTRODUCING MOBILE WALLET FOR BANCORPSOUTH MASTERCARD(R)
   PERSONAL CREDIT CARD AND DEBIT CARD CUSTOMERS!

   2018 CHECKING YEAR TO DATE INTEREST PAID             2.53
* * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * *
PREVIOUS BALANCE              119.52          AVERAGE BALANCE
   +     0 CREDITS                .00                       119
   -     0 DEBITS                 .00       YTD INTEREST PAID
   - SERVICE CHARGES              .00                       .01
   +   INTEREST PAID              .01
ENDING BALANCE                119.53


DAYS IN PERIOD                                            31

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
   DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION     CHK NO/ATM CD
01/31           0.01 IOD INTEREST PAID
* * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
   DATE.......BALANCE    DATE.......BALANCE    DATE.......BALANCE
12/31        119.52   01/31       119.53


   * * * * * * * * * INTEREST RATE SUMMARY * * * * * * * * * *
              EFF-DATE         RATE

              08-02-18      0.00100000            9,999
                            0.00100000           24,999
                            0.00150000           49,999
                            0.00200000           99,999
                            0.00250000          149,999
                            0.00300000          499,999
                            0.00500000

```
        ALLMAN FAMILY MEDICINE PC
        1878 JEFF ROAD, STE G
        HUNTSVILLE AL 35806
```

### C H E C K I N G   A C C O U N T S

```
BUSINESS CHECKING                 Number of Enclosures              0
Account Number        @XXXXXXXXXX@9316   Statement Dates  1/01/19 thru 1/31/19
Previous Balance              5.05   Days in the Statement Period    31
     Deposits/Credits          .00   Average Ledger                5.05
     Checks/Debits             .00   Average Collected             5.05
Service Charge                 .00
Interest Paid                  .00
Current Balance               5.05
```

-------------------------------------------------------------------------

```
Daily Balances
Date          Balance
 1/01              5.05
```

ALLMAN FAMILY MEDICINE PC
MERCHANT ACCOUNT
1878 JEFF ROAD, STE G
HUNTSVILLE AL 35806

### C H E C K I N G   A C C O U N T S

| BUSINESS CHECKING | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | @XXXXXXXXXX@0249 | Statement Dates  1/01/19 thru  1/31/19 | |
| Previous Balance | 1.88 | Days in the Statement Period | 31 |
| Deposits/Credits | .00 | Average Ledger | 1.88 |
| Checks/Debits | .00 | Average Collected | 1.88 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 1.88 | | |

--------------------------------------------------------------------------

Daily Balances
Date          Balance
 1/01              1.88

# Business Checking Preferred

 **PNC BANK**

PNC Bank

**For the Period 01/01/2019 to 01/31/2019**

Primary Account Number: ██████-7976
Page 1 of 6
Number of enclosures: 0

PRIMARY PROVIDERS OF ALABAMA, INC.
1878 JEFF RD NW STE G
HUNTSVILLE AL 35806-4261

☎ For 24-hour banking sign on to
🖥 PNC Bank Online Banking on pnc.com
    FREE Online Bill Pay

    For customer service call 1-877-BUS-BNKG
    Monday - Friday: 7 AM - 10 PM ET
    Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
    PO Box 609
    Pittsburgh, PA 15230-9738
🖥 Visit us at PNC.com/smallbusiness
📠 TDD terminal: 1-800-531-1648
    For hearing impaired clients only

---

**Watch Out for Text Scams**

Be careful of unexpected text messages that may appear to come from PNC, asking you to follow links or provide personal information. PNC will never ask you to click a link in a text message to provide personal or account information. If you think you may have responded to a fraudulent text, immediately change your PNC passwords, then contact us at 1-800-762-2035.

---

Primary Providers Of Alabama, Inc.

## Business Checking Preferred Summary

Account number: ██████-7976

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

---

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 22,145.80 | 56,601.85 | 65,872.73 | 12,874.92 |
| | | | Average ledger balance | Average collected balance |
| | | | 18,521.88 | 18,269.85 |

---

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 7 | 8,542.16 |
| ACH Additions | 79 | 48,059.69 |
| Total | 86 | 56,601.85 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 17 | 14,259.26 |
| ACH Deductions | 11 | 26,096.01 |
| Other Deductions | 12 | 25,517.46 |
| Total | 40 | 65,872.73 |

---

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 01/01 | 22,145.80 | 01/09 | 22,704.32 | 01/17 | 12,629.45 |
| 01/02 | 25,001.82 | 01/10 | 24,117.08 | 01/18 | 13,532.88 |
| 01/03 | 19,451.41 | 01/11 | 24,468.93 | 01/22 | 15,615.55 |
| 01/04 | 18,179.05 | 01/14 | 20,831.69 | 01/23 | 23,326.29 |
| 01/07 | 18,647.70 | 01/15 | 8,270.16 | 01/24 | 24,208.78 |
| 01/08 | 18,850.45 | 01/16 | 10,367.71 | 01/25 | 21,994.60 |

Daily Balance continued on next page

# Business Checking Preferred

For the Period 01/01/2019 to 01/31/2019
Primary Providers Of Alabama, Inc.
Primary Account Number: ████████7976

Business Checking Preferred Account Number: ████████-7976 - continued

## Daily Balance    - continued

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|---------------|------|---------------|------|---------------|
| 01/28 | 21,587.55 | 01/30 | 13,067.68 | 01/31 | 12,874.92 |
| 01/29 | 12,420.77 | | | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|------------------------|------------------|
| 01/02 | 3,646.50 | Deposit | 034156930 |
| 01/02 | 91.14 | Deposit | 034156932 |
| 01/02 | 336.83 | Deposit | 034156938 |
| 01/02 | 736.71 | Deposit | 034156948 |
| 01/15 | 781.27 | Deposit | 032556684 |
| 01/15 | 1,930.00 | Deposit | 032556702 |
| 01/22 | 1,019.71 | Deposit | 034365628 |

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|-------------|--------|------------------------|------------------|
| 01/02 | 907.50 | Corporate ACH Hcclaimpmt<br>MAC Ptb Algatn 1659608974 | 00018365010535181 |
| 01/02 | 105.68 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00018365009669870 |
| 01/02 | 19.37 | Corporate ACH Hcclaimpmt<br>AARP Supplementa 271239960 | 00018365010534736 |
| 01/02 | 3,046.12 | Corporate ACH Hcclaimpmt<br>Bcbsal Shield R 1659608974-2712 | 00019002004032590 |
| 01/02 | 1,098.41 | Corporate ACH Hcclaimpmt<br>Bcbsal Shield F 1659608974-2712 | 00019002004032840 |
| 01/03 | 162.11 | Corporate ACH Hcclaimpmt<br>MAC Ptb Algatn 1659608974 | 00019002007289024 |
| 01/03 | 85.61 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019002005609065 |
| 01/04 | 449.96 | Corporate ACH Hcclaimpmt<br>MAC Ptb Algatn 1659608974 | 00019003003628329 |
| 01/04 | 149.93 | Corporate ACH Hcclaimpmt<br>Unitedhealthcare 271239960 | 00019003003611192 |
| 01/04 | 64.15 | Corporate ACH Hcclaimpmt<br>Oxford Health In 271239960 | 00019002006408001 |
| 01/04 | 44.60 | Corporate ACH Hcclaimpmt<br>Unitedhealthcare 271239960 | 00019003003611182 |
| 01/04 | 19.37 | Corporate ACH Hcclaimpmt Pay Plus 271239960 | 00019004006541290 |
| 01/07 | 267.64 | Corporate ACH Hcclaimpmt<br>Unitedhealthcare 271239960 | 00019004008777213 |
| 01/07 | 128.93 | Corporate ACH Hcclaimpmt Hhp 322653 | 00019004008044967 |
| 01/07 | 18.81 | Corporate ACH Hcclaimpmt<br>Unitedhealthcare 271239960 | 00019004008777211 |
| 01/07 | 54.30 | Corporate ACH Hcclaimpmt Pay Plus 271239960 | 00019007010650631 |
| 01/08 | 92.01 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019007013141832 |
| 01/08 | 92.01 | Corporate ACH Hcclaimpmt Humana Ins Co 322653 | 00019007904874272 |

ACH Additions continued on next page

# Business Checking Preferred

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 01/01/2019 to 01/31/2019
Primary Providers Of Alabama, Inc.
Primary Account Number: ████████7976
Page 3 of 6

Business Checking Preferred Account Number ████████-7976 - continued

## ACH Additions  - *continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/08 | 18.73 | Corporate ACH Hcclaimpmt | 00019007013785823 |
| | | Unitedhealthcare 271239960 | |
| 01/09 | 19.98 | Corporate ACH Hcclaimpmt Humana Ins Co 322653 | 00019008908055994 |
| 01/09 | 19.37 | Corporate ACH Hcclaimpmt | 00019008008007347 |
| | | AARP Supplementa 271239960 | |
| 01/09 | 3,448.20 | Corporate ACH Hcclaimpmt | 00019009000450820 |
| | | Bcbsal Shield R 1659608974-2712 | |
| 01/09 | 2,338.52 | Corporate ACH Hcclaimpmt | 00019009000451145 |
| | | Bcbsal Shield F 1659608974-2712 | |
| 01/10 | 831.36 | Corporate ACH Hcclaimpmt | 00019009002898095 |
| | | MAC Ptb Algatn 1659608974 | |
| 01/10 | 390.38 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019009001317692 |
| 01/10 | 171.65 | Corporate ACH Hcclaimpmt | 00019009002879642 |
| | | Unitedhealthcare 271239960 | |
| 01/10 | 19.37 | Corporate ACH Hcclaimpmt | 00019009002879477 |
| | | AARP Supplementa 271239960 | |
| 01/11 | 225.60 | Corporate ACH Hcclaimpmt | 00019010007377349 |
| | | MAC Ptb Algatn 1659608974 | |
| 01/11 | 107.25 | Corporate ACH Hcclaimpmt | 00019010007375732 |
| | | Uhc Government E 271239960 | |
| 01/11 | 19.37 | Corporate ACH Hcclaimpmt Pay Plus 271239960 | 00019010008206251 |
| 01/14 | 40.00 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019011012351775 |
| 01/14 | 19.37 | Corporate ACH Hcclaimpmt | 00019011012349482 |
| | | AARP Supplementa 271239960 | |
| 01/15 | 227.97 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019014007812616 |
| 01/15 | 177.60 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019014007812696 |
| 01/15 | 97.82 | Corporate ACH Hcclaimpmt Aetna H09 XXXXX9960 | 00019011011149430 |
| 01/15 | 92.01 | Corporate ACH Efpayment Humana Ins Co 322653 | 00019014909233909 |
| 01/16 | 111.23 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019015011302588 |
| 01/16 | 56.35 | Corporate ACH Efpayment Hbpil 322653 | 00019015011302540 |
| 01/16 | 5,805.73 | Corporate ACH Hcclaimpmt | 00019016004871323 |
| | | Bcbsal Shield R 1659608974-2712 | |
| 01/16 | 582.65 | Corporate ACH Hcclaimpmt | 00019016004871656 |
| | | Bcbsal Shield F 1659608974-2712 | |
| 01/17 | 1,851.93 | Corporate ACH Hcclaimpmt | 00019016007760377 |
| | | MAC Ptb Algatn 1659608974 | |
| 01/17 | 444.81 | Corporate ACH Hcclaimpmt | 00019016007758979 |
| | | Unitedhealthcare 271239960 | |
| 01/18 | 811.08 | Corporate ACH Hcclaimpmt | 00019017003373658 |
| | | MAC Ptb Algatn 1659608974 | |
| 01/18 | 92.35 | Corporate ACH Hcclaimpmt Cigna 271239960 | 00019016009239058 |
| 01/22 | 97.79 | Corporate ACH Hcclaimpmt Humana Ins Co 322653 | 00019018911339305 |
| 01/22 | 619.12 | Corporate ACH Hcclaimpmt | 00019018007783745 |
| | | MAC Ptb Algatn 1659608974 | |
| 01/22 | 172.78 | Corporate ACH Hcclaimpmt Aetna H09 XXXXX9960 | 00019017002267435 |
| 01/22 | 95.24 | Corporate ACH Hcclaimpmt Cigna 271239960 | 00019018006938456 |
| 01/22 | 74.03 | Corporate ACH Hcclaimpmt Cigna 271239960 | 00019018006938454 |

ACH Additions continued on next page

# Business Checking Preferred

For the Period 01/01/2019 to 01/31/2019
Primary Providers Of Alabama, Inc.
Primary Account Number: ████-7976

## Checks and Other Deductions

### Checks and Substitute Checks

\* Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/03 | 1029 * | 200.00 | 070030143 | 01/14 | 5009 | 3,138.11 | 073332806 | 01/30 | 5016 * | 1,649.86 | 073211156 |
| 01/28 | 1030 | 590.00 | 070353562 | 01/14 | 5010 | 526.00 | 095555616 | 01/25 | 5019 * | 309.18 | 076819273 |
| 01/16 | 1032 * | 1,000.00 | L076003119 | 01/14 | 5011 | 32.50 | 073374664 | 01/28 | 5020 | 22.00 | 090656376 |
| 01/28 | 1033 | 25.00 | 070081212 | 01/16 | 5012 | 3,348.41 | 076003120 | 01/29 | 5021 | 436.00 | 072407284 |
| 01/17 | 5007 * | 35.00 | 077244245 | 01/16 | 5013 | 110.00 | 089126691 | 01/25 | 5022 | 265.00 | 077192028 |
| 01/09 | 5008 | 1,972.20 | 075697276 | 01/28 | 5014 | 600.00 | 070406714 | | | | |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/02 | 7,132.24 | Corporate ACH Quickbooks<br>Intuit Payroll S 271239960 | 00019002003958278 |
| 01/03 | 365.39 | ACH Web-Single Online Pmt<br>Huntsville Utili Ckf745128410POS | 00019002010617950 |
| 01/04 | .37 | Corporate ACH Achtrans Pay Plus 452579291 | 00019004006541288 |
| 01/07 | 1.03 | Corporate ACH Achtrans Pay Plus 452579291 | 00019007010650638 |
| 01/11 | .37 | Corporate ACH Achtrans Pay Plus 452579291 | 00019010008206247 |
| 01/15 | 6,175.42 | Corporate ACH Quickbooks<br>Intuit Payroll S 271239960 | 00019015010472636 |
| 01/25 | 1,548.57 | ACH Web-Single Online Pmt<br>Mooremedical Ckf625947574POS | 00019025007217604 |
| 01/25 | 338.56 | ACH Web-Single Online Pmt<br>Huntsville Utili Ckf625947574POS | 00019025007214515 |
| 01/25 | 51.80 | ACH Web-Single Online Pmt<br>Huntsville Utili Ckf625947574POS | 00019025007214514 |
| 01/29 | 9,716.47 | Corporate ACH Quickbooks<br>Intuit Payroll S 271239960 | 00019029007004626 |
| 01/31 | 765.79 | Corporate ACH Quickbooks<br>Intuit Payroll S 271239960 | 00019031009220346 |

### Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/03 | 664.72 | Online Transfer To ████49574 | ALLMAN JASON00016007 |
| 01/03 | 4,568.02 | Online Transfer To ████49574 | ALLMAN JASON00016008 |
| 01/04 | 2,000.00 | Online Transfer To ████7984 | PRIMARY PROV00020002 |
| 01/15 | 3,300.00 | Online Transfer To ████7984 | PRIMARY PROV00015751 |
| 01/15 | 1,824.76 | Online Transfer To ████49574 | ALLMAN JASON00015749 |
| 01/15 | 4,568.02 | Online Transfer To ████49574 | ALLMAN JASON00015750 |
| 01/28 | 1,600.00 | Online Transfer To ████7984 | PRIMARY PROV00033565 |
| 01/30 | 664.72 | Online Transfer To ████49574 | ALLMAN JASON00013302 |
| 01/30 | 1,777.22 | Online Transfer To ████49574 | ALLMAN JASON00013303 |
| 01/30 | 1,000.00 | Online Transfer To ████7984 | PRIMARY PROV00013304 |

Other Deductions continued on next page

# Business Checking Preferred

For the Period 01/01/2019 to 01/31/2019
Primary Providers Of Alabama, Inc.
Primary Account Number: ████7976

## ACH Additions - *continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/22 | 4.00 | Corporate ACH Hcclaimpmt Humana Olh 322653 | 00019018007773256 |
| 01/23 | 139.46 | Corporate ACH Hcclaimpmt<br>MAC Ptb Algatn 1659608974 | 00019022014673148 |
| 01/23 | 4.00 | Corporate ACH Efpayment Hehp Ga 322653 | 00019022014675084 |
| 01/23 | 5,840.01 | Corporate ACH Hcclaimpmt<br>Bcbsal Shield R 1659608974-2712 | 00019023007654619 |
| 01/23 | 1,727.27 | Corporate ACH Hcclaimpmt<br>Bcbsal Shield F 1659608974-2712 | 00019023007654951 |
| 01/24 | 383.65 | Corporate ACH Hcclaimpmt<br>MAC Ptb Algatn 1659608974 | 00019023010445745 |
| 01/24 | 224.58 | Corporate ACH Hcclaimpmt<br>Unitedhealthcare 271239960 | 00019023010423987 |
| 01/24 | 165.46 | Corporate ACH Hcclaimpmt<br>Unitedhealthcare 271239960 | 00019023010424418 |
| 01/24 | 66.00 | Corporate ACH Hcclaimpmt Aetna As01 XXXXX9960 | 00019022013481472 |
| 01/24 | 42.80 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019023008804430 |
| 01/25 | 204.05 | Corporate ACH Hcclaimpmt<br>MAC Ptb Algatn 1659608974 | 00019024005110120 |
| 01/25 | 94.88 | Corporate ACH Hcclaimpmt Aetna H09 XXXXX9960 | 00019023008824339 |
| 01/28 | 1,895.42 | Corporate ACH Hcclaimpmt<br>MAC Ptb Algatn 1659608974 | 00019025009166763 |
| 01/28 | 284.00 | Corporate ACH Hcclaimpmt<br>Dxc Technology S 115667 | 00019024005996168 |
| 01/28 | 142.39 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019025008367347 |
| 01/28 | 108.14 | Corporate ACH Efpayment Humana Ins Co 322653 | 00019025904491890 |
| 01/29 | 368.98 | Corporate ACH Hcclaimpmt Humana Ins Co 322653 | 00019028907110173 |
| 01/29 | 283.85 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019028014493053 |
| 01/29 | 199.76 | Corporate ACH Hcclaimpmt<br>Unitedhealthcare 271239960 | 00019028014490415 |
| 01/29 | 100.00 | Corporate ACH Hcclaimpmt<br>Golden Rule Insu 271239960 | 00019028014490187 |
| 01/29 | 33.10 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019028014492975 |
| 01/30 | 202.57 | Corporate ACH Hcclaimpmt<br>Electronic Comme 271239960 | 00019029009653271 |
| 01/30 | 71.00 | Corporate ACH Hcclaimpmt Aetna As01 XXXXX9960 | 00019028012733495 |
| 01/30 | 19.76 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019029008115783 |
| 01/30 | 11.87 | Corporate ACH Hcclaimpmt<br>Unitedhealthcare 271239960 | 00019029009653824 |
| 01/30 | 7,719.42 | Corporate ACH Hcclaimpmt<br>Bcbsal Shield R 1659608974-2712 | 00019030002496892 |
| 01/30 | 1,214.09 | Corporate ACH Hcclaimpmt<br>Bcbsal Shield F 1659608974-2712 | 00019030002497219 |
| 01/31 | 344.33 | Corporate ACH Hcclaimpmt<br>Unitedhealthcare 271239960 | 00019030005980351 |
| 01/31 | 259.33 | Corporate ACH Hcclaimpmt<br>MAC Ptb Algatn 1659608974 | 00019030005999597 |
| 01/31 | 19.37 | Corporate ACH Hcclaimpmt<br>AARP Supplementa 271239960 | 00019030005980203 |

# Business Checking Preferred

 For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Preferred Account Number: ████-7976 - continued

## Other Deductions - *continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/30 | 3,500.00 | Online Transfer To ████████7984 | PRIMARY PROV00013305 |
| 01/31 | 50.00 | Corporate Account Analysis Charge | 0000000000000039921 |

## Business Checking Preferred - Maintenance Fee Relationship Pricing

These accounts were reviewed to meet the balance requirement of your Business Checking Preferred account. Use of certain additional services may also offset your monthly maintenance fee.

| Account Type | Ending In | Condition | As of | Balance | Met/Not Met |
|---|---|---|---|---|---|
| Business Checking Pref | ....7976 | This Cycle Avg Balance | 12/31/18 | 21,687.28 | Not Met |
| Business Checking Pref | ....7976 | This Cycle Avg Balance | 12/31/18 | 21,687.28 | |
| Combined Deposits | | | | 21,687.28 | Not Met |
| Credit Card | ....5102 | Recent Cycle Purchases | 12/26/18 | 1,855.81 | |
| Combined PNC Bus. Credit Cards | | | | 1,855.81 | Not Met |

Member FDIC          🏠 Equal Housing Lender

# Business Premium Money Market

 **PNC BANK**

PNC Bank

PRIMARY PROVIDERS OF ALABAMA INC
SAVINGS
1878 JEFF RD NW STE G
HUNTSVILLE AL 35806-4261

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

**Watch Out for Text Scams**
Be careful of unexpected text messages that may appear to come from PNC, asking you to follow links or provide personal information. PNC will never ask you to click a link in a text message to provide personal or account information. If you think you may have responded to a fraudulent text, immediately change your PNC passwords, then contact us at 1-800-762-2035.

## Business Premium Money Market Summary

Account number: ████-7984

Primary Providers Of Alabama Inc
Savings

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 2,770.93 | 18,702.82 | 15,641.66 | 5,832.09 |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 2,704.12 | 2,704.12 |

### Interest Summary

| | Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest paid this period | Interest paid year-to-date |
|---|---|---|---|---|---|
| | 1.75 | 31 | 2,704.12 | 3.99 | 3.99 |

### Deposits and Other Additions / Checks and Other Deductions

| Description | Items | Amount | Description | Items | Amount |
|---|---|---|---|---|---|
| ACH Additions | 21 | 7,298.83 | ACH Deductions | 6 | 15,638.44 |
| Other Additions | 6 | 11,403.99 | Service Charges and Fees | 1 | 3.22 |
| Total | 27 | 18,702.82 | Total | 7 | 15,641.66 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 01/01 | 2,770.93 | 01/09 | 1,121.68 | 01/16 | 5,941.45 |
| 01/02 | 2,606.71 | 01/10 | 1,473.02 | 01/17 | 504.04 |
| 01/03 | 3,067.57 | 01/11 | 2,057.87 | 01/18 | 1,566.98 |
| 01/04 | 302.11 | 01/14 | 2,436.32 | 01/22 | 2,221.52 |
| 01/07 | 773.02 | 01/15 | 5,736.32 | 01/23 | 2,336.52 |

Daily Balance continued on next page

# Business Premium Money Market

🖥 For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Premium Money Market Account Number:          7984 - continued

## Daily Balance  - continued

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 01/24 | 2,773.18 | 01/28 | 5,373.22 | 01/31 | 5,832.09 |
| 01/25 | 3,063.10 | 01/30 | 10,176.83 | | |

## Activity Detail

### Deposits and Other Additions

#### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/03 | 460.86 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019002009053067 |
| 01/04 | 522.84 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019003003614572 |
| 01/07 | 400.91 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019004008779684 |
| 01/07 | 70.00 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019007012412556 |
| 01/09 | 348.66 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019008008012857 |
| 01/10 | 351.34 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019009002884572 |
| 01/11 | 584.85 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019010007378580 |
| 01/14 | 158.45 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019011012352373 |
| 01/14 | 220.00 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019014005936391 |
| 01/16 | 205.13 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019015012300722 |
| 01/17 | 277.00 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019016007767580 |
| 01/18 | 1,062.94 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019017003364735 |
| 01/22 | 332.37 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019018007781180 |
| 01/22 | 322.17 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019022012564006 |
| 01/23 | 115.00 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019022014675251 |
| 01/24 | 436.66 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019023010430597 |
| 01/25 | 289.92 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019024005100930 |
| 01/28 | 309.48 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019025009158016 |
| 01/28 | 400.64 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019028012320634 |
| 01/30 | 303.61 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019029009654976 |

ACH Additions continued on next page

# Business Premium Money Market

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 01/01/2019 to 01/31/2019
Primary Providers Of Alabama Inc
Primary Account Number: ████████-7984
Page 3 of 3

Business Premium Money Market Account Number ████████-7984 - continued

## ACH Additions  - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/31 | 126.00 | Corporate ACH Merch Dep | 00019030005986520 |
| | | Merchant Service 8018052236 | |

## Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/04 | 2,000.00 | Online Transfer From ████████7976 | PRIMARY PROVIDE |
| 01/15 | 3,300.00 | Online Transfer From ████████7976 | PRIMARY PROVIDE |
| 01/28 | 1,600.00 | Online Transfer From ████████7976 | PRIMARY PROVIDE |
| 01/30 | 1,000.00 | Online Transfer From ████████7976 | PRIMARY PROVIDE |
| 01/30 | 3,500.00 | Online Transfer From ████████7976 | PRIMARY PROVIDE |
| 01/31 | 3.99 | Interest Payment | I-GEN119013100011261 |

## Checks and Other Deductions

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/02 | 161.00 | Corporate ACH Merch Fee | 00019002004075784 |
| | | Merchant Service 8018052236 | |
| 01/04 | 5,288.30 | Corporate ACH Usataxpymt IRS 270940440684841 | 00019004006584205 |
| 01/17 | 5,714.41 | Corporate ACH Usataxpymt IRS 270941763879472 | 00019016006115546 |
| 01/31 | 3,490.17 | Corporate ACH Direct Dbt  Al-Dept Of Rev | 00019031009260402 |
| 01/31 | 918.80 | Corporate ACH Usataxpymt IRS 270943131474550 | 00019030006003658 |
| 01/31 | 65.76 | Corporate ACH Uc_tax | 00019031009244905 |
| | | Dept Of Labor 000000000180758 | |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 01/02 | 3.22 | Service Charge Period Ending 12/31/2018 | |