UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In the Matter of:                }
                                 }
                                 }
Primary Providers of Alabama, Inc.  }   Case No. 18-83207-CRJ-11
                                 }
                                 }   Chapter 11
                                 }
         Debtor(s)               }
                                 }
                                 }

**ORDER APPROVING MOTION TO CONTINUE**

This matter is before the Court on the following:

Motion by BancorpSouth Bank to Continue Hearing on Motion to Prohibit Use of Cash Collateral.

The Court, having considered the Motion, finds that cause exists to continue the Motion and related matters.

It is therefore **ORDERED, ADJUDGED and DECREED** that the Motion by BancorpSouth Bank to Continue Hearing on Movant's Motion to Prohibit Use of Cash Collateral is hereby **APPROVED** as modified in this Order. The hearing on Movant's Motion to Prohibit Use of Cash Collateral, Debtor's Response and Debtor's Supplement to its Response to Motion to Prohibit Use of Cash Collateral will be held on April 1, 2019, at 2:30 PM at the Federal Building, Cain Street Entrance, 3rd Floor Courtroom, Decatur, AL 35601 and the Debtor's Authority to Use Cash Collateral shall continue to the date of the hearing.

Dated this the 19th day of February, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge