## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: <u>Primary Providers of Alabama</u>                    CASE NO. : <u>18-83207-CRJ11</u>

MONTH ENDING: <u>02/28/19</u>

### Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month

### BUSINESS DEBTOR'S AFFIRMATIONS

1. YES <u>X</u> NO_____ **All post petition business taxes have been paid/deposited and the deposit slips are attached.**

   YES____ NO <u>X</u> **All post petition individual taxes have been paid and the deposit slips are attached.**

   **If you answered "No" to the above, list the types of taxes that are now due and owing.**

   | TYPE OF TAX | AMOUNT |
   |---|---|
   | _____ | $ _____ |
   | _____ | $ _____ |
   | _____ | $ _____ |
   | _____ | $ _____ |

2. YES <u>X</u> NO_____ **Adequate insurance on all assets/property including fire, theft, liability, collision and casualty and workman's compensation (if applicable) is currently in full force and effect.**

   If no, enter:          TYPE_____not in force.

   TYPE_____not in force.

3. YES____ NO <u>X</u> **New books and records were opened and are being maintained daily.**

4. YES <u>X</u> NO_____ **Copies of <u>all</u> banks statements and reconciliations are attached .**

5. YES <u>X</u> NO_____ **I have otherwise complied with all requirements of the Chapter 11 Operating Order.**

6. YES <u>X</u> NO_____ **All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 3/15/19_____

Phone No. _____                    RESPONSIBLE PARTY

**Bankruptcy Administrator Form – Business BA-01**

## United States Bankruptcy Court - Northern District of Alabama

CASE NAME: <u>Primary Providers of Alabama</u>    CASE NO. : <u>18-83207-CRJ11</u>

MONTH ENDING: <u>02/28/19</u>

### Attach Business Forms BA-02(A-D)
## BUSINESS DEBTOR'S

| CASH RECEIPTS & DISBURSEMENTS | INCOME STATEMENT<br>-Accrual  (Circle One)  -Cash |
|---|---|

CASH ON HAND (Beginning) is the same figure as cash on Hand (End) of last month.

A.  CASH ON HAND(Beginning) <u>21447.74</u>

B.  RECEIPTS:

Accounts Receivable from Form BA-02(A)-Line II(C)  <u>55777.61</u>

Cash Sales  <u>10387.92</u>

Loan Proceeds from_____  _____

Sale of Property (Not in ordinary course of business)  _____

Other_____  _____

_____  _____

C.  TOTAL RECEIPTS  <u>66165.53</u>
(Total of B)

D.  BUSINESS DISBURSEMENTS FROM FORM BA-02(B)  <u>64111.70</u>

E.  SURPLUS OR DEFICIT  <u>2053.83</u>
(C minus D)

F.  CASH ON HAND (End)  <u>11894.60</u>
(A plus E)

1.  REVENUE FROM TOTAL SALES  $ <u>66165.53</u>

2.  LESS COST OF THOSE SALES  <u>0</u>
(Cost of materials, Labor, etc.)

3.  EQUALS GROSS PROFIT (1 minus 2)  <u>66165.53</u>

4.  LESS OPERATING EXPENSES  <u>64111.70</u>

5.  EQUALS NET PROFIT OPERATIONS (3 minus 4)  <u>2053.83</u>

6.  NON-OPERATING INCOME/EXPENSES (LIST SPECIFIC INCOME/EXPENSES)

_____  _____

_____  _____

_____  _____

7.  EQUALS NET PROFIT OR NET LOSS  $<u>2053.83</u>
(5 plus or minus 6)

*** Please itemize Cost of Sales and Expenses on a separate sheet of paper.**

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 3/15/19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: <u>Primary Providers of Alabama</u>          CASE NO. : <u>18-83207-CRJ11</u>

MONTH ENDING: <u>02/28/19</u>

### Attach to Business Form BA-02
# BUSINESS DEBTOR'S ACCOUNTS RECEIVABLE

__I.__   **NO ACCOUNTS RECEIVABLE WERE COLLECTED THIS MONTH.** (Check if true)

II.   **COLLECTION OF ACCOUNTS RECEIVABLE THIS MONTH.**

A.   Amount collected this month on accounts
     receivable charged and paid this month.          $ <u>10387.92</u>

B.   Amount collected this month on accounts
     receivable charged in prior months
     and paid this month.                             $ <u>55777.61</u>

C.   TOTAL collected this month on accounts
     receivable.                                      $ <u>66165.53</u>

III.   **PENDING ACCOUNTS RECEIVABLE AS OF THE END OF THE MONTH:**

| ENTITY | 0-30 Days | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|---|---|---|---|---|---|
| Insurance + patients | $58284.97 | | | | $58284.97 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| **TOTALS** | $ | | | | $58359.23 |

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.**

DATE 3/15/19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(A)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: <u>Primary Providers of Alabama</u>        CASE NO. : <u>18-83207-CRJ11</u>

MONTH ENDING: <u>02/28/19</u>

## BUSINESS DEBTOR'S ACTUAL DISBURSEMENTS

```
ACCOUNTING FEES. .....................................$ _____
ADVERTISING. ........................................... _____
AUTOMOBILES/VEHICLES (repairs & maintenance). ......... _____
COMMISSIONS/CONTRACT LABOR. ........................... _____
INSURANCE (TOTAL). .................................... _____
   AUTO                   $ _____
   LIABILITY                See financial
   LIFE                     statements appended
   MEDICAL                  to report
   CASUALTY               _____
   FIRE & THEFT           _____
   WORKMAN'S COMP.        _____
   OTHER _____  _____
INTEREST PAID. ........................................ _____
INVENTORY PURCHASED. .................................. _____
LEGAL FEES. ........................................... _____
POSTAGE. .............................................. _____
RENT/LEASE PAYMENTS ON REAL ESTATE. ................... _____
REPAIRS & MAINTENANCE. ................................ _____
SALARIES/WAGES PAID. .................................. _____
SECURED LOAN PAYMENTS [TOTAL FROM BA-02(C)]. .......... _____
SUPPLIES (TOTAL). ..................................... _____
   OFFICE                  $ _____
   OPERATING               _____
TRAVEL & ENTERTAINMENT. ............................... _____
TAXES [TOTAL OF ALL TAXES FROM BA-02(D)]. ............. _____
UNSECURED LOAN PAYMENTS. .............................. _____
UTILITIES (TOTAL). .................................... _____
   ELECTRICITY             $ _____
   GAS                     _____
   TELEPHONE               _____
   WATER                   _____
   OTHER _____   _____

OTHER BUSINESS DISBURSEMENTS        _____
(Specify)                           _____      $ _____

TOTAL BUSINESS DISBURSEMENTS. ........................$ _____
```

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 3/15/19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02(B)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Primary Providers of Alabama

CASE NO. : 18-83207-CRJ11

MONTH ENDING: 02/28/19

## BUSINESS DEBTOR'S PAYMENTS TO SECURED CREDITORS

## *ALL* SECURED CREDITORS MUST BE LISTED BELOW

2. ___X___ No secured loan payments have been paid during this month

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3/15/19

# United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Primary Providers of Alabama          **CASE NO. :** 18-83207-CRJ11

**MONTH ENDING:** 02/28/19

### Attach to Business Form BA-02
## BUSINESS DEBTOR'S TAX PAYMENTS

### A. WITHHELD TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | PAYROLL AMOUNT | FICA 941 | | STATE INCOME TAXES PAID | LOCAL INCOME TAXES PAID |
|---|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | | |
| 2/1/19 | 17870.61 | 4785.26 | paid | | |
| 2/19/19 | 12892.03 | 3759.70 | paid | | |
| 2/28/19 | 25900.37 | 7670.16 | paid | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

### B. UNEMPLOYMENT TAXES FOR EACH PAYROLL PERIOD

| PAYROLL DATE | TAXABLE PAYROLL | FUTA 940 | | STATE |
|---|---|---|---|---|
| | | AMOUNT DUE | AMOUNT DEPOSITED | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | |

### C. OTHER TAXES (SPECIFY TYPE: EXCISE, SALES, ETC. INCLUDE TAXES DUE AND PAID QUARTERLY)

| DUE | | | PAID | | |
|---|---|---|---|---|---|
| DATE | TYPE | AMOUNT | DATE | TYPE | AMOUNT |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 3/15/19

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-02 (D)**

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Primary Providers of Alabama

**CASE NO. :** 18-83207-CRJ11

**MONTH ENDING:** 02/28/19

## BUSINESS DEBTOR'S BANK ACCOUNTS

| Bank, Credit Union, Etc. | Account No. (Checking, Savings, CD, Etc.) | Statement Balance | Date | Indicate Pre or Post Petition Account |
|---|---|---|---|---|
| Servis | Check *9316 | 5.05 | 2/28 | Pre |
| Servis | Save *0249 | 1.88 | 2/28 | Pre |
| Bancorp | Check *5587 | 709.99 | 2/28 | Pre |
| Bancorp | Save *5579 | 119.53 | 2/28 | Pre |
| PNC | Check *7976 | 12874.92 | 2/28 | Pre |
| PNC | Save *7984 | 5832.09 | 2/28 | Pre |

## GROSS PAYROLL
### (Wages, Salaries, Commissions, Bonuses, Etc.)

| | |
|---|---|
| Officer #1    (Name) Dr. Katarina Allman | $ 9600.00 |
| Officer #2    (Name) Jason Allman | $ 4869.60 |
| Other Officer (Name) | $ |
| Employees (Number) | $ |
| Employees (Relatives) | $ |
| Name | $ |
| Name | $ |

## INVENTORY (IF APPLICABLE)

| | |
|---|---|
| Inventory - Beginning of Month (COST) | $ |
| Inventory - Purchased this Month - CASH | $ |
| Inventory - Purchased this Month - CREDIT | $ |
| Inventory - End of Month (COST) | $ |

## PAYMENTS MADE TO PRE-PETITION UNSECURED CREDITORS

X_____ A. No payments on pre-petition debts have been made this month.
_____ B. The following payments have been made this month to unsecured creditors whose debts were incurred prior to the filing of this case:

| CREDITOR | AMOUNT & DATE | PURPOSE | PAYMENT COURT APPROVED? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATE 3/15/19

RESPONSIBLE PARTY

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Primary Providers of Alabama          **CASE NO. :** 18-83207-CRJ11
                                           **MONTH ENDING:** 02/28/19

## BUSINESS DEBTOR'S POST-PETITION ACCOUNTS PAYABLE

### CHECK A or B

_____ A.  All operating expenses since the beginning of this case have
            been paid.  Therefore there are no post-petition accounts
            payable.

### ** OR **

___X___ B.  Post-petition accounts payable are as follows:

| ENTITY OWED | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 91 | TOTAL |
|-------------|-----------|------------|------------|---------|-------|
|             |           | $          | $          | $       | $     |
| See attached unpaid |   |            |            |         |       |
| bill sheet  |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
|             |           |            |            |         |       |
| **TOTALS**  |           | $          | $          | $       | $     |

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE
AND BELIEF.

DATE_3/15/19_____

RESPONSIBLE PARTY

**Bankruptcy Administrator Form - Business BA-03(A)**

# United States Bankruptcy Court - Northern District of Alabama

CASE NAME: Primary Providers of Alabama   CASE NO. : 18-83207-CRJ11

MONTH ENDING: 02/28/19

## BUSINESS DEBTOR'S BALANCE SHEET

See attached balance sheet

3/15/19

## United States Bankruptcy Court - Northern District of Alabama

**CASE NAME:** Primary Providers of Alabama                    **CASE NO. :** 18-83207-CRJ11

**MONTH ENDING:** 02/28/19

---

```
TOTAL REVENUE (SALES)                        (a)   $ _____
  Cost of Sales:
              Materials              $ _____
              Labor                  $ _____
              Purchased Services     $ _____
     Total Cost of Sales                     (b)   $ _____
     Gross Profit               (a - b) = (c)      $ _____

OPERATING EXPENSES
              Management Salary              $ See attached
              Other Salary Expense           $ _____
              Payroll Expenses               $ _____
              Outside Services & Contractors $ _____
              Supplies (office & operating)  $ _____
              Repairs & Maintenance          $ _____
              Advertising                    $ _____
              Auto Expense                   $ _____
              Delivery                       $ _____
              Accounting & Legal             $ _____
              Rent                           $ _____
              Telephone                      $ _____
              Travel & Entertainment         $ _____
              Utilities                      $ _____
              Insurance                      $ _____
              Taxes real estate, property, etc.) $ _____
              Interest                       $ _____
              Depreciation                   $ _____
              Other Operating Expenses (describe) $ _____
              _____ $ _____
              _____ $ _____
     Total Operating Expenses:               (d)   $ _____

     Net Profit/(Loss) from Operations (c - d)=(e) $ _____

     Non-Operating Income/Expenses $ _____
     _____ $ _____
     _____ $ _____
     Total                                   (f)   $ _____

     Net Profit/(Loss)              (e - f)        $ _____
```

_____ 3/15/19 _____          _____ (signature) _____

TAXPAYER NAME:      PRIMARY PROVIDERS OF ALABAMA INC                                    TIN:      xxxxx9960

# Payment History

Your 90 Day payment history is displayed at the bottom of this page.

| **PLEASE NOTE** |
|---|
| • Only payments or scheduled transactions made through EFTPS will be reflected in the payment history. No IRS adjustments will be displayed. |
| • There may also be a delay before EFTPS payments are available in the official IRS records. |

## Search Results

| Settlement Date | Initiation Date | Tax Form | Tax Period | Amount | Status |
|---|---|---|---|---|---|
| EFT Acknowledgment Number: | 270947482024157 | | | | |
| 2019-03-15 | 2019-03-13 | 941 | 2019/Q1 | 7,255.90 | Settled |
| EFT Acknowledgment Number: | 270947491575583 | | | | |
| 2019-03-15 | 2019-03-14 | 941 | 2019/Q1 | 114.58 | Settled |
| EFT Acknowledgment Number: | 270945995039030 | | | | |
| 2019-02-28 | 2019-02-26 | 941 | 2019/Q1 | 7,670.16 | Settled |
| EFT Acknowledgment Number: | 270945034246325 | | | | |
| 2019-02-19 | 2019-02-15 | 941 | 2019/Q1 | 3,759.70 | Settled |
| EFT Acknowledgment Number: | 270943253713763 | | | | |
| 2019-02-01 | 2019-01-30 | 941 | 2019/Q1 | 141.90 | Settled |
| EFT Acknowledgment Number: | 270943254820249 | | | | |
| 2019-02-01 | 2019-01-30 | 941 | 2019/Q1 | 4,643.36 | Settled |
| EFT Acknowledgment Number: | 270943131474550 | | | | |
| 2019-01-31 | 2019-01-30 | 940 | 2018 | 918.80 | Settled |
| EFT Acknowledgment Number: | 270941763879472 | | | | |
| 2019-01-17 | 2019-01-15 | 941 | 2019/Q1 | 5,714.41 | Settled |
| EFT Acknowledgment Number: | 270940440684841 | | | | |
| 2019-01-04 | 2019-01-03 | 941 | 2019/Q1 | 5,288.30 | Settled |
| EFT Acknowledgment Number: | 270875510260212 | | | | |
| 2018-12-21 | 2018-12-18 | 941 | 2018/Q4 | 4,235.04 | Settled |

# Allman Family Medicine, P.C.
## Profit & Loss
### February 2019

|  | Feb 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Cash/Check Patient payments | 2,520.19 |
| Credit Card Patient payments | 7,867.73 |
| Provider payments | 53,659.77 |
| Refunds | 2,117.84 |
| **Total Income** | 66,165.53 |
| | |
| **Gross Profit** | 66,165.53 |
| | |
| **Expense** | |
| **Administrative Costs** | |
| Bank Service Charges | 931.48 |
| Professional Fees | 30.00 |
| Telephone Expense | 855.25 |
| **Total Administrative Costs** | 1,816.73 |
| | |
| **Facilities Costs** | |
| Janitorial Expense | 180.50 |
| Rent Expense | 3,138.11 |
| Utilities | 190.98 |
| **Total Facilities Costs** | 3,509.59 |
| | |
| **General Overhead** | |
| Meals and Entertainment | 84.61 |
| **Total General Overhead** | 84.61 |
| | |
| **Operating Costs** | |
| Billing Fees | 4,209.77 |
| CC Trans Fee | 182.83 |
| Imaging Fees | 1,204.00 |
| Medical Supplies | 8,729.27 |
| Office Supplies | 1,136.20 |
| Postal | 18.61 |
| **Total Operating Costs** | 15,480.68 |
| | |
| **Personnel Costs** | |
| Employee Health Benefits | 106.88 |
| Payroll Expenses | 33.25 |
| Payroll Taxes | 3,310.22 |
| Salary & Wages | 30,115.48 |
| **Total Personnel Costs** | 33,565.83 |
| | |
| **Physician Compensation** | |
| Physician Salary | 9,600.00 |
| **Total Physician Compensation** | 9,600.00 |
| | |
| **Physician Costs** | |
| Dry Cleaning | 59.25 |
| **Total Physician Costs** | 59.25 |
| | |
| **Total Expense** | 64,116.69 |
| | |
| **Net Ordinary Income** | 2,048.84 |
| | |
| **Other Income/Expense** | |
| **Other Expense** | |
| Interest Expense | -4.99 |
| **Total Other Expense** | -4.99 |
| | |
| **Net Other Income** | 4.99 |

Case 18-83207-CRJ11    Doc 120    Filed 03/20/19    Entered 03/20/19 10:36:38    Desc
Main Document       Page 12 of 32

# Allman Family Medicine, P.C.
## Profit & Loss
### February 2019

| | Feb 19 |
|---|---|
| **Net Income** | **2,053.83** |

Case 18-83207-CRJ11    Doc 120    Filed 03/20/19    Entered 03/20/19 10:36:38    Desc
Main Document      Page 13 of 32

# Allman Family Medicine, P.C.
## Balance Sheet
### As of February 28, 2019

| | Feb 28, 19 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| Business Checking Account | 2.22 |
| Merchant Checking | 1.88 |
| PNC Business Checking | 4,963.39 |
| PNC Business MM | 4,214.88 |
| PPOA Biz Checking | -718.56 |
| PPOA Money Market | 119.52 |
| **Total Checking/Savings** | 8,583.33 |
| **Other Current Assets** | |
| Due from Shareholder | 74,949.39 |
| Petty Cash Drawer | 643.00 |
| PREPAID Payroll Tax | 5,754.72 |
| **Total Other Current Assets** | 81,347.11 |
| **Total Current Assets** | 89,930.44 |
| **Fixed Assets** | |
| Accumulated Depreciation | -268,461.34 |
| Computer Equipment | 41,790.80 |
| Furniture and Equipment | 39,462.10 |
| Leasehold Improvements | 166,217.17 |
| Loan Closing Costs | 2,539.50 |
| Medical Equipment | 45,644.23 |
| **Total Fixed Assets** | 27,192.46 |
| **Other Assets** | |
| Accumulated Amortization | -4,653.44 |
| Goodwill | 50,000.00 |
| Security Deposits Asset | 32,477.00 |
| **Total Other Assets** | 77,823.56 |
| **TOTAL ASSETS** | **194,946.46** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 281,058.12 |
| **Total Accounts Payable** | 281,058.12 |
| **Other Current Liabilities** | |
| Current Maturities | 19,281.66 |
| LOC banc 2016 payment/draw | 329,074.60 |
| LOC construction AFM 2014 | 54,011.83 |
| **Payroll Liabilities** | |
| Christmas Club | 80.00 |
| FICA Payable | 2,584.46 |
| FUTA Payable | 314.98 |
| FWH Payable | -1,669.05 |
| IRA Payable | 1,886.16 |
| SUI Payable | 676.89 |
| SWH Payable | 1,409.54 |
| **Total Payroll Liabilities** | 5,282.98 |
| **TSA 2018** | 86,800.00 |
| **Total Other Current Liabilities** | 494,451.07 |
| **Total Current Liabilities** | 775,509.19 |
| **Long Term Liabilities** | |

Page 1

# Allman Family Medicine, P.C.
## Balance Sheet
### As of February 28, 2019

|  | Feb 28, 19 |
| --- | --- |
| Less Current Maturities | -19,281.66 |
| Term Loan Banc 2016 purchse HFM | 67,281.23 |
| **Total Long Term Liabilities** | 47,999.57 |
| **Total Liabilities** | 823,508.76 |
| Equity |  |
| Capital Stock | 1,000.00 |
| Retained Earnings | -613,801.03 |
| Net Income | -15,761.27 |
| **Total Equity** | -628,562.30 |
| **TOTAL LIABILITIES & EQUITY** | **194,946.46** |

Case 18-83207-CRJ11    Doc 120    Filed 03/20/19    Entered 03/20/19 10:36:38    Desc
Main Document    Page 15 of 32

# Allman Family Medicine, P.C.
## Unpaid Bills Detail
### As of March 1, 2019

| | Type | Date | Num | Due Date | Aging |
|---|---|---|---|---|---|
| **Merck** | | | | | |
| | Bill | 10/31/2018 | 7012411513 | 11/10/2018 | 111 |
| Total Merck | | | | | |
| **MMcKesson Surgical** | | | | | |
| | Bill | 02/01/2019 | 46287114 | 02/11/2019 | 18 |
| | Bill | 02/01/2019 | 46287207 | 02/11/2019 | 18 |
| | Bill | 02/01/2019 | 46887702 | 02/11/2019 | 18 |
| | Bill | 02/04/2019 | 43607244 | 02/14/2019 | 15 |
| | Bill | 02/04/2019 | 43556427 | 02/14/2019 | 15 |
| | Bill | 02/04/2019 | 43589550 | 02/14/2019 | 15 |
| | Bill | 02/25/2019 | 48095675 | 03/07/2019 | |
| Total MMcKesson Surgical | | | | | |
| **mooremedical** | | | | | |
| | Bill | 11/30/2018 | 83689011 | 12/10/2018 | 81 |
| Total mooremedical | | | | | |
| **Pfizer** | | | | | |
| | Bill | 01/02/2019 | 9325901612 | 01/12/2019 | 48 |
| Total Pfizer | | | | | |
| **PNC Visa** | | | | | |
| | Bill | 01/02/2019 | | 01/12/2019 | 48 |
| | Bill | 01/04/2019 | | 01/14/2019 | 46 |
| | Bill | 01/04/2019 | | 01/14/2019 | 46 |
| | Bill | 01/05/2019 | | 01/15/2019 | 45 |
| | Bill | 01/11/2019 | | 01/21/2019 | 39 |
| | Bill | 01/16/2019 | | 01/26/2019 | 34 |
| | Bill | 01/16/2019 | | 01/26/2019 | 34 |
| | Bill | 01/16/2019 | | 01/26/2019 | 34 |
| | Bill | 01/16/2019 | | 01/26/2019 | 34 |
| | Bill | 01/22/2019 | | 02/01/2019 | 28 |
| | Bill | 02/04/2019 | | 02/14/2019 | 15 |
| | Bill | 02/04/2019 | | 02/14/2019 | 15 |
| | Bill | 02/15/2019 | | 02/25/2019 | 4 |
| | Bill | 02/16/2019 | | 02/26/2019 | 3 |
| | Bill | 02/19/2019 | | 03/01/2019 | |
| | Bill | 02/21/2019 | | 03/03/2019 | |
| | Bill | 02/23/2019 | | 03/05/2019 | |
| | Bill | 02/25/2019 | | 03/07/2019 | |
| Total PNC Visa | | | | | |
| **Teleradiology Specialists** | | | | | |
| | Bill | 02/28/2019 | 23534 | 03/10/2019 | |
| Total Teleradiology Specialists | | | | | |

Case 18-83207-CRJ11    Doc 120    Filed 03/20/19    Entered 03/20/19 10:36:38    Desc
Main Document    Page 16 of 32

# Allman Family Medicine, P.C.
## Unpaid Bills Detail
### As of March 1, 2019

| | Open Balance |
|---|---|
| **Merck** | |
| | 2,226.78 |
| Total Merck | 2,226.78 |
| **MMcKesson Surgical** | |
| | 2,220.32 |
| | 1,971.73 |
| | 1,768.95 |
| | 818.98 |
| | 113.44 |
| | 408.94 |
| | 302.00 |
| Total MMcKesson Surgical | 7,604.36 |
| **mooremedical** | |
| | 361.01 |
| Total mooremedical | 361.01 |
| **Pfizer** | |
| | 1,764.62 |
| Total Pfizer | 1,764.62 |
| **PNC Visa** | |
| | 51.83 |
| | 45.76 |
| | 49.23 |
| | 31.98 |
| | 22.60 |
| | 300.00 |
| | 150.00 |
| | 610.38 |
| | 24.96 |
| | 52.95 |
| | 44.26 |
| | 736.40 |
| | 59.25 |
| | 40.35 |
| | 169.00 |
| | 30.00 |
| | 47.94 |
| | 182.86 |
| Total PNC Visa | 2,649.75 |
| **Teleradiology Specialists** | |
| | 364.00 |
| Total Teleradiology Specialists | 364.00 |



362

PRIMARY PROVIDERS OF ALABAMA INC
1878 JEFF RD NW STE G
HUNTSVILLE AL  35806-4261

STATEMENT DATE
02/28/19
ACCOUNT NUMBER
████-558-7

INFOLINE  1-888-797-7711
* * * * * * * * * CHECKING ACCOUNT SUMMARY  * * * * * * * * *
PREVIOUS BALANCE                709.99          AVERAGE BALANCE
  +      1 CREDITS                99.00                             126
  -      2 DEBITS               789.99          YTD INTEREST PAID
  -  SERVICE CHARGES            141.00                             .00
  +    INTEREST PAID               .00
ENDING BALANCE                122.00-OD


DAYS IN PERIOD                                             28

* * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * *
     DEPOSITS AND OTHER CREDITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
02/06       99.00 RT WEB TXFR CR        020619
                  BANCORPSOUTH     XFER CR    INTBK001
                  CUSTOMER TRANSFER FROM IM ████████5579


     OTHER DEBITS
DATE.........AMOUNT.TRANSACTION DESCRIPTION      CHK NO/ATM CD
02/05      524.99 PNC BANK          ONLINE PMT
02/12      265.00 TRIHAZ SOLUTIONS ONLINE PMT
02/13       85.00 XAA ANALYSIS
02/25       36.00 CONTINUOUS OD
02/28       20.00 SERVICE CHARGE
* * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * *
  DATE......BALANCE  DATE......BALANCE  DATE......BALANCE
01/31      709.99  02/12       19.00  02/25     102.00OD
02/05      185.00  02/13       66.00OD 02/28    122.00OD
02/06      284.00

**THANK YOU FOR BANKING WITH US**

---

### THIS SECTION IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT.

FROM _____ TO _____ 20 _____

CHECKS OUTSTANDING — NOT
CHARGED TO ACCOUNT

| NO. | $ |
|-----|---|
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
|     |   |
| **TOTAL** | **$** |

BALANCE SHOWN ON THIS STATEMENT $ _____    CHECKBOOK BALANCE $ _____

ADD DEPOSITS NOT CREDITED $ _____    DEDUCT SERVICE CHARGES $ _____

$ _____

$ _____

SUBTOTAL $ _____    SUBTOTAL $ _____

DEDUCT OUTSTANDING CHECKS $ _____    ADD INTEREST CREDITED $ _____

RECONCILED STATEMENT BALANCE $ _____    UPDATED CHECKBOOK BALANCE $ _____

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Direct telephone inquiries to 1-888-797-7711 (TOLL FREE) or write us at Customer Service, 2910 West Jackson St., Tupelo, MS 38801 as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we may recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CREDIT LINE BILL**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us (on a separate sheet) at Customer Service, 2910 West Jackson St., Tupelo, MS 38801 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us TOLL FREE at 1-888-797-7711, but doing so will not preserve your rights.

In your letter, give us the following information.

(1) Your name and account number.

(2) The dollar amount of the suspected error.

(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Explanation of CREDIT LINE'S AVERAGE DAILY BALANCE**

We figure the FINANCE CHARGE on your account by applying the periodic rate to the "AVERAGE DAILY BALANCE", including current transactions. To get the "AVERAGE DAILY BALANCE" we take the beginning balance of your account each day and add any new advances and subtract any payments, credits and unpaid finance charges. This gives us the daily balance. Then, we add up all the daily balances of the billing cycle divide the total by the number of days in the billing cycle. This gives us "THE AVERAGE DAILY BALANCE".

 362

**BancorpSouth**
Member FDIC

```
                                                          30/0

        PRIMARY PROVIDERS OF ALABAMA INC
        1878 JEFF RD NW STE G
        HUNTSVILLE AL  35806-4261

                                              STATEMENT DATE
                                                 02/28/19
                                              ACCOUNT NUMBER
                                               ████-557-9


        INFOLINE  1-888-797-7711
          2018 CHECKING YEAR TO DATE INTEREST PAID            2.53
        * * * * * * * * * * CHECKING ACCOUNT SUMMARY * * * * * * * * * *
        PREVIOUS BALANCE            119.53          AVERAGE BALANCE
          +        0 CREDITS            .00                       32
          -        2 DEBITS         119.00       YTD INTEREST PAID
          - SERVICE CHARGES            .00                      .01
          +   INTEREST PAID            .00
        ENDING BALANCE                 .53


        DAYS IN PERIOD                                          28

        * * * * * * * * CHECKING ACCOUNT TRANSACTIONS * * * * * * * * * *
            OTHER DEBITS
        DATE..........AMOUNT.TRANSACTION DESCRIPTION     CHK NO/ATM CD
        02/06          99.00 RT WEB TXFR DB        020619
                             BANCORPSOUTH     XFER DB    INTBK001
                             CUSTOMER TRANSFER TO   IM ████████5587

        02/21          20.00 AT&T MOBILITY    ONLINE PMT
        * * * * * * * * * * DAILY BALANCE SUMMARY * * * * * * * * * * *
          DATE.......BALANCE  DATE.......BALANCE  DATE.......BALANCE
        01/31     119.53 02/06       20.53 02/21          .53


          * * * * * * * * * INTEREST RATE SUMMARY * * * * * * * * * *
                       EFF-DATE       RATE

                       08-02-18     0.00100000          9,999
                                    0.00100000         24,999
                                    0.00150000         49,999
                                    0.00200000         99,999
                                    0.00250000        149,999
                                    0.00300000        499,999
                                    0.00500000
```

**THANK YOU FOR BANKING WITH US**

---

**THIS SECTION IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT.**

FROM_____ TO_____ 20_____

CHECKS OUTSTANDING — NOT
CHARGED TO ACCOUNT

| NO. | $ | | |
|-----|---|---|---|
| | | BALANCE SHOWN ON THIS STATEMENT $_____ | CHECKBOOK BALANCE $_____ |
| | | ADD DEPOSITS NOT CREDITED $_____ | DEDUCT SERVICE CHARGES $_____ |
| | | $_____ | |
| | | $_____ | |
| | | SUBTOTAL $_____ | SUBTOTAL $_____ |
| | | DEDUCT OUTSTANDING CHECKS $_____ | ADD INTEREST CREDITED $_____ |
| | | RECONCILED STATEMENT BALANCE $_____ | UPDATED CHECKBOOK BALANCE $_____ |
| **TOTAL** | **$** | | |

---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Direct telephone inquiries to 1-888-797-7711 (TOLL FREE) or write us at Customer Service, 2910 West Jackson St., Tupelo, MS 38801 as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we may recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CREDIT LINE BILL**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us (on a separate sheet) at Customer Service, 2910 West Jackson St., Tupelo, MS 38801 as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us TOLL FREE at 1-888-797-7711, but doing so will not preserve your rights.

In your letter, give us the following information:

(1) Your name and account number.

(2) The dollar amount of the suspected error.

(3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Explanation of CREDIT LINE'S AVERAGE DAILY BALANCE**

We figure the FINANCE CHARGE on your account by applying the periodic rate to the "AVERAGE DAILY BALANCE", including current transactions. To get the "AVERAGE DAILY BALANCE" we take the beginning balance of your account each day and add any new advances and subtract any payments, credits and unpaid finance charges. This gives us the daily balance. Then, we add up all the daily balances of the billing cycle divide the total by the number of days in the billing cycle. This gives us "THE AVERAGE DAILY BALANCE".

ALLMAN FAMILY MEDICINE PC
1878 JEFF ROAD, STE G
HUNTSVILLE AL 35806

### C H E C K I N G   A C C O U N T S

| | | |
|---|---|---|
| BUSINESS CHECKING | Number of Enclosures | 0 |
| Account Number        @XXXXXXXXXX@9316 | Statement Dates   2/01/19 thru  2/28/19 | |
| Previous Balance                  5.05 | Days in the Statement Period        28 | |
|    Deposits/Credits              .00 | Average Ledger                    5.05 | |
|    Checks/Debits                 .00 | Average Collected                 5.05 | |
| Service Charge                    .00 | | |
| Interest Paid                     .00 | | |
| Current Balance                  5.05 | | |

------------------------------------------------------------------------

Daily Balances
Date          Balance
 2/01              5.05

ALLMAN FAMILY MEDICINE PC
MERCHANT ACCOUNT
1878 JEFF ROAD, STE G
HUNTSVILLE AL 35806

## C H E C K I N G   A C C O U N T S

| BUSINESS CHECKING | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | @XXXXXXXXXX@0249 | Statement Dates   2/01/19 thru  2/28/19 | |
| Previous Balance | 1.88 | Days in the Statement Period | 28 |
| Deposits/Credits | .00 | Average Ledger | 1.88 |
| Checks/Debits | .00 | Average Collected | 1.88 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 1.88 | | |

------------------------------------------------------------------------

Daily Balances
Date          Balance
 2/01              1.88

# Business Checking Preferred



PNC Bank

Primary Account Number: ██████-7976
Page 1 of 6
Number of enclosures: 0

PRIMARY PROVIDERS OF ALABAMA, INC.
1878 JEFF RD NW STE G
HUNTSVILLE AL 35806-4261

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at PNC.com/smallbusiness

TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

IMPORTANT ACCOUNT INFORMATION

The information below amends certain information in your "Business Checking Accounts and Related Charges" ("Schedule"). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

Effective March 17, 2019: If you have Overdraft Protection on your checking account, PNC will no longer charge the Overdraft Protection Transfer Fee for the transfer of funds from a Protecting Account to cover an overdraft. Also, we will no longer charge the Overdraft Protection Set-Up Fee.

If your checking account is overdrawn, it will still be subject to any and all other applicable fees associated with overdrafts (e.g., Overdraft Fee, Returned Item Fee, Continuous Overdraft Fee), and you will be required to pay the amount of the overdrawn balance.

Your credit card may be subject to a Cash Advance Fee if used as the Protecting Account.

Watch Out for Text Scams
Be careful of unexpected text messages that may appear to come from PNC, asking you to follow links or provide personal information. PNC will never ask you to click a link in a text message to provide personal or account information. If you think you may have responded to a fraudulent text, immediately change your PNC passwords, then contact us at 1-800-762-2035.

IMPORTANT INFORMATION ABOUT LINKED ACCOUNTS

When you link accounts with other accounts, any account owner on any linked accounts may have access to limited information about any of the linked accounts. This is true even if they are not a signer on the linked account; also, any signer added later to one of the linked accounts will be able to see the limited information. The limited information that may be available includes the existence of the account and information to determine if the criteria for fee waiver benefits has been met, such as: the balance of the account, the total dollar amount of PNC Merchant Services deposits processed per monthly statement cycle and the total dollar amount of eligible monthly PNC business credit card(s) purchases.

# Business Checking Preferred

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 02/01/2019 to 02/28/2019
Primary Providers Of Alabama, Inc.
Primary Account Number: ⬛⬛⬛-7976
Page 2 of 6

Business Checking Preferred Account Number: ⬛⬛⬛ 7976 - continued

## Business Checking Preferred Summary

Account number: ⬛⬛⬛ 7976

Primary Providers Of Alabama, Inc.

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

### Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 12,874.92 | 58,790.76 | 63,993.42 | 7,672.26 |

| | | | Average ledger balance | Average collected balance |
|---|---|---|---|---|
| | | | 18,363.22 | 17,839.29 |

### Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | 36.00 | 36.00 |

### Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 11 | 10,099.04 |
| ACH Additions | 81 | 48,691.72 |
| Total | 92 | 58,790.76 |

### Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 23 | 22,787.34 |
| ACH Deductions | 11 | 24,280.10 |
| Service Charges and Fees | 1 | 36.00 |
| Other Deductions | 7 | 16,889.98 |
| Total | 42 | 63,993.42 |

### Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 02/01 | 18,995.35 | 02/12 | 14,188.11 | 02/21 | 25,598.80 |
| 02/04 | 20,090.27 | 02/13 | 23,313.02 | 02/22 | 23,627.27 |
| 02/05 | 15,530.33 | 02/14 | 24,170.23 | 02/25 | 15,631.44 |
| 02/06 | 20,914.78 | 02/15 | 18,449.04 | 02/26 | 373.80- |
| 02/07 | 19,184.89 | 02/19 | 19,306.00 | 02/27 | 7,366.44 |
| 02/08 | 19,448.19 | 02/20 | 25,029.56 | 02/28 | 7,672.26 |
| 02/11 | 16,539.38 | | | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/01 | 927.48 | Deposit | 034835824 |
| 02/01 | 2,117.84 | Deposit | 034835846 |
| 02/01 | 518.50 | Deposit | 034835851 |
| 02/01 | 1,474.87 | Deposit | 034835853 |
| 02/12 | 1,322.41 | Deposit | 035699319 |
| 02/12 | 500.44 | Deposit | 035699329 |
| 02/12 | 213.06 | Deposit | 035699339 |
| 02/27 | 1,541.56 | Deposit | 032530607 |
| 02/27 | 556.66 | Deposit | 032530617 |
| 02/27 | 822.99 | Deposit | 032530629 |

Deposits continued on next page

# Business Checking Preferred

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Preferred Account Number: ████-7976 - continued

## Deposits  - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/27 | 103.23 | Deposit | 032530648 |

## ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/01 | 718.23 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019031010178795 |
| 02/01 | 80.52 | Corporate ACH Hcclaimpmt | 00019031010927561 |
|  |  | MAC Ptb Algatn 1659608974 |  |
| 02/01 | 282.99 | Corporate ACH Hcclaimpmt Humana Ins Co 322653 | 00019031907302044 |
| 02/04 | 2,122.26 | Corporate ACH Hcclaimpmt | 00019032005283257 |
|  |  | MAC Ptb Algatn 1659608974 |  |
| 02/04 | 87.66 | Corporate ACH Hcclaimpmt | 00019032005268079 |
|  |  | Umr Compass Rose 271239960 |  |
| 02/05 | 714.66 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019035011615835 |
| 02/05 | 291.11 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019035011615957 |
| 02/05 | 144.91 | Corporate ACH Hcclaimpmt Humana Ins Co 322653 | 00019035904561493 |
| 02/05 | 492.59 | Corporate ACH Quickbooks | 00019036004470083 |
|  |  | Intuit Payroll S 271239960 |  |
| 02/06 | 204.04 | Corporate ACH Hcclaimpmt | 00019036006548436 |
|  |  | MAC Ptb Algatn 1659608974 |  |
| 02/06 | 145.00 | Corporate ACH Hcclaimpmt Aetna A04 XXXXX9960 | 00019035010651556 |
| 02/06 | 124.13 | Corporate ACH Hcclaimpmt | 00019036006534191 |
|  |  | Unitedhealthcare 271239960 |  |
| 02/06 | 90.41 | Corporate ACH Hcclaimpmt Cigna 271239960 | 00019035012731813 |
| 02/06 | 72.66 | Corporate ACH Hcclaimpmt Aetna As01 XXXXX9960 | 00019035010651517 |
| 02/06 | 71.00 | Corporate ACH Hcclaimpmt Aetna As01 XXXXX9960 | 00019035010157264 |
| 02/06 | 3,570.06 | Corporate ACH Hcclaimpmt | 00019037009179343 |
|  |  | Bcbsal Shield R 1659608974-2712 |  |
| 02/06 | 1,599.74 | Corporate ACH Hcclaimpmt | 00019037009179669 |
|  |  | Bcbsal Shield F 1659608974-2712 |  |
| 02/07 | 202.89 | Corporate ACH Hcclaimpmt | 00019037011603256 |
|  |  | Unitedhealthcare 271239960 |  |
| 02/07 | 107.79 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019037010150436 |
| 02/07 | 88.21 | Corporate ACH Hcclaimpmt | 00019037011602881 |
|  |  | Unitedhealthcare 271239960 |  |
| 02/07 | 52.34 | Corporate ACH Hcclaimpmt | 00019037011602567 |
|  |  | Unitedhealthcare 271239960 |  |
| 02/08 | 263.30 | Corporate ACH Hcclaimpmt | 00019038006154495 |
|  |  | MAC Ptb Algatn 1659608974 |  |
| 02/11 | 604.50 | Corporate ACH Hcclaimpmt | 00019038007024557 |
|  |  | Dxc Technology S 115667 |  |
| 02/11 | 107.79 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019039009629343 |
| 02/11 | 90.24 | Corporate ACH Hcclaimpmt Cigna 271239960 | 00019039009637706 |
| 02/11 | 76.19 | Corporate ACH Hcclaimpmt Cigna 271239960 | 00019039009637708 |
| 02/12 | 1,918.19 | Corporate ACH Hcclaimpmt | 00019042005308375 |
|  |  | MAC Ptb Algatn 1659608974 |  |
| 02/12 | 215.58 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019042006451194 |
| 02/12 | 86.23 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019042006451352 |

ACH Additions continued on next page

# Business Checking Preferred

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Preferred Account Number ⬛⬛⬛-7976 - continued

## ACH Additions   - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/12 | 58.36 | Corporate ACH Efpayment Humana Ins Co 322653 | 00019042909239382 |
| 02/12 | 19.37 | Corporate ACH Hcclaimpmt Pay Plus 271239960 | 00019042006499423 |
| 02/12 | 3.15 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019042006451266 |
| 02/12 | 1,725.00 | Corporate ACH Bcbs Of Al Bcbsofalbluadv 1659608974-9960 | 00019043008270415 |
| 02/13 | 362.19 | Corporate ACH Hcclaimpmt MAC Ptb Algatn 1659608974 | 00019043010134609 |
| 02/13 | 208.88 | Corporate ACH Efpayment Humana Ins Co 322653 | 00019043902045589 |
| 02/13 | 43.00 | Corporate ACH Hcclaimpmt Aetna As01 XXXXX9960 | 00019042004148812 |
| 02/13 | 13.09 | Corporate ACH Hcclaimpmt Aetna As01 XXXXX9960 | 00019042004548823 |
| 02/13 | 6.83 | Corporate ACH Hcclaimpmt Cigna 271239960 | 00019042006486681 |
| 02/13 | 6.15 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019043008990204 |
| 02/13 | 6,696.50 | Corporate ACH Hcclaimpmt Bcbsal Shield R 1659608974-2712 | 00019044002299499 |
| 02/13 | 1,788.27 | Corporate ACH Hcclaimpmt Bcbsal Shield F 1659608974-2712 | 00019044002299830 |
| 02/14 | 455.41 | Corporate ACH Hcclaimpmt MAC Ptb Algatn 1659608974 | 00019044005492964 |
| 02/14 | 147.88 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019044003608856 |
| 02/14 | 139.41 | Corporate ACH Hcclaimpmt Unitedhealthcare 271239960 | 00019044005498022 |
| 02/14 | 114.51 | Corporate ACH Hcclaimpmt Cigna Hlth Life 190213050000927 | 00019044007141470 |
| 02/19 | 584.88 | Corporate ACH Hcclaimpmt MAC Ptb Algatn 1659608974 | 00019046005309774 |
| 02/19 | 272.08 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019046004590674 |
| 02/20 | 626.07 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019050013586682 |
| 02/20 | 601.98 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019050013586600 |
| 02/20 | 454.33 | Corporate ACH Efpayment Humana Ins Co 322653 | 00019050906196149 |
| 02/20 | 107.01 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019050013586518 |
| 02/20 | 80.52 | Corporate ACH Hcclaimpmt MAC Ptb Algatn 1659608974 | 00019050013581273 |
| 02/20 | 45.55 | Corporate ACH Hcclaimpmt AARP Supplementa 271239960 | 00019050013584306 |
| 02/20 | 5,156.48 | Corporate ACH Hcclaimpmt Bcbsal Shield R 1659608974-2712 | 00019051006875882 |
| 02/20 | 2,255.99 | Corporate ACH Hcclaimpmt Bcbsal Shield F 1659608974-2712 | 00019051006876220 |
| 02/20 | 91.79 | Corporate ACH Hcclaimpmt Cigna Edge Trans 603700199837 | 00019051006823979 |
| 02/20 | 40.42 | Corporate ACH Hcclaimpmt Cigna Edge Trans 601100137042 | 00019051006823981 |
| 02/21 | 492.98 | Corporate ACH Hcclaimpmt MAC Ptb Algatn 1659608974 | 00019051010068721 |
| 02/21 | 81.04 | Corporate ACH Hcclaimpmt Aetna H09 XXXXX9960 | 00019050011795919 |
| 02/21 | 19.37 | Corporate ACH Hcclaimpmt AARP Supplementa 271239960 | 00019050014967618 |

ACH Additions continued on next page

# Business Checking Preferred

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 02/01/2019 to 02/28/2019
Primary Providers Of Alabama, Inc.
Primary Account Number: ██████7976
Page 5 of 6

Business Checking Preferred Account Number: ██████-7976 - continued

## ACH Additions    - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/22 | 342.14 | Corporate ACH Hcclaimpmt Cigna 271239960 | 00019051011617737 |
| 02/22 | 318.35 | Corporate ACH Hcclaimpmt MAC Ptb Algatn 1659608974 | 00019052005027494 |
| 02/22 | 65.24 | Corporate ACH Hcclaimpmt Cigna 271239960 | 00019051011617739 |
| 02/25 | 585.48 | Corporate ACH Efpayment Humana Ins Co 322653 | 00019053905773760 |
| 02/25 | 401.00 | Corporate ACH Hcclaimpmt Dxc Technology S 115667 | 00019052005976606 |
| 02/25 | 373.43 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019053008894745 |
| 02/25 | 217.57 | Corporate ACH Hcclaimpmt Aetna H09 XXXXX9960 | 00019052004269070 |
| 02/25 | 55.24 | Corporate ACH Hcclaimpmt Cigna 271239960 | 00019053008897453 |
| 02/26 | 690.31 | Corporate ACH Hcclaimpmt MAC Ptb Algatn 1659608974 | 00019056005092806 |
| 02/26 | 329.14 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019056005098607 |
| 02/26 | 116.48 | Corporate ACH Hcclaimpmt Electronic Comme 271239960 | 00019056005092123 |
| 02/26 | 92.01 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019056005098523 |
| 02/27 | 496.58 | Corporate ACH Hcclaimpmt MAC Ptb Algatn 1659608974 | 00019057010303735 |
| 02/27 | 155.98 | Corporate ACH Hcclaimpmt Humana Ahp 322653 | 00019057008722764 |
| 02/27 | 13.98 | Corporate ACH Hcclaimpmt Humana Ins Co 322653 | 00019057902650800 |
| 02/27 | 5,530.27 | Corporate ACH Hcclaimpmt Bcbsal Shield R 1659608974-2512 | 00019058003138547 |
| 02/27 | 831.99 | Corporate ACH Hcclaimpmt Bcbsal Shield F 1659608974-2512 | 00019058003138878 |
| 02/28 | 489.07 | Corporate ACH Hcclaimpmt MAC Ptb Algatn 1659608974 | 00019058006523575 |
| 02/28 | 203.16 | Corporate ACH Hcclaimpmt Unitedhealthcare 271239960 | 00019058006501705 |
| 02/28 | 40.52 | Corporate ACH Hcclaimpmt Uhc Government E 271239960 | 00019058006504068 |
| 02/28 | 20.07 | Corporate ACH Efpayment Humana Ins Co 322653 | 00019058905943856 |

## Checks and Other Deductions

### Checks and Substitute Checks                    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/06 | 1034 * | 492.59 | 034366813 | 02/11 | 5031 | 3,138.11 | 070862711 | 02/25 | 5040 * | 562.35 | 089623064 |
| 02/07 | 1035 | 180.50 | 036504714 | 02/11 | 5032 | 629.42 | 070257750 | 02/28 | 5041 | 382.00 | 073141183 |
| 02/05 | 5023 * | 1,150.00 | 072470878 | 02/12 | 5033 | 313.97 | 095273168 | 02/25 | 5043 * | 101.76 | 076262369 |
| 02/04 | 5024 | 1,000.00 | 072053708 | 02/20 | 5034 | 857.65 | 072361622 | 02/25 | 5045 * | 731.00 | 089622081 |
| 02/04 | 5025 | 115.00 | 092059894 | 02/21 | 5035 | 24.15 | 096020385 | 02/25 | 5048 * | 193.97 | 089623478 |
| 02/05 | 5026 | 5,053.21 | 072535559 | 02/20 | 5036 | 2,878.93 | 072170550 | 02/26 | 5049 | 1,002.00 | 070273286 |
| 02/15 | 5027 | 289.00 | 075692066 | 02/25 | 5037 | 393.73 | 076262368 | 02/27 | 5052 * | 2,277.00 | 071304919 |
| 02/11 | 5030 * | 20.00 | 090367673 | 02/25 | 5038 | 1,001.00 | 076613031 | | | | |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/07 | 1,619.84 | ACH Web-Single Online Pmt Mooremedical Ckf625947574POS | 00019038004658156 |
| 02/07 | 380.78 | ACH Web-Single Online Pmt Wow Ckf625947574POS | 00019038004661574 |
| 02/12 | 8,098.72 | Corporate ACH Quickbooks Intuit Payroll S 271239960 | 00019043008235674 |

ACH Deductions continued on next page

# Business Checking Preferred

For 24-hour account information, sign-on to
pnc.com/mybusiness/

Business Checking Preferred Account Number: ⬛⬛⬛-7976 - continued

## ACH Deductions - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/12 | .37 | Corporate ACH Achtrans Pay Plus 452579291 | 00019042006499436 |
| 02/22 | 1,417.26 | ACH Web-Single Online Pmt Mooremedical Ckf625947574POS | 00019053007327470 |
| 02/22 | 872.00 | ACH Web-Single Online Pmt Mooremedical Ckf625947574POS | 00019053007327469 |
| 02/22 | 408.00 | ACH Web-Single Online Pmt Wow Ckf625947574POS | 00019053007333840 |
| 02/25 | 142.47 | ACH Web-Single Online Pmt Mooremedical Ckf625947574POS | 00019056001845145 |
| 02/25 | 109.48 | ACH Web-Single Online Pmt Huntsville Utili Ckf625947574POS | 00019056001842900 |
| 02/26 | 11,199.68 | Corporate ACH Quickbooks Intuit Payroll S 271239960 | 00019057007630956 |
| 02/26 | 31.50 | ACH Web-Single Online Pmt Mooremedical Ckf625947574POS | 00019057007651637 |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/27 | 36.00 | Overdraft Item Fee | 070273286 XMKT |

## Other Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/15 | 664.72 | Online Transfer To ⬛⬛⬛9574 | ALLMAN JASON00023406 |
| 02/15 | 967.47 | Online Transfer To ⬛⬛⬛9574 | ALLMAN JASON00023407 |
| 02/15 | 3,800.00 | Online Transfer To ⬛⬛⬛9603 | ALLMAN JASON00023408 |
| 02/25 | 1,824.77 | Online Transfer To ⬛⬛⬛9574 | ALLMAN JASON00036863 |
| 02/25 | 4,568.02 | Online Transfer To ⬛⬛⬛9574 | ALLMAN JASON00036864 |
| 02/26 | 5,000.00 | Online Transfer To ⬛⬛⬛7984 | PRIMARY PROV00015124 |
| 02/28 | 65.00 | Corporate Account Analysis Charge | 0000000000000040001 |

## Business Checking Preferred - Maintenance Fee Relationship Pricing

These accounts were reviewed to meet the balance requirement of your Business Checking Preferred account. Use of certain additional services may also offset your monthly maintenance fee.

| Account Type | Ending In | Condition | As of | Balance | Met/Not Met |
|---|---|---|---|---|---|
| Business Checking Pref | ....7976 | This Cycle Avg Balance | 01/31/19 | 18,269.85 | Not Met |
| Business Checking Pref Combined Deposits | ....7976 | This Cycle Avg Balance | 01/31/19 | 18,269.85 18,269.85 | Not Met |
| Credit Card | ....5102 | Recent Cycle Purchases | 01/25/19 | 2,466.06 | |
| Combined PNC Bus. Credit Cards | | | | 2,466.06 | Not Met |

Member FDIC

 Equal Housing Lender

# Business Premium Money Market

PNC Bank

 **PNC BANK**

PRIMARY PROVIDERS OF ALABAMA INC
SAVINGS
1878 JEFF RD NW STE G
HUNTSVILLE AL 35806-4261

Primary Account Number: ████-7984
Page 1 of 3
Number of enclosures: 0

☎ For 24-hour banking sign on to
🖥 PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
Monday - Friday: 7 AM - 10 PM ET
Saturday & Sunday: 8 AM - 5 PM ET

Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738
🖥 Visit us at PNC.com/smallbusiness
📠 TDD terminal: 1-800-531-1648
For hearing impaired clients only

---

IMPORTANT CHANGES TO FEES AND FEATURES FOR PREMIUM BUSINESS MONEY MARKET CUSTOMERS

The information below amends certain information in our "Business Checking Accounts and Related Charges" ("Schedule"). All other information in our Schedule continues to apply to your account. Please read this information and retain it with your records.

Effective June 16, 2019

PNC Bank ATM Transaction Fee Changes

> PNC Bank ATM transactions will have no charge.
> PNC will charge a $3.00 fee for each transaction made at Non-PNC Bank ATMs in the United States, Canada, Puerto Rico and the U.S. Virgin Islands (previously no charge).
> PNC will charge a $5.00 fee for each transaction made at Non-PNC Bank ATM transactions in all other countries (previously no charge).
> PNC will no longer reimburse Other Financial Institutions' ATM Surcharge Fees.

If you have questions or concerns about these changes, please contact your PNC Business Banker or call us at the number listed at the top of this statement.

Watch Out for Text Scams
Be careful of unexpected text messages that may appear to come from PNC, asking you to follow links or provide personal information. PNC will never ask you to click a link in a text message to provide personal or account information. If you think you may have responded to a fraudulent text, immediately change your PNC passwords, then contact us at 1-800-762-2035.

IMPORTANT INFORMATION ABOUT LINKED ACCOUNTS

When you link accounts with other accounts, any account owner on any linked accounts may have access to limited information about any of the linked accounts. This is true even if they are not a signer on the linked account; also, any signer added later to one of the linked accounts will be able to see the limited information. The limited information that may be available includes the existence of the account and information to determine if the criteria for fee waiver benefits has been met, such as: the balance of the account, the total dollar amount of PNC Merchant Services deposits processed per monthly statement cycle and

# Business Premium Money Market

For the Period 02/01/2019 to 02/28/2019
Primary Providers Of Alabama Inc
Primary Account Number: ████7984
Page 2 of 3

the total dollar amount of eligible monthly PNC business credit card(s) purchases.

## Business Premium Money Market Summary

Account number: ████-7984

Primary Providers Of Alabama Inc
Savings

## Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 5,832.09 | 16,672.72 | 18,289.93 | 4,214.88 |

| | | Average ledger balance | Average collected balance |
|---|---|---|---|
| | | 3,747.18 | 3,747.18 |

## Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest paid this period | Interest paid year-to-date |
|---|---|---|---|---|
| 1.75 | 28 | 3,747.18 | 4.99 | 8.98 |

| Deposits and Other Additions | | | Checks and Other Deductions | | |
|---|---|---|---|---|---|
| Description | Items | Amount | Description | Items | Amount |
| ACH Additions | 20 | 7,867.73 | ACH Deductions | 6 | 18,286.15 |
| Other Additions | 3 | 8,804.99 | Service Charges and Fees | 1 | 3.78 |
| Total | 23 | 16,672.72 | Total | 7 | 18,289.93 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 02/01 | 1,615.94 | 02/13 | 4,604.47 | 02/22 | 1,677.73 |
| 02/04 | 2,214.16 | 02/14 | 5,067.71 | 02/25 | 5,987.73 |
| 02/06 | 2,808.23 | 02/15 | 5,387.71 | 02/26 | 10,987.73 |
| 02/07 | 3,096.58 | 02/19 | 739.27 | 02/27 | 11,355.89 |
| 02/08 | 3,396.15 | 02/20 | 1,054.27 | 02/28 | 4,214.88 |
| 02/11 | 3,738.79 | 02/21 | 1,478.16 | | |

## Activity Detail

### Deposits and Other Additions

### ACH Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/01 | 572.89 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019031010934221 |
| 02/04 | 431.75 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019032005275770 |
| 02/04 | 349.30 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019035009685010 |
| 02/06 | 594.07 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019036006539024 |
| 02/07 | 288.35 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019037011607125 |
| 02/08 | 299.57 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019038006144201 |
| 02/11 | 208.00 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019039010390394 |
| 02/11 | 134.64 | Corporate ACH Merch Dep Merchant Service 8018052236 | 00019042003770495 |

ACH Additions continued on next page

# Business Premium Money Market

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 02/01/2019 to 02/28/2019
Primary Providers Of Alabama Inc
Primary Account Number: ████-7984
Page 3 of 3

Business Premium Money Market Account Number: ████7984 - continued

## ACH Additions    - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/13 | 865.68 | Corporate ACH Merch Dep | 00019043010144001 |
|  |  | Merchant Service 8018052236 |  |
| 02/14 | 463.24 | Corporate ACH Merch Dep | 00019044005505774 |
|  |  | Merchant Service 8018052236 |  |
| 02/15 | 320.00 | Corporate ACH Merch Dep | 00019045010971832 |
|  |  | Merchant Service 8018052236 |  |
| 02/19 | 411.30 | Corporate ACH Merch Dep | 00019046005314278 |
|  |  | Merchant Service 8018052236 |  |
| 02/19 | 588.16 | Corporate ACH Merch Dep | 00019050011335995 |
|  |  | Merchant Service 8018052236 |  |
| 02/20 | 315.00 | Corporate ACH Merch Dep | 00019050013590369 |
|  |  | Merchant Service 8018052236 |  |
| 02/21 | 423.89 | Corporate ACH Merch Dep | 00019051010076771 |
|  |  | Merchant Service 8018052236 |  |
| 02/22 | 199.57 | Corporate ACH Merch Dep | 00019052005033088 |
|  |  | Merchant Service 8018052236 |  |
| 02/25 | 270.00 | Corporate ACH Merch Dep | 00019053009675131 |
|  |  | Merchant Service 8018052236 |  |
| 02/25 | 240.00 | Corporate ACH Merch Dep | 00019056002917314 |
|  |  | Merchant Service 8018052236 |  |
| 02/27 | 368.16 | Corporate ACH Merch Dep | 00019057010318791 |
|  |  | Merchant Service 8018052236 |  |
| 02/28 | 524.16 | Corporate ACH Merch Dep | 00019058006508577 |
|  |  | Merchant Service 8018052236 |  |

## Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/25 | 3,800.00 | Online Transfer From ████9603 | PRIMARY PROVIDE |
| 02/26 | 5,000.00 | Online Transfer From ████7976 | PRIMARY PROVIDE |
| 02/28 | 4.99 | Interest Payment | I-GEN119022800011319 |

## Checks and Other Deductions

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/01 | 4,643.36 | Corporate ACH Usataxpymt IRS 270943254820249 | 00019031010178420 |
| 02/01 | 141.90 | Corporate ACH Usataxpymt IRS 270943253713763 | 00019031010178419 |
| 02/04 | 182.83 | Corporate ACH Merch Fee | 00019035008402725 |
|  |  | Merchant Service 8018052236 |  |
| 02/19 | 3,759.70 | Corporate ACH Usataxpymt IRS 270945034246325 | 00019050010543892 |
| 02/19 | 1,888.20 | Corporate ACH Direct Dbt Al-Dept Of Rev | 00019050009011314 |
| 02/28 | 7,670.16 | Corporate ACH Usataxpymt IRS 270945995039030 | 00019058004597692 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 02/01 | 3.78 | Service Charge Period Ending 01/31/2019 |  |

Member FDIC          Equal Housing Lender