IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Primary Providers of Alabama, Inc. | ) | Case No.: 18-83207-CRJ11 |
| EIN: xx-xxx9960 | ) ) ) | |
| Debtor. | ) ) | CHAPTER 11 |

## QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

FOR CALENDAR QUARTER ENDING _MARCH 31, 2019_

DISBURSEMENTS*

1.     MONTH      DISBURSEMENTS

| Month | Disbursements |
|---|---|
| January | $ 78,962.26 |
| February | $ 64,111.70 |
| March | $ 69,280.53 |

TOTAL DISBURSEMENTS
FOR QUARTER    $ _212354.49_

2. QUARTERLY FEE OWED PURSUANT TO    $ _1625.00_
   28 U.S.C. § 1930(a)(7)

3. QUARTERLY FEE PAID    $ _1625.00_
   (Attach proof of payment)

4. AMOUNT OF UNPAID FEES (IF ANY)    $ _0.00_

Case 18-83207-CRJ11   Doc 149   Filed 04/25/19   Entered 04/25/19 14:09:18   Desc
Main Document   Page 1 of 3

# DECLARATION UNDER PENALTY OF PERJURY

I, ___Jason Ahman___, acting as the duly authorized agent for the Debtor-

In-Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: __4/15/19__     _____
For the Debtor-In-Possession (Trustee) (Plan Adm.)

(Print or type name and     __Owner__
capacity of person signing
this Declaration.)

**The check for payment of the quarterly fee MUST be attached to the original of this Quarterly Fee Statement filed with the Clerk of Court.**

DOCUMENT CONTAINS COLORED BACKGROUND ON WHITE PAPER. "VOID" FEATURE, SIMULATED WATERMARK (REVERSE SIDE) MICRO-PRINT BORDER.

**Account: PRIMARY PROVIDERS**

PLEASE POST THIS PAYMENT FOR OUR MUTUAL CUSTOMER

$1,625.00

Please Direct Any Questions To
(800) 278-6302
OUR OPERATIONS DEPARTMENT

10/830

,0000005100

PRIMARY PROVIDERS OF
1878 JEFF RD NW STE G
HUNTSVILLE, AL 35806-4261

PNC BANK, KENTUCKY, INC.

April 24, 2019

03435 6290296 003447 003447 00001/00001 k03435

Pay **ONE THOUSAND SIX HUNDRED TWENTY FIVE AND 00/100** ---------------------------------- DOLLARS

$ *****1,625.00

TO THE ORDER OF
SPARKMAN, SHEPARD, MORRIS PC
303 WILLIAMS AVE SW STE 1411
HUNTSVILLE, AL 35801-6008

03435

Void After 180 DAYS
*Signature On File*
This check has been authorized
by your depositor

WARNING: THIS BORDER CONTAINS MICRO-TYPE WHICH WILL NOT REPRODUCE ON A COPIER.



⑪•005100⑪• ⑯083000108⑯ 3055297976⑪•