| Primary Providers of Alabama, Inc. Budget | June-19 | July-19 | August-19 |
|---|---|---|---|
| **Ordinary Income/Expense** | | | |
|   Income | | | |
|     5000 · PPOAL Revenue | 67,000 | 69,250 | 71,375 |
|   Total Income | 67,000.00 | 69,250.00 | 71,375.00 |
| **Gross Profit** | 67,000.00 | 69,250 | 71,375 |
|   Expense | | | |
|     7000 · Advertising and Promotion | 330 | 330 | 330 |
|     7010 · Bank Service Charges | 23 | 23 | 23 |
|     7020 · Billing Service Fees Paid | 3500 | 3500 | 3500 |
|     7030 · Business Licenses and Permits | 54 | 54 | 54 |
|     7050 · Computer and Internet Expenses | 146 | 146 | 146 |
|     7060 · Continuing Education | 87 | 87 | 87 |
|     7070 · Dues and Subscriptions | 200 | 200 | 200 |
|     7090 - Employee Health Insurance | 237 | 237 | 237 |
|     7110 · Malpractice Insurance | 735 | 735 | 735 |
|     7120 · Worker's Compensation | 166 | 166 | 166 |
|     7126 · General Liability Insurance | 160 | 160 | 160 |
|     7140 · Janitorial Expense | 600 | 600 | 600 |
|     7170 · Meals and Entertainment | 179 | 179 | 179 |
|     7182 · Medical Supplies | 2631 | 2631 | 2631 |
|     7183 · Vaccines and Medicines | 3323 | 3323 | 3323 |
|     7190 · Office Supplies | 589 | 589 | 589 |
|     7200 · Payroll Expenses | 43,956 | 43,500 | 42,750 |
|     7205 · Postage and Delivery | 207 | 207 | 207 |
|     7207 · Printing and Reproduction | 74 | 74 | 74 |
|     7220 · Ultrasound Service | 658 | 658 | 658 |
|     7245 · Repairs and Maintenance | 156 | 156 | 156 |
|     7250 · Rent Expense | 3,138 | 3,138 | 3,138 |
|     7260 · Telephone Expense | 740 | 740 | 740 |
|     7300 · Utilities | 360 | 360 | 360 |
|     7900 · F Legal Fees | 4,500.00 | 4,500 | 4,500 |
|   Total Expense | 66,749.00 | 66,293.00 | 65,543.00 |
| **Net Ordinary Income** | 251.00 | 2,957.00 | 5,832.00 |
| **Net Income** | **251.00** | **2,957.00** | **5,832.00** |