IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-83207-CRJ11 |
| | ) | |
| PRIMARY PROVIDERS OF | ) | |
| ALABAMA , INC. | ) | |
| f/d/b/a ALLMAN FAMILY MEDICINE | ) | |
| P.C. | ) | |
| EIN: xxx-xx-9960 | ) | |
| | ) | |
| | ) | **CHAPTER 11** |
| Debtor. | ) | |

## OBJECTION TO CONFIRMATION OF DEBTOR'S
## FIRST AMENDED PLAN OF REORGANIZATION DATED JUNE 4, 2019

**COMES NOW**, ServisFirst Bank, a secured creditor in the above entitled bankruptcy proceeding, by and through its attorney of record, William M. Hancock, and objects to confirmation of the Debtor's First Amended Plan of Reorganization dated June 4, 2019, and in support thereof would state as follows:

## PERTINENT FACTS

1. On or about 6th day of January, 2010, Allman Family Medicine, P.C., n/k/a Primary Providers of Alabama, Inc. (hereinafter referred to as "Debtor") applied for a company credit card through ServisFirst Bank. ServisFirst Bank approved the Debtor for a $15,000.00 line of credit (hereinafter referred to as "Credit Line"). The Credit Line is secured by equipment, inventory and general intangibles.

2. On or about 8th day of April, 2014, ServisFirst Bank loaned the principal sum of $177,000.00 to the Debtor. As evidence of the obligation to repay such amount to ServisFirst

Bank, the Debtor executed a Commercial Security Agreement of even date (hereinafter referred to as "Note 1152"). Note 1152 is secured by equipment, inventory and general intangibles.

3. On the 26th day of October, 2018, the Debtor filed a Chapter 11 bankruptcy petition in the Northern District of Alabama, Northern Division identified as Case Number 18-83207-CRJ11.

4. On the 30th day of January, 2019, ServisFirst Bank filed a secured proof of claim on the Credit Line in the amount of $14,197.18 which claim is identified as Claim Number 12 and a secured proof of claim on Note 1152 in the amount of $54,887.72 which claim is identified as Claim Number 13.

5. On the 28th day of March, 2019, the Debtor filed its Chapter 11 Plan of Reorganization. PACER Document Number 131.

6. On the 4th day of June, 2019, the Debtor filed its First Amended Plan of Reorganization. PACER Document Number 170.

## **OBJECTION**

7. ServisFirst Bank objects to confirmation of the Plan to the extent the Plan stretches the payments due to ServisFirst Bank over a 10-year term (Class 1). Class 2 secured claims and Class 5 priority claims are to be repaid over 60 months. The Plan inequitably discriminates against ServisFirst Bank by paying other secured claims and priority claims over a shorter period of time. The preferred treatment of priority claims over secured claims is violative of the Absolute Priority Rule.

8. The Absolute Priority Rule is grounded in 11 U.S.C. §1129(b) and its requirement of fair and equitable treatment of creditors. The Absolute Priority Rule "provides that a dissenting class of unsecured creditors must be provided for in full before any junior class can

Page 2 of 8

Case 18-83207-CRJ11   Doc 195   Filed 07/26/19   Entered 07/26/19 13:54:30   Desc
Main Document    Page 2 of 8

receive or retain any property [under a reorganization] plan." Northwest Bank Worthington v. Ahlers, 485 U.S. 197, 202 (1988). The Plan violates the Absolute Priority Rule by paying other secured and priority claims within 60 months and paying ServisFirst Bank over 10 years.

9. ServisFirst Bank objects to confirmation of the Plan to the extent the Plan calls for ServisFirst Bank's continuing security interest into question. Although Section 3.1 indicates ServisFirst Bank will retain all security interests "[e]xcept as otherwise provided," Article 4 indicates "[t]he creditor in this class will immediately release all liens, certificates of judgments, or any other claims to the Debtor's property." ServisFirst Bank is entitled to retain all of its liens.

10. ServisFirst Bank objects to confirmation of the Plan to the extent that the Plan identifies the ServisFirst Bank proof of claims as Claim Number 14 under Article 4. ServisFirst Bank's proofs of claim are identified as Claim Number 12 and Claim Number 13. The Plan should be amended to reflect the accurate claim numbers.

11. The Debtor and its principals sold or otherwise disposed of certain collateral immediately prior to filing a petition in this case. Section 9.2 proposes to release the Debtor's officers, directors, partners, associates and employees. The officers, directors, partners, associates and employees of the Debtor are not the same as the Debtor. Those individuals are responsible for their actions and are not entitled to a de facto discharge for their own, separate liabilities. Jason Allman and Katarina Allman are debtors in a separate Chapter 7 action. ServisFirst Bank objects to the Plan to the extent the Plan could be construed as providing a release of the officers, directors, partners and associates and/or Jason Allman and Katarina Allman.

12. Sections 9.4 and 9.7 of the Plan call for the extension of the automatic stay through the pendency of the Plan and require a 21-day notice of any default. ServisFirst Bank objects to the confirmation of the Plan to the extent it calls for the automatic stay to extend beyond its 11 U.S.C. §362(c) limits.

**WHEREFORE**, premises considered, ServisFirst Bank requests that this Honorable Court deny confirmation of the Debtor's First Amended Plan of Reorganization dated June 4, 2019, and grant such further and different relief as it may deem just and proper.

**RESPECTFULLY** submitted this the 26 day of July, 2019.

_____
William M. Hancock
Attorney for ServisFirst Bank

WOLFE, JONES, WOLFE, HANCOCK,
DANIEL & SOUTH, LLC
905 Bob Wallace Avenue
Huntsville, Alabama 35801
(256) 534-2205 - Telephone
(256) 519-6691 - Facsimile
bankruptcy@wolfejones.com

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon the below listed parties to this action by placing a copy of same in the United States Mail, postage pre-paid and properly addressed, or by notification of the CM/ECF electronic notification system, this the 26 day of July, 2019.

/s/ William M. Hancock
William M. Hancock

*VIA U.S. MAIL*

Primary Providers of Alabama, Inc.
1861 Shellbrook Drive
Huntsville, Alabama 35806

Blue Cross Blue Shield of Alabama
Post Office Box 360387
Birmingham, Alabama 35236-0387

Comphealth Associates, Inc,
7259 S. Bingham June Blvd.
Midvale, Utah 84047-4860

Mr. Henry Schein
Beckman Coulter, Inc.
Dept. CH 10241
Palatine, Illinois 60055-0241

McKesson Medical Surgical
Post Office Box 660266
Dallas, Texas 75266-0266

Medbill
3409 Vestavia Circle
Decatur, Alabama 35603-4605

Moore Medical
Post Office Box 99718
Chicago, Illinois 60696-7518

Ocaria
600 Boulevard South, Suite 305
Huntsville, Alabama 35802-212

Sanofi Pasteur, Inc.
12458 Collections Center Drive
Chicago, Illinois 60693-0001

The Hartford
Post Office Box 660916
Dallas, Texas 75266-0916

Williams, Inc. d/b/a Vanguard Cleaning
3755 Corporate Woods Drive
Birmingham, Alabama 35242-2244

Advantage Aviator Mastercard
Post Office Box 60517
City of Industry, California 91716-0517

Anda, Inc.
Post Office Box 930219
Atlanta, Georgia 31193-0219

Answertel of Athens
216 S. Marion Street, Suite D
Athens, Alabama 35611

Bio-Rad Laboratories
Post Office Box 849740
Los Angles, California 90084-9740

Cintas Corp. #241
Post Office Box 630910
Cincinnati, Ohio 45263-0910

Citi Costco
Post Office Box 9001016
Louisville, Kentucky 40290-1016

Doctors Exchange
Post Office Box 1330
Madisonville, Louisiana 70447-1330

Dr. Nancy Tarbox White
4525 Colewood Circle
Huntsville Alabama 35802-1887

Employment Screening Services
2700 Corporate Drive, Suite 100
Birmingham, Alabama 35242-2733

Evoqua Water Technologies, LLC
26563 Network Place
Chicago, Illinois 60673-1265

Finao Solutions
2006 Franklin Street, Suite 201
Huntsville, Alabama 35801-4537

Hartford Fire Insurance Company
Bankruptcy Unit, NP-3 Hartford Plaza
Hartford, Connecticut 06155-0001

Horiba Medical
Post Office Box 512936
Los Angeles, California 90051-0936

Huntsville Utilities
112 Spraggins Street
Huntsville, Alabama 35801

Jani-King SV Region
Post Office Box 6247
Huntsville, Alabama 35813

Lioce Group
2950 Drake Avenue
Huntsville, Alabama 35805

Lynda Hall, Madison County Tax Collector
100 Northside Square, Room 116
Huntsville, Alabama 35801

MDA Professional Group
Post Office Box 11407
Birmingham, Alabama 35246

Medical Systems
459 James Road
Hampton Cove, Alabama 35763-9024

Merck Sharp & Dohma Corp.
Post Office Box 5254
Carol Stream, Alabama 60197-5254

Merge Healthcare
Post Office Box 205824
Dallas, Texas 75320-5824

Methvin Terreall
2201 Arlington Avenue
Birmingham, Alabama 35205-4003

Mirion Technologies
Post Office Box 101301
Pasadena, California 91189-0005

Monrovia Investment Group
1892 Jeff Road
Huntsville, Alabama 35806

Orkin
1035 Putman Drive, Suite F
Huntsville, Alabama 35816

Case 18-83207-CRJ11    Doc 195    Filed 07/26/19    Entered 07/26/19 13:54:30    Desc
Main Document      Page 6 of 8

Pfizer
Post Office Box 100539
Atlanta, Georgia 30384

Pitney Bowers
Post Office Box 371896
Pittsburgh, Pennsylvania 15250-7896

RJ Young
Post Office Box 415000
Nashville, Tennessee 372417511

Radiation Detection Co.
3527 Snead Drive
Georgetown, Texas 78626-8214

Radiology of Huntsville
2006 Franklin Street, Suite 200
Huntsville, Alabama 35801

Rioch USA
Post Office Box 532530
Atlanta, Georgia 30353-2530

Secretary of the Treasurery
1500 Pennsylvania Avenue
Washington D.C. 20220-0001

Shred-It
28883 Network Plaza
Chicago, Illinois 60673

Sirote
Post Office Box 55509
Birmingham, Alabama 35255-5509

Stericylc ComSol
26604 Network Place
Chicago, Illinois 60673-1266

Stericylce, Inc.
Post Office Box 6582
Carol Stream, Illinois 60197-6582

U.S. Securities and Exchange Commission
Regional Director, Atlanta Office, Suite 900
950 East Paces Ferry Road
Atlanta, Georgia 30326-1180

West Interactive Services Corp.
700 14th Street
Denver, Colorado 80256

*VIA ELECTRONIC NOTICE*

Hon. Tazewell T. Shepard
Post Office Box 19045
Huntsville, Alabama 35804
taze@tshepard.com

West Madison Professional Plaza
c/o Hon. Paul Davis
5016 Littebury Road
Huntsville, Alabama 35802
pdavis@cpdlaw.com

Bancorp South Bank
c/o Hon. James Cameroon
Post Office Box 940
Guntersville, Alabama 35976
james@jmcgville.com

SonoDynamics
c/o Hon. Kevin C. Gray
200 Clinton Avenue West., Suite 900
Hutnsville, Alabama 35801
kgray@bradley.com

Hon. Richard M. Blythe
United States Bankruptcy Administrator
Northern District of Alabama
Post Office Box 3045
Decatur, Alabama 35602-3045
Richard_blythe@alnba.uscourts.gov

Alabama Department of Revenue
Income Tax Division
Post Office Box 327460
Montgomery, Alabama 36132-7460
Bankruptcy@revenue.alabama.gov

Redstone Federal Credit Union
220 Wynn Drive
Huntsville, Alabama 35893
bankruptcy@rcfu.org

American Proficiency Institute
a/k/a Audit Controls
Post Office Box 3369
Eatonton, Georgia 31024-3369
accountsreceiveable@api-pt.com

Bank Independent
Post Office Box 5000
Sheffield, Alabama 5000
Sheffield, Alabama 35660-0137
specialassetsdepartment@bibank.com

IRS
Post Office Box 7346
Philadelphia, Pennsylvania 19101-7346
Cio.bncmail@irs.gov