# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| In re: Primary Providers of Alabama, Inc. ) | Case No.: 18-83207-CRJ-11 |
| ) | |
| EIN: xx-xxx9960 ) | |
| ) | |
| Debtor. ) | CHAPTER 11 |
| ) | |

## DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION

COMES NOW Primary Providers of Alabama, Inc. (the "Debtor"), as Debtor and Debtor-in-Possession, and amends its Plan of Reorganization, to wit:

The Debtor's treatment of Class 1, as stated throughout the Plan, shall now read as follows:

**Class 1 – Secured Claim**

    **a.** *Classification:*

Class 1 consists of the secured claims of the ServisFirst Bank (proofs of claim ## 12 & 13).

    **b.** *Treatment:*

Class 1 is impaired and, accordingly, the member of Class 1 is entitled to vote on the Plan.

The creditor in this class will be paid in full its approved claim amounts over the course of a 96-month term with interest accruing at the contractually agreed rate of 4.25%, with a standard amortization schedule for the term.

This creditor will retain all security interests in any collateral. New payments will begin on the Effective Date. Upon full payment of the allowed claims in this class, the claimant's secured interest in the Debtor's property will be immediately discharged and all liens released.

With respect to any non-debtor third parties or the Exculpated Persons, confirmation of this Plan by itself will not release any liabilities, obligations, guarantees or other claims

ServisFirst Bank may possess against those parties. The Plan only modifies this creditor's contractual agreement with the Debtor.

After confirmation of the Plan, should the Debtor default on its obligations to the holders of claims in this class (and following adherence to the notice and cure provisions of Plan Section 9.7), ServisFirst Bank may proceed accordingly with any legal rights available under applicable law without further order or relief from the Bankruptcy Court.

This amendment applies only to the subsections referenced above and is not intended to modify or eliminate any other language in the Debtor's Plan.

Respectfully submitted this the 5th day of August, 2019.

**PRIMARY PROVIDERS OF ALABAMA, INC.**

*/s/ Jason Allman*
Jason Allman, President


*/s/ Tazewell T. Shepard III*
Tazewell T. Shepard III
Tazewell T. Shepard IV
*Attorneys for the Debtor*

**SPARKMAN, SHEPARD & MORRIS, P.C.**
P. O. Box 19045
Huntsville, AL  35804
Tel: (256) 512-9924
Fax: (256) 512-9837

### CERTIFICATE OF SERVICE

This is to certify that this the 5th day of August, 2019, I have this day served the foregoing motion on all parties requesting notice, all parties listed on the Clerk's Certified Matrix and Richard Blythe, Office of the Bankruptcy Administrator, by electronic service through the Court's CM/ECF system and/or by placing a copy of same in the United States Mail, postage pre-paid.

*/s/ Tazewell T. Shepard III*
OF COUNSEL