# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: } | |
| PRIMARY PROVIDERS OF } | CASE NO. 18-83207-CRJ-11 |
| ALABAMA, INC. } | |
| } | CHAPTER 11 |
| Debtor(s). } | |

### ORDER CONTINUING CONFIRMATION HEARING

This case came before the Court on August 5, 2019 for hearing on Confirmation and on the Objection to Confirmation filed by ServisFirst Bank. Present during the hearing were Tazewell Taylor Shepard IV, Esq., counsel for the Debtor; Matthew Hancock, Esq., counsel for ServisFirst Bank; and Richard Blythe, Esq., counsel for the Bankruptcy Administrator.

Prior to the hearing, the Debtor filed a Second Amended Chapter 11 Plan of Reorganization, ECF No. 206, addressing the pending Objection to Confirmation.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** as follows:

1. The Confirmation Hearing is hereby continued to **September 4, 2019** at **2:30 p.m.** before the Honorable Clifton R. Jessup, Jr. at the United States Bankruptcy Court, 400 Well Street, Decatur, AL 35601.

2. **Monday, August 26, 2019** by **5:00 p.m., CDT** is fixed as the deadline by which the holders of claims and interests against the Debtor must file ballots accepting or rejecting the Plan.

3. **Monday, August 26, 2019** by **5:00 p.m., CDT** is fixed as the last day by which creditors and parties in interest must file any objections to confirmation of the Plan.

1

4. The Debtor must tabulate all acceptances and rejections of the Plan and file a Ballot Summary with the Court on or before **Thursday, August 29, 2019** by **12:00 p.m., Noon, CDT**.

5. The Debtor must file a Memorandum in Support of Confirmation explaining pursuant to 11 U.S.C. § 1129 how the Plan of Reorganization satisfies the requirements for confirmation, including evidence of feasibility on or before **Thursday, August 29, 2019** by **12:00 p.m., Noon, CDT**.

Dated this the 6th day of August, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge