# Notice Recipients

District/Off: 1126–8        User: admin              Date Created: 8/6/2019
Case: 18–83207–CRJ11        Form ID: pdf000          Total: 100

**Recipients of Notice of Electronic Filing:**
ba       Richard M Blythe            Richard_Blythe@alnba.uscourts.gov
aty      Charles Paul Davis          pdavis@cpdlaw.com
aty      James Cameron               james@jmcgville.com
aty      Kevin C Gray                kgray@bradley.com
aty      Tazewell Shepard            taze@ssmattorneys.com
aty      Tazewell Taylor Shepard, IV ty@ssmattorneys.com
aty      Timothy M. McFalls          tmmcfalls@notanaccident.com
aty      William M. Hancock          bankruptcy@wolfejones.com

                                                                                    TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Primary Providers of Alabama, Inc.     1861 Shellbrook Drive     Huntsville, AL 35806
cr       SONODYNAMICS, LLC         4800 Whitesbrug Drive     Suite 30–185     Huntsville
cr       BancorpSouth Bank, a corporation     c/o James C. Cameron     P.O. Box 940     Guntersville, AL 35976
cr       West Madison Professional Plaza, LLC     c/o C. Paul Davis     Davis Law Firm, P.C.     5016 Littlebury Road SE     Huntsville, AL 35801
cr       Beckman Coulter Inc.     Attn: Lara S. Martin     707 Grant Street Suite 2200 Gulf Tower     Pittsburgh, PA 15219
smg      Richard Blythe     BA Decatur     P O Box 3045     Decatur, AL 35602
9904021  *Bancorp South     401 Franklin Street     Huntsville, AL 35801
9904030  *Bancorp South     P.O. Box 789     Tupelo, MS 38802
9904035  *Blue Cross and Blue Shield of Alabama     P.O. Box 360387     Birmingham, AL 35236–0387
9904038  *Comphealth Associates, Inc.     CHG Healthcare Services, Inc.     7259 S. Bingham June Boulevard     Midvale, UT 84047
9904044  *Henry Schein     Dept CH 10241     Palatine, IL 60055–0241
9904051  *McKesson Medical Surgical     P.O. Box 660266     Dallas, TX 75266–0266
9904053  *Medical Billing Concepts     Attn: Julie Albright     1545 Blackhall Lane, SE     Decatur, AL 35601–6917
9904060  *Moore Medical     P.O. Box 99718     Chicago, IL 60696
9904061  *Ocaria     600 Blvd South SW     Suite 305     Huntsville, AL 35802–2113
9904071  *Redstone Federal Credit Union     220 Wynn Drive     Huntsville, AL 35893
9904075  *Sanofi Pasteur, Inc.     12458 Collections Center Drive     Chicago, IL 60693
9904076  *Servis Biz Card Services     P.O. Box 84070     Columbus, GA 31908–4070
9904023  *ServisFirst Bank     850 Shades Creek Parkway, Ste. 200     Birmingham, AL 35209
9904078  *ServisFirst Bank     P.O. Box 1508     Birmingham, AL 35201
9904081  *SonoDynamics     4800 Whitesburg Drive     Suite 30–185     Huntsville, AL 35802
9904086  *The Hartford     P.O. Box 660916     Dallas, TX 75266–0916
9904089  *West Madison Professional Plaza LLC     100 Springton Drive     Madison, AL 35758
9904090  *Wilicam, Inc. dba Vanguard Cleaning     3755 Corporate Woods Drive     Birmingham, AL 35242
9904025  AAdvantage Aviator Mastercard     Card Services     P.O. Box 60517     City of Industry, CA 91716
9904024  Alabama Department of Revenue     Income Tax Division     P.O. Box 327460     Montgomery, AL 36132
9904026  American Proficiency Institute     Dept. 9526     P.O. Box 30516     Lansing, MI 48909–8016
9904027  Anda, Inc.     P.O. Box 930219     Atlanta, GA 31193–0219
9904028  AnswerTel of Athens     216 S. Marion Street     Suite D     Athens, AL 35611
9904029  Audit MicroControls     P.O. Box 3369     Eatonton, GA 31024
9904031  Bancorp South     P. O. Box 789     Tupelo, MS 38802
9931840  BancorpSouth Bank, a corporation     c/o James C. Cameron     P.O. Box 940     Guntersville, AL 35976
9904022  Bank Independent     P.O. Box 5000     Sheffield, AL 35660
10042655 Beckman Coulter Inc     c/o Bernstein–Burkley,P.C.     Attn: Lara S. Martin, Esq     707 Grant Street Ste 2200, Gulf Tower     Pittsburgh, PA 15219
9904033  Beckman Coulter, Inc.     Dept. CH 10164     Palatine, IL 60044
9904032  Beckman Coulter, Inc.     Mail Code 42–B06     P.O. Box 189015     Miami, FL 33196
9904034  Bio–Rad Laboratories     P.O. Box 849740     Los Angeles, CA 90084–9740
9904036  Cintas Corp. #241     P.O. Box 630910     Cincinnati, OH 45263–0910
9904037  Citi COSTCO     P.O. Box 9001016     Louisville, KY 40290–1016
9904039  Doctors Exchange     P.O. Box 1330     Madisonville, LA 70447
9988879  Dr. Nancy Tarbox White     4525 Colewood Cir SE     Huntsville, AL 35802
9904040  Employment Screening Services     Dept. K     P.O. Box 830520     Birmingham, AL 35283
9904041  Evoqua Water Technologies LLC     26563 Network Place     Chicago, IL 60673
9904042  Finao Solutions     2006 Franklin Street     Suite 201     Huntsville, AL 35801
9929829  Hartford Fire Insurance Company     Bankruptcy Unit, NP–3 Hartford Plaza     Hartford, CR 06155
9904043  Henry Schein     Dept CH 14125     Palatine, IL 60055–4125
9904045  Horiba Medical     P.O. Box 512936     Los Angeles, CA 90051–0936
9904046  Huntsville Utilities     112 Spragins Street     Huntsville, AL 35801
9904847  Internal Revenue Service     P.O. Box 7346     Philadelphia, PA 19101–7346

| ID | Name | Address | | |
|---|---|---|---|---|
| 9904047 | Jani–King SV Region | P.O. Box 6247 | Huntsville, AL 35824 | |
| 9904048 | Katarina Allman | 1861 Shellbrook Drive | Huntsville, AL 35806 | |
| 9904049 | Katarina Allman | 1861 Shellbrook Drive | Huntsville, AL 35806 | |
| 9904050 | Lioce Group | 2950 Drake Avenue | Huntsville, AL 35805 | |
| 9956507 | Lynda Hall, Tax Collector of Madison, CO AL | 100 Northside Square, Room 116 | Huntsville, AL 35801 | |
| 9904052 | MDA Professional Group | P.O. Box 11407 | Birmingham, AL 35246–0440 | |
| 9980379 | McKesson Medical–Surgical Inc | Stephanie Hampton | 4345 Southpoint BLVD | Jacksonville, FL 32216 |
| 9904054 | Medical Systems | 459 James Road | Hampton Cove, AL 35763 | |
| 9904055 | Merck Sharp & Dohma Corp. | P.O. Box 5254 | Carol Stream, IL 60197–5254 | |
| 9904056 | Merge Healthcare | P.O. Box 205824 | Dallas, TX 75320–5824 | |
| 9904057 | Methvin Terrell | 2201 Arlington Avenue | Birmingham, AL 35205 | |
| 9904058 | Mirion Technologies | P.O. Box 101301 | Pasadena, CA 91189–0005 | |
| 9904059 | Monrovia Investment Group | 1892 Jeff Road | Huntsville, AL 35806 | |
| 9904062 | Ocaria | 600 Blvd South SW Suite 305 | Huntsville, AL 35802–2113 | |
| 9904063 | Orkin | 1035 Putman Drive NW Suite F | Huntsville, AL 35816 | |
| 9904064 | Pfizer | P.O. Box 100539 | Atlanta, GA 30384–0539 | |
| 9904065 | Pfizer | P.O. Box 100539 | Atlanta, GA 30384–0539 | |
| 9904066 | Pitney Bowes | P.O. Box 371896 | Pittsburgh, PA 15250–7896 | |
| 9904067 | Pitney Bowes | P.O. Box 371896 | Pittsburgh, PA 15250–7896 | |
| 9904073 | RJYoung | MSC7511 P.O. Box 415000 | Nashville, TN 37241–7511 | |
| 9904068 | Radiation Detection Co. | 3527 Snead Drive | Georgetown, TX 78626 | |
| 9904069 | Radiology of Huntsville | 2006 Franklin Street Suite 200 | Huntsville, AL 35801 | |
| 9904070 | Redstone FCU | 220 Wynn Dr NW | Huntsville, AL 35893 | |
| 9904072 | Ricoh USA, Inc. | P.O. Box 532530 | Atlanta, GA 30353–2530 | |
| 9904074 | Sanofi Pasteur Inc | 12458 Collections Center Drive | Chicago, IL 60693 | |
| 9948859 | Sanofi Pasteur Inc. | Discovery Dr. | Swiftwater, PA 18370 | |
| 9904846 | Secretary of the Treasury | 1500 Pennsylvania Ave., NW | Washington, DC 20220 | |
| 9992143 | ServisFirst Bank | 401 Meridian Street, Suite 100 | Huntsville, AL 35802 | |
| 9904077 | ServisFirst Bank | 850 Shades Creek Parkway, Ste. 200 | Birmingham, AL 35209 | |
| 9904079 | Shred–It | 28883 Network Place | Chicago, IL 60673–1288 | |
| 9904080 | Sirote | P.O. Box 55509 | Birmingham, AL 35255–5509 | |
| 9965678 | SonoDynamics, LLC | 4800 Whitesburg Dr., Suite 30–185 | Huntsville, AL 35802 | |
| 9904082 | Stericycle Stericycle ComSol | 26604 Network Place | Chicago, IL 60673 | |
| 9904083 | Stericycle, Inc. | P.O. Box 6582 | Carol Stream, IL 60197–6582 | |
| 9904084 | Stericycle, Inc. | P.O. Box 6582 | Carol Stream, IL 60197–6582 | |
| 9904085 | Stericycle, Inc. | P.O. Box 6582 | Carol Stream, IL 60197–6582 | |
| 9992404 | The West Madison Professional Plaza, LLC | c/o C. Paul Davis Davis Law Firm, P.C. | 5016 Littlebury Road SE Huntsville, AL 35802 | |
| 9904845 | U.S. Securities and Exchange Commission | Regional Director, Branch of Reorganizat | Atlanta Regional Office, Suite 900 950 East Paces Ferry Road Atlanta, GA 30326 | |
| 9904848 | United States Attorney | Northern District of Alabama | 1801 Fourth Avenue North | Birmingham, AL 35203 |
| 9904849 | United States Bankruptcy Administrator | Northern District of Alabama | 1800 Fifth Avenue North Birmingham, AL 35203 | |
| 9904087 | West Interactive Services Corp | 700 14th Street | Denver, CO 80256–0001 | |
| 9955978 | West Interactive Services Corporation | 11808 Miracle Hills Dr | Omaha Ne 68154 | Omaha, NE 68154 |
| 9904088 | West Madison Professional Plaza | 100 Springton Drive | Madison, AL 35758 | |

TOTAL: 92